ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., DBA INTERNATIONAL SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | CASE NO. 03-2824C<br><br>COMPLAINT |

FILED
DEC 17 2003
U.S. COURT OF FEDERAL CLAIMS

Plaintiff alleges:

1. The United States Court of Federal Claims has jurisdiction in this matter pursuant to 41 U.S.C. Section 609 (a) (1).

2. Plaintiff INTERNATIONAL PROTECTIVE SERVICES, INC., DBA INTERNATIONAL SERVICES, INC. (hereinafter, "ISI") is, and at all times herein mentioned was a corporation duly organized and existing under and by virtue of the laws of the State of Delaware.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the UNITED STATES GENERAL SERVICES ADMINISTRATION, GREATER SOUTHWEST REGION (hereinafter the "GSA"), which is, and at all times herein mentioned was, an agency of the United States Government.

4. From about 1997 through 2002, ISI successfully rendered security guard services for GSA at various locations throughout the State of New York. In fact, ISI's performance was so well received that a certain contract, bearing number GS02P94CTD0141 was repeatedly extended.

5. Accordingly, in or about February 2002, ISI successfully applied for placement on the Federal Supply Schedule ("FSS").

6. On February 28, 2002, GSA accepted ISI's offer on GSA's Federal Protective Service (hereinafter the "FPS") solicitation and Task Order number GS02P02CID001 on a contract comprised of one base year, plus four one year options if exercised by the government totaling $59,501,756.67. The contract number assigned to the foregoing was GS-07-07F-0195M (hereinafter the "CONTRACT"). The CONTRACT was competitively bid by ISI pursuant to solicitation by the GSA for competitive bids.

7. The entire CONTRACT, including specifications and related contract documents, ("CONTRACT DOCUMENTS"), are voluminous and therefore not attached hereto, but are a matter of public record, and have and will be made available to all parties and are incorporated herein by this reference as though fully set forth at this point.

8. The CONTRACT required ISI, *inter alia*, to perform the agreement at various locations within the State of New York.

9. ISI timely and properly performed any and all obligations required to be performed under the CONTRACT.

10. In or about August of 2002, following approximately seven and one half months of performance, ISI reasonably requested a novation of the CONTRACT. The Contracting Officer response was to instead terminate the CONTRACT constructively for convenience, effective October 19, 2002.

11. The abrupt termination of the CONTRACT after approximately seven and one-half months of performance was unjustified.

12. By letter dated June 23, 2003, ISI forwarded a claim to GSA for One Million Seven Hundred Twenty One Thousand Fifty Seven Dollars and Eighty Six Cents ($1,721,057.00). The claim was certified as required by the Contract Disputes Act. By letter

dated October 23, 2003, the Contracting Officer issued a Final Decision denying ISI's claims in their entirety. Therefore, in accordance with the Contract Disputes Act, ISI appeals the decision of the Contracting Officer.

13. As a direct and proximate result of the foregoing termination and Final Decision, ISI has suffered damages as and for the estimated costs of termination, costs of training, vacation, sick pay, bereavement, traveling and CPR, uniforms and equipment, outstanding unpaid invoices, an additional old invoice for uniforms still unpaid to date, and requested a Final Decision of the Contracting Officer in the in the approximate sum of One Million Seven Hundred Twenty One Thousand Fifty Seven Dollars and Eighty Six Cents ($1,721,057.00).

14. ISI has and will continue to suffer further, other and additional damages, the precise sum of which is not presently known. ISI will amend its Complaint when the same are ascertained or upon proof thereof at trial. In addition to the foregoing, ISI is entitled to interest as provided by the Contract Disputes Act from the date on which the foregoing sum became due and proper.

WHEREFORE PLAINTIFF PRAYS FOR DAMAGES AS FOLLOWS:

1. For damages in the amount of One Million Seven Hundred Twenty One Thousand Fifty Seven Thousand Dollars and Eighty Six Cents ($1,721,057.00), together with interest thereon from a date according to proof under the Contract Disputes Act;
2. For reasonable attorneys' fees incurred herein in accordance with EAJA;
3. For costs of suit incurred herein; and
4. For such other and further relief as the court may deem just and proper.

//

//

//

//

Dated: December 16, 2003

Respectfully submitted,

Michael I. Froch
LAW OFFICES
MICHAEL I. FROCH
6420 Wilshire Blvd., 19th Floor
Los Angeles, CA 90048
(323) 330-1311 Telephone
(323) 330-1390 Facsimile
(310) 245-8476 Cellular
m_froch@hotmail.com

Attorney for International Protective Services, Inc ("ISI")