# In The United States Court of Federal Claims

## Cover Sheet 03-2824C

Plaintiff(s) or Petitioner(s)
International Protective Services, Inc. DBA International Services, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Michael I. Froch

Firm Name: Law Offices, Michael I. Froch

Post Office Box:

Street Address: 6420 Wilshire Blvd, 19th Floor

City-State-Zip: Los Angeles, CA 90048

Telephone & Facsimile Numbers: T (323) 330-1311 F (323) 330-1390

E-mail address: m_froch@hotmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $1,721,057.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003