IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2824C |
| THE UNITED STATES, | ) | (Judge Yock) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 60 days, to and including April 15, 2004, within which to file our response to the complaint. Our answer is due on February 15, 2004. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, International Protective Services, Inc. ("IPS"), has authorized us to state that IPS does not oppose this motion.

Counsel for the agency has only recently received notice of this case, and no litigation report has yet been prepared. In addition, counsel for the United States will be on paternity leave from January 15, 2004 through March 14, 2004.

The full enlargement of time requested is needed. Upon return from paternity leave, time is needed to review the litigation report, to consult with persons at the agency, and to prepare a draft response. In addition, time is needed for review of the draft response by agency counsel and by superiors within the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

January 12, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 12, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier