IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INTERNATIONAL PROTECTIVE SERVICES, INC.,)
)
Plaintiff, )
)
v. ) No. 03-2824C
)
THE UNITED STATES, ) (Judge Yock)
)
Defendant. )

DEFENDANT'S ANSWER

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits that the defendant is the United States; the reminder of the allegations contained in paragraph 3 are plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

4. The allegations contained in the first sentence of paragraph 4 are plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations

contained in the second sentence of paragraph 4 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the second sentence of paragraph 4.

5. The allegations contained in paragraph 5 are plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied, except admits that plaintiff was awarded Federal Supply Multiple Award Schedule Contract No. GS-07F-0195M on February 22, 2002.

6. Admits the allegations contained in the first sentence of paragraph 6 to the extent supported by the offer, solicitation and task order cited, which are the best evidence of their contents; otherwise, denies the allegations contained in the first sentence of paragraph 6, excepts admits that the United States awarded plaintiff task order GS02P02CID0001 on February 28, 2002. Denies the allegations contained in the second sentence of paragraph 6. The allegations contained in the third sentence of paragraph 6 are plaintiff's conclusions of law and characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

7. The allegations contained in paragraph 7 are plaintiff's

conclusions of law and characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

8. Admits the allegations contained in paragraph 8 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 8.

9. Denies.

10. The allegations contained in paragraph 10 are plaintiff's conclusions of law and characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 are plaintiff's conclusions of law and characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

12. Admits the allegations contained in the first and second sentences of paragraph 12 to the extent supported by the claim cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first and second sentences of paragraph 12. Admits the allegations contained in the third sentence of paragraph 12 to the extent supported by the final decision cited, which is the best evidence

of its contents; otherwise, denies the allegations contained in the third sentence of paragraph 12. The allegations contained in the fourth sentence of paragraph 12 are plaintiff's conclusions of law and characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

13. The allegations contained in paragraph 13 are plaintiff's conclusions of law and characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

14. Denies the allegations contained in the first sentence of paragraph 14. The allegations contained in the second and third sentences of paragraph 14 are plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

15. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 14, or to any relief whatsoever.

16. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant

defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-6979

April 15, 2004 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 15, 2004, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier