# In the United States Court of Federal Claims

No. 03-2824C

(Filed: July 13, 2005 )

INTERNATIONAL PROTECTIVE )
SERVICES, INC. )
)
v. )
)
)
THE UNITED STATES )

**ORDER**

Pursuant to the parties' Joint Preliminary Status Report filed on June 16, 2004, the parties advised that they anticipate proceeding to trial in this case. The parties advised that they will need until June 30, 2005, in which to complete discovery. Summary judgment motions, if any, shall be filed after the conclusion of discovery.

The Joint Preliminary Status Report is acceptable to the Court, and IT IS ORDERED as follows:

1. The parties are to conduct simultaneous discovery, which shall be concluded by June 30, 2005. All requests pursuant to RCFC 31, 33, 34, and 36 served after May 31, 2005, shall be deemed untimely.

2. The party with the burden of proof regarding an issue shall disclose its testifying experts, the information required by RCFC 26(a)(2), and all expert reports by July 29, 2005.

3. All rebuttal experts, required information, and expert reports shall be disclosed by September 15, 2005.

4. All expert discovery shall be completed by October 31, 2005.

5. Summary judgment motions, if any, shall be filed by November 30, 2005.

6. A status conference shall be held on or about December 15, 2005, to discuss the status of the case and to establish any necessary pretrial schedule.

IT IS SO ORDERED.

s/ Robert J. Yock

Robert J. Yock
Judge