IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) | |
| Plaintiff, | ) | No. 03-2824C |
| v. | ) | (Judge Yock) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, International Protective Services, Inc., respectfully requests that this Court grant an enlargement of time of ninety (90) days, to and including September 30, 2005, within which to complete fact discovery. It is respectfully requested that all requests pursuant to RCFC 31, 33, 34 and 36 served after August 30, 2005 be deemed untimely. At present, fact discovery must be completed by the end of June, 2005 with all requests made before the end of May, 2005. This is Plaintiff's first request for an enlargement of time for this or any other purpose thus far in the proceedings. Counsel for Defendant, the United States, has authorized Plaintiff to state that the United States does not oppose this motion.

Counsel for Plaintiff has recently received a series of requests, notably, among other things, Requests for Admission, which number four hundred forty-nine (449), together with fifty-six (56) exhibits. Based upon the information sought in the requests Plaintiff must propound discovery of its own which will be important to the resolution of this dispute, whether through settlement or trial. Plaintiff requests this enlargement of time as a necessary means of achieving adequate discovery, for the parties, which in turn will lessen the burden of this Court's time as the parties ready the matter for trial.

Plaintiff has learned through the recent discovery of Defendant that it may become important to bring a motion to amend its complaint, seeking leave, among other things to expand or reduce the amount of damages Plaintiff is claiming and to plead reasons and the causes for the expansion or reduction in the amounts pled. Such an amendment should not require further leave for additional discovery by either side if the court enlarges time as set forth in this motion. This motion seeks only to

enlarge time for fact discovery.

For the reasons set forth above, it is respectfully requested that this Court grant Plaintiff's unopposed motion for an enlargement of time.

Respectfully submitted,

S/ Michael I. Froch

MICHAEL I. FROCH
Law Offices
Michael I. Froch
11355 W. Olympic Blvd., Suite 300
Los Angeles, CA 90064
Tele: 310-914-0070
Fax: 310-914-8606

Dated: May 13, 2005 Attorney for Plaintiff

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 13th day of May, 2005, a copy of the foregoing "PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Michael I. Froch

MICHAEL I. FROCH
Law Offices
Michael I. Froch
11355 W. Olympic Boulevard, Suite 300
Los Angeles, California 90064
Tel: 310-914-0070
Fax: 310-914-8606

Attorney for Plaintiff