# In the United States Court of Federal Claims

No.03-2824 C
(Filed: May 17, 2005)

| | |
|---|---|
| INTERNATIONAL PROTECTIVE | ) |
| SERVICES, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On May 13, 2005, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of ninety (90) days, to and including September 30, 2005, within which to complete fact discovery. It is further requested that all requests pursuant to RCFC 31, 33, 34 and 36 served after August 30, 2005 be deemed untimely.

Accordingly, it is **ORDERED** that plaintiff's motion, filed May 13, 2005, is **GRANTED**.

s/ Robert J. Yock
Robert J. Yock
Senior Judge