IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) | |
| Plaintiff, | ) | No. 03-2824C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, International Protective Services, Inc., respectfully requests that this Court grant an enlargement of time within which to complete fact and expert discovery. It is respectfully requested further that this Court permit a status conference to be held to set a revised calendar extending dates for completion of such discovery and the filing of motions. At present, fact discovery must be completed by the end of September, 2005 with all requests made before the end of August, 2005. Counsel for Defendant, the United States, has authorized Plaintiff to state that the United States does not oppose this motion.

In May, 2005, this Court granted Plaintiff its first and only other request for an extension of ninety days time to complete discovery in this matter. While both Plaintiff and Defendant in fact conducted discovery during the extension, however, Counsel for Plaintiff's father passed away in July. Counsel for Plaintiff has signed substitution of attorney papers to be filed shortly, substituting out of the matter as lead counsel, remaining of counsel. With outstanding discovery responses due from Defendant and Plaintiff on September 1, 2005, counsel substituting in the matter will require time to conduct discovery, written and oral. Plaintiff has also learned through discovery that it has become important to bring a motion to amend its complaint.

Plaintiff seeks this enlargement of time as a necessary means of achieving adequate discovery, for the parties, which in turn will lessen the burden of this Court's time as the parties ready the matter for trial.

For the reasons set forth above, it is respectfully requested that this Court grant Plaintiff's unopposed motion for an enlargement of time and request that this Court permit a status conference to be held at this Court's discretion.

Respectfully submitted,

S/ Michael I. Froch

MICHAEL I. FROCH
Law Offices
Michael I. Froch
11355 W. Olympic Blvd., Suite 300
Los Angeles, CA 90064
Tele: 310-914-0070
Fax: 310-914-8606

Dated: August 26, 2005

Attorney for Plaintiff

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 26th day of August, 2005, a copy of the foregoing "PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Michael I. Froch

MICHAEL I. FROCH
Law Offices
Michael I. Froch
11355 W. Olympic Boulevard, Suite 300
Los Angeles, California 90064
Tel: 310-914-0070
Fax: 310-914-8606

Attorney for Plaintiff