IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: September 2, 2005)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's unopposed Motion for an Enlargement of Time to complete discovery. In this connection, plaintiff does not propose a specific revised date for completion of discovery. Rather, plaintiff notes that it will soon be filing a request to substitute counsel and that it also is planning to file motions for leave to amend its complaint. In effect, plaintiff is requesting that the court schedule a status conference to address a feasible schedule for discovery. That request is GRANTED. Plaintiff's motion is otherwise DENIED without prejudice.

It is **ORDERED** that a status conference shall be held by telephonic means on September 12, 2005, at 2:00 p.m. EDT. The court will initiate the call.

S/ Charles Lettow
Charles F. Lettow
Judge