ORIGINAL

FILED
SEP 1 4 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ORIGINAL ORIGINAL

| | |
|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** Plaintiff, v. **UNITED STATES OF AMERICA,** Defendant. | **No. 03-2824C (Judge Lettow)** |

PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE SAM Z. GDANSKI AS ATTORNEY OF RECORD

Plaintiff is filing this Motion For Leave To Substitute Sam Z. Gdanski As Attorney Of Record for Plaintiff, International Protective Services, Inc. The current attorney of record is Michael I. Froch, Law Offices of Michael I. Froch, 11355 W. Olympic Boulevard, Suite 300, Los Angeles, California, 90064. Plaintiff is filing this Motion in accordance with RCFC 83.1(c)(4) and the Motion is endorsed by both the previous attorney and the newly appointed attorney. Accompanied with this Motion is an Affidavit of Appointment executed by Sam Z. Gdanski.

Dated: July 28, 2005

Sam Z. Gdanski
Gdanski & Gdanski, LLP
25 Sherwood Ridge Road
Pomona, NY 10970
Phone: (845) 362-4800
Fax: (845) 362-4700

Michael Froch
LAW OFFICES
MICHAEL I. FROCH
11355 W. Olympic Boulevard, Suite 300
Los Angeles, California 90064
Tel: 310-914-0070
Fax: 310-914-8606

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 13th day of September, 2005, I caused to be sent by first class mail to:

James W. Poirier, Esq.
The United States Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit, 8th Floor
1100 L. Street, N.W.
Washington D.C. 20005
Ph:(202) 307-6289

2 Copies of the following documents:

1. Motion To Substitute Sam Z. Gdanski As Attorney Of Record
2. Affidavit of Appointment

Sam Z. Gdanski
Attorney for Plaintiff
25 Sherwood Ridge Road
Pomona, NY 10970
Phone: (845) 362-4800
Fax: (845) 362-4700

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.**<br><br>**Plaintiff,**<br>**V.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 03-2824C**<br>**(Judge Lettow)** |

**AFFIDAVIT OF APPOINTMENT OF SAM Z. GDANSKI**

1. I, Sam Z. Gdanski, am the newly appointed attorney of record, representing International Protective Services, Inc., in case No. 03-2824C in the United States Court of Federal Claims.

2. The Plaintiff has specifically requested that I, Sam Z. Gdanski, represent International Protective Services, Inc. in this matter.

3. International Protective Services, Inc.'s former attorney of record Michael I. Froch, as well as myself, Sam Z. Gdanski, have both signed Plaintiff's Motion For Leave To Substitute Sam Z. Gdanski As Attorney Of Record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: September 12, 2005

Sam Z. Gdanski
Attorney for Plaintiff
25 Sherwood Ridge Road
Pomona, NY 10970
Phone: (845) 362-4800
Fax: (845) 362-4700

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 13 DAY OF Sept 2005
BY Sam Z. Gdanski
Eileen R. Lima
NOTARY PUBLIC

EILEEN R. LIMA
NOTARY PUBLIC, State of New York
No. 01LI4889341
Qualified in Rockland County
Commission Expires April 20, 2007