**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 03-2824C** |
| **V.** | ) | **(Judge Lettow)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

JOINT STATUS REPORT

Plaintiff's counsel has conferred with counsel for Defendant Department of Justice, Mr. Poirier, and both have agreed upon the proposed timeframe represented in this Status Report. This is necessary in order to engage the necessary experts, and cost accountants. In addition, counsel for Plaintiff is involved in an International Arbitration for a Turkish client contracting in Iraq, with an arbitration scheduled for Geneva as well as a separate arbitration scheduled for November 15-18, in North Carolina.

1. Plaintiff will submit its Amended Complaint by January 10, 2005.
2. Defendant may, although is not obligated to, submit a summary judgment motion on or about March 10, 2005.
3. Depositions to be conducted in the summer of 2006.
4. Following the depositions, another status conference will be held to determine trial dates.

Dated: October 12, 2005

Respectfully submitted:

S/ Sam Z. Gdanski
SAM Z. GDANSKI

PETER D. KEISLER

Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845)362-4800
Fax: (845)362-4700

Assistant Attorney General
DAVID M. COHEN
Director

S/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2005, a copy of the Joint Status Report was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700