IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: October 13, 2005)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court acknowledges the Joint Status Report filed by the parties on October 12, 2005, setting out a proposed plan and schedule for further proceedings in this action. For good cause shown, the court

(1) rescinds the schedule previously adopted by an order issued on July 13, 2005, by Judge Yock;

(2) provides that plaintiff should file an amended complaint on or before January 10, 2006;

(3) specifies that the parties shall complete all discovery in the case by October 6, 2006; and

(4) requests that the parties file a further joint status report on or before October 20, 2006, proposing a plan and schedule for further proceedings in this action.

In addition, the parties may file motions for summary judgment at any time after March 15, 2006, but the filing of such motions shall not have any effect upon the foregoing schedule for completion of discovery, except as may be specifically ordered by the court.

It is so ORDERED.

s/ Charles Lettow
Charles F. Lettow
Judge