**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 03-2824C** |
| **V.** | ) | **(Judge Lettow)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, International Protective Services, Inc., ("Plaintiff"), respectfully requests a 60 day enlargement of time, to and including March 10, 2006, in which to file its Amended Complaint which is currently due on January 10, 2005. This is Plaintiff's first request for an enlargement of time to file an amended complaint. Plaintiff notified opposing counsel and opposing counsel has no objection to the enlargement of time provided that the remaining schedule is pushed forward by 60 days. Plaintiff requests that the remaining schedule be extended by the same 60 day period:

1. Plaintiff will submit its Amended Complaint by March 10, 2006.
2. Defendant may, although is not obligated to, submit a summary judgment motion on or about May 10, 2006.
3. Depositions to be conducted in the fall of 2006.
4. Following the depositions, another status conference will be held to determine trial dates.

Counsel for Plaintiff is lead counsel on a number of cases currently pending which necessitates Plaintiff's request for this extension, primarily due to emergency matters involving ongoing claims, changes and contract administrative matters for a client located in Ankara, Turkey, including:

1. Before the International Chamber of Commerce, arbitration, necessitating multiple trips to Turkey for a dispute stemming from a US prime contract for the Balad Airfield for US forces at Camp Anaconda.
2. US military hospital in Bagram, Afghanistan.
3. ANA – Afghanistan National Army contracts.
4. ASBCA Case No. 55071 – concerns communications center at the Republic of Georgia funded by the US government.
5. Wastewater treatment at Camp Anaconda.
6. Numerous other matters.

Dated: January 10, 2006

Respectfully submitted:

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845) 362-4800
Fax: (845) 362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2006, a copy of the Motion for an Enlargement of Time to File Amended Complaint was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700