IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: January 12, 2006)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Motion for Enlargement of Time to File Amended Complaint, filed on January 10, 2006. Defendant does not oppose the motion. Plaintiff seeks a 60-day enlargement of time to file its Amended Complaint, which was due on January 10, 2006. For good cause shown, plaintiff's motion is GRANTED. Plaintiff's Amended Complaint is now due on or before March 10, 2006. The scheduling order that this court issued on October 13, 2005 is accordingly amended as follows:

(1) Plaintiff shall file an amended complaint on or before March 10, 2006;

(2) Parties shall complete all discovery in the case by December 6, 2006; and

(3) Parties file a further joint status report on or before December 20, 2006, proposing a plan and schedule for further proceedings in this action.

In addition, the parties may file motions for summary judgment at any time after March 10, 2006 but before May 10, 2006. However, the filing of such motions shall not have any effect upon the foregoing schedule for completion of discovery, except as may be specifically ordered by the court.

It is so ORDERED.

s/ Charles Lettow
Charles F. Lettow
Judge