**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,**<br><br>**Plaintiff,**<br>**V.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 03-2824C**<br>**(Judge Lettow)** |

MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, International Protective Services, Inc., ("Plaintiff"), respectfully requests a 90 day enlargement of time, to and including June 10, 2006, in which to file its Amended Complaint which is currently due on March 10, 2006. This is Plaintiff's second request for an enlargement of time to file an amended complaint. Plaintiff notified opposing counsel and opposing counsel has no objection to the enlargement of time provided that the remaining schedule is pushed forward by 90 days. Plaintiff requests that the remaining schedule be extended by the same 90 day period:

1. Plaintiff will submit its Amended Complaint by June 10, 2006.
2. Defendant may, although is not obligated to, submit a summary judgment motion on or about September 10, 2006.
3. Depositions to be conducted in the winter of 2006.
4. Following the depositions, another status conference will be held to determine trial dates.

Plaintiff requests this extension for two factors. Plaintiff has engaged an accounting firm, Gaytan, Baumblatt and Leevan of Los Angeles to review the elements of the claim which is currently the subject of the underlying lawsuit as well as consulting with a Washington DC government contract cost expert to assist in this regard.

In addition, prior to filing an Amended Complaint, in order to ensure compliance with certain jurisdictional concerns, Plaintiff will be filing a supplemental request with the Contracting Officer for additional quantum under the core facts alleging entitlement which should result in a supplemental Contracting Officer's final decision. This supplemental contracting officer's final decision will form the basis of the amended complaint and / or motion to consolidate.

Dated: March 9, 2006

Respectfully submitted:

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845) 362-4800
Fax: (845) 362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2006, a copy of the Motion for an Enlargement of Time to File Amended Complaint was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700