IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: March 9, 2006)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Motion for Enlargement of Time to File Amended Complaint, filed on March 9, 2006. Defendant does not oppose the motion. Plaintiff seeks a 90-day enlargement of time to file its Amended Complaint, which was due on March 10, 2006. For good cause shown, plaintiff's motion is GRANTED. Plaintiff's Amended Complaint is now due on or before June 10, 2006. The scheduling order that this court issued on January 12, 2006 is accordingly amended as follows:

(1) Plaintiff shall file an amended complaint on or before June 10, 2006;

(2) Parties shall complete all discovery in the case by March 6, 2007; and

(3) Parties file a further joint status report on or before March 20, 2007, proposing a plan and schedule for further proceedings in this action.

In addition, the parties may file motions for summary judgment at any time after June 10, 2006 but before September 10, 2006. However, the filing of such motions shall not have any effect upon the foregoing schedule for completion of discovery, except as may be specifically ordered by the court.

It is so ORDERED.

s/ Charles Lettow
Charles F. Lettow
Judge