**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,**<br><br>**Plaintiff,**<br>**V.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-2824C**<br>**(Judge Lettow)** |

<u>MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT</u>

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, International Protective Services, Inc., ("Plaintiff"), respectfully requests an additional 90 day enlargement of time, to and including September 10, 2006, in which to file its Amended Complaint, which is currently due on June 10, 2006. This is Plaintiff's third request for an enlargement of time to file an Amended Complaint. Plaintiff notified opposing counsel and opposing counsel has no objection to the enlargement of time provided that the remaining schedule is pushed forward by 90 days. Plaintiff requests that the remaining schedule be extended by the same 90 day period:

1. Plaintiff will submit its Amended Complaint by September 10, 2006.
2. Defendant may, although is not obligated to, submit a summary judgment motion on or about December 10, 2006.
3. Depositions to be conducted in the spring of 2007.
4. Following the depositions, another status conference will be held to determine trial dates.

As previously explained to the Court, an audit report was being conducted by a Los Angeles accounting firm, Gaytan, Baumblatt and Leevan to review the elements of the claim, to provide substantiation, verification and to respond to specific queries Defendant's counsel had on the elements of the claim. That audit was just completed last Friday, June 2, 2006, and now is being reviewed and clarified by our separate government accountant Washington DC FAR Cost analysis expert. There will have to be revisions, reviews and discussions between all professionals working on this before our Amended Complaint and / or Amended Request for an Equitable Adjustment is filed.

Dated: June 6, 2006

Respectfully submitted:

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845) 362-4800
Fax: (845) 362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2006, a copy of the Motion for an Enlargement of Time to File Amended Complaint was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700