IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: June 7, 2006)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion for Enlargement of Time to File Amended Complaint, filed on June 6, 2006. Defendant does not oppose the motion. Plaintiff seeks a 90-day enlargement of time to file its Amended Complaint, which is due on June 10, 2006. For good cause shown, plaintiff's motion is GRANTED. Plaintiff's Amended Complaint is now due on or before September 11, 2006. The scheduling order that this court issued on January 12, 2006, and thereafter amended on March 9, 2006, is accordingly further amended as follows:

(1) Plaintiff shall file an amended complaint on or before September 11, 2006;

(2) Parties shall complete all discovery in the case by May 7, 2007; and

(3) Parties shall file a further joint status report on or before May 21, 2007, proposing a plan and schedule for further proceedings in this action.

In addition, the parties may file motions for summary judgment at any time after September 11, 2006 but before December 11, 2006. However, the filing of such motions shall not have any effect upon the foregoing schedule for completion of discovery, except as may be specifically ordered by the court.

It is so ORDERED.

s/ Charles Lettow
Charles F. Lettow
Judge