**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,**<br><br>**Plaintiff,**<br>**V.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) ) ) ) ) ) ) ) ) ) ) | **No. 03-2824C**<br>**(Judge Lettow)** |

MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, International Protective Services, Inc., ("Plaintiff"), respectfully requests an additional 90 day enlargement of time, to and including December 11, 2006, in which to file its Amended Complaint which is currently due on September 11, 2006. This is Plaintiff's fourth request for an enlargement of time to file an amended complaint. Plaintiff notified opposing counsel and opposing counsel has no objection to the enlargement of time provided that the remaining schedule is pushed forward by 90 days. Plaintiff requests that the remaining schedule be extended by the same 90 day period:

1. Plaintiff will submit its Amended Complaint on or before December 11, 2006.
2. Defendant may, although is not obligated to, submit a summary judgment motion on or before March 12, 2007.
3. Discovery to be completed by August 10, 2007.
4. Following the depositions, another status conference will be held to determine trial dates.

The extension is requested for the following reasons. Plaintiff has engaged the services of a government contract cost accountant expert who has assisted in many US Court of Federal Claims matters, GAO cases and other forums, Jimmy J. Jackson. Mr. Jackson, is in the process of reformulating the quantum in the currently pending claim. This may result in the revision of heretofore listed claims, in addition to other quantum claims previously not identified. This may require the amending of the existing complaint but also concurrently, a submission of a claim to the Contracting Officer. Therefore in light of this and the forthcoming Jewish holidays during September and October we request the 90 days. Mr. Jackson is reviewing the data compiled by plaintiff's accounting firm in Los Angeles, and has had numerous review sessions with the undersigned counsel as well as with co-counsel Mr. Froch, Esq., and IPI's in house CFO, and principal.

Dated: September 8, 2006

Respectfully submitted:

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845) 362-4800
Fax: (845) 362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2006, a copy of the Motion for an Enlargement of Time to File Amended Complaint was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700