IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: September 13, 2006)

| | |
|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the plaintiff's Motion for Enlargement of Time to File Amended Complaint, filed on September 8, 2006. Defendant does not oppose the motion. Plaintiff seeks an additional 90-day enlargement of time to file its Amended Complaint which was due on September 11, 2006. Additionally, plaintiff requests that the defendant's deadline for submitting a motion for summary judgment be extended until March 12, 2007, and that the discovery deadline be extended to August 10, 2007. Plaintiff seeks this extension to allow its expert time to reformulate the quantum in this claim.

For good cause shown, plaintiff's motion is **GRANTED**. The scheduling order this court issued on January 12, 2006, and thereafter amended on March 9, 2006, and June 7, 2006, is further amended as follows:

(1) Plaintiff shall file an amended complaint on or before December 11, 2006;

(2) Defendant may, although it is not obligated to, submit a motion for summary judgment on or before March 12, 2007;

(3) The parties shall complete all discovery in the case by August 10, 2007; and

(4) The parties shall file a joint status report on or before August 21, 2007, proposing a plan and schedule for further proceedings in this action.

The scheduling order this court issued on January 12, 2006, as amended on March 9, 2006, and June 7, 2006, shall otherwise remain in effect. A party's filing of a motion for summary judgment shall not have any effect upon the foregoing schedule for completion of

discovery, except as may be specifically ordered by the court.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge