IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2824C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STRIKE ATTACHMENTS
TO PLAINTIFF'S MOTION FOR SUSPENSION OF PROCEEDINGS

Defendant, the United States, respectfully requests that the attachments to "Motion for suspension of proceedings," filed by plaintiff, International Protective Services, Inc. ("International"), dated December 11, 2006 ("Motion") be stricken from the record, and returned to International unfiled.

The attachments are unnecessary to the motion, scandalous, and not admissible evidence. These documents have no proper place in the trial record, or the record on appeal (if any). To the extent that International may seek to make these documents part of the trial record, International must do so by the proper process, such as by introducing the documents as evidence at trial. In this fashion, we will be accorded the opportunity to make our objections.

We respectfully suggest that International not be allowed to subvert the ordinary procedures of due process by attaching extraneous materials to routine scheduling motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

December 14, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 14, 2006, a copy of the foregoing "DEFENDANT'S MOTION TO STRIKE ATTACHMENTS TO PLAINTIFF'S MOTION FOR SUSPENSION OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier