IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: December 14, 2006)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed on this date, seeking that the attachments to the plaintiff's motion, filed December 11, 2006, be stricken from the record. The government describes the attachments as "unnecessary to the motion, scandalous, and not admissible evidence."

Throughout the Rules of the United States Court of Federal Claims ("RCFC"), pleadings are distinguished from other filed submissions. *See, e.g.,* RCFC 5, 7, 11. While RCFC 12(f) permits the court to grant a motion to strike "from any *pleading* . . . any redundant, immaterial, impertinent, or scandalous matter" (emphasis added), such authorization does not extend to a motion as filed by the plaintiff.

Accordingly, the government's motion is **DENIED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge