IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: December 14, 2006)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiff's motion, filed December 11, 2006, seeking suspension of proceedings until April 11, 2007. The plaintiff requests this stay so that it may file a new claim with the contracting officer under the same contract on which its complaint before this court is premised. The government does not oppose the request for the stay.

For good cause shown, plaintiff's motion is **GRANTED**. Further proceedings in this case shall be suspended until April 11, 2007. The stay of proceedings shall automatically cease on that date, and the case will then again become active.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge