IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: April 27, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pursuant to this court's order issued December 14, 2006, the stay of proceedings in this case automatically expired on April 11, 2007. The parties are requested to file a joint status report on or before June 5, 2007.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge