IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2824C |
| THE UNITED STATES, | ) | (Judge Yock) |
| Defendant. | ) | |

DEFENDANT'S SECOND SET OF INTERROGATORIES

Pursuant to RCFC 33, defendant, the United States, requests that plaintiff, International Protective Services, Inc. ("International"), respond to the following interrogatories.

For the purposes of these interrogatories, "Complaint" means the complaint filed by International in this action on December 17, 2003. "Contract" means contract no. GS-07F-0195M, dated February 22, 2002, between the plaintiff and the United States, as amended. "Master Task Order" means task order no. GS02P02CID0001, dated February 28, 2002, issued pursuant to the Contract. "Certified Claim" means the claim, dated June 23, 2003, submitted by International to Sheila Brannan, contracting officer, United States General Services Administration.

20

INTERROGATORY NO. 17:

Identify each civil case (including administrative proceedings) and each criminal case since 1990 involving guard services in the State of New York in which International, any affiliate of International, or any employee, officer, director or shareholder of International was a party.

RESPONSE:

INTERROGATORY NO. 18:

Identify the amount of all indirect costs related to the Master Task Order recorded as overhead costs by International.

RESPONSE:

INTERROGATORY NO. 19:

Identify the amount of all direct costs recorded in connection with the performance of the Master Task Order.

RESPONSE:

INTERROGATORY NO. 20:

Attachment A is a copy of an article published in the New York Law Journal, dated January 23, 2003, retrieved from the internet. Attachment A reads, in part:

> Bunce Pierce, senior vice president of the California-based firm headed by Egyptian-born Ousama Karawia, pleaded guilty in Manhattan Supreme Court to a single count of hiring an unregistered security guard.

Identify all misdemeanor and felony convictions (at any time) of persons who were officers or managers at International during the period of contract performance.

RESPONSE:

INTERROGATORY NO. 21:

In response to our Interrogatory No. 6, International responded, in part:

> Plaintiff contends the Defendant breached the Cancellation Clause provision (552.238-73) .
> . . .

Identify what actions, or failures to act, constitute the alleged breach of the Cancellation Clause.

RESPONSE:

INTERROGATORY NO. 22:

In response to our Interrogatory No. 8, International responded, in part:

> Plaintiff has prayed for items the government promised it would pay, such as for training, uniforms, and accrued amounts such as for vacation, sick pay, bereavement, traveling and CPR, and outstanding invoices.

Identify each written promise referenced by International in the quoted portion of its response by document, page and paragraph, and identify each verbal promise referenced in the quoted portion of the International response by the person who stated the promise, the person who heard it, and the date of the verbal promise.

RESPONSE:

INTERROGATORY NO. 23:

In response to our Interrogatory No. 11, International responded, in part:

> The uniforms and equipment are located in storage at Plaintiff's headquarter facilities in Torrance, California.

Identify the purchase order number and the date of the purchase order for each item of "uniforms and equipment" referenced in the International response to our Interrogatory No. 11.

RESPONSE:

INTERROGATORY NO. 24:

With regard to the employees identified on pages 837 to 843 of International's response to our first set of requests for documents, identify any person on that list who was employed by International at any time after October 2002.

RESPONSE:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-6979

April __, 2005 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ____ day of April 2005, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S FIRST SET OF INTERROGATORIES" addressed as follows:

Michael I. Froch
6420 Wilshire Boulevard
19th Floor
Los Angeles, CA 90048

______________________________

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2824C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Yock) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD SET OF INTERROGATORIES

Pursuant to RCFC 33, defendant, the United States, requests that plaintiff, International Protective Services, Inc. ("International"), respond to the following interrogatories.

For the purposes of these interrogatories, "Complaint" means the complaint filed by International in this action on December 17, 2003. "Contract" means contract no. GS-07F-0195M, dated February 22, 2002, between the plaintiff and the United States, as amended. "Master Task Order" means task order no. GS02P02CID0001, dated February 28, 2002, issued pursuant to the Contract. "Certified Claim" means the claim, dated June 23, 2003, submitted by International to Sheila Brannan, contracting officer, United States General Services Administration.

INTERROGATORY NO. 25:

With respect to your response to Defendant's First Set of Requests For Admissions, if you fail to respond with an unqualified admission to any request, state in reasonable detail the reason for your denial or qualification.

RESPONSE:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-6979

April __, 2005 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ____ day of April 2005, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S THIRD SET OF INTERROGATORIES" addressed as follows:

Michael Isidore Froch
Law Offices of Michael I. Froch
11355 W. Olympic Blvd.
Suite 300
Los Angeles, CA 90064

______________________________

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL PROTECTIVE SERVICES, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2824C |
| THE UNITED STATES, Defendant. | ) | (Judge Lettow) |

DEFENDANT'S FOURTH SET OF INTERROGATORIES

Pursuant to RCFC 33, defendant, the United States, requests that plaintiff, International Protective Services, Inc. ("International"), respond to the following interrogatories.

For the purposes of these interrogatories, "Complaint" means the complaint filed by International in this action on December 17, 2003. "Contract" means contract no. GS-07F-0195M, dated February 22, 2002, between the plaintiff and the United States, as amended. "Master Task Order" means task order no. GS02P02CID0001, dated February 28, 2002, issued pursuant to the Contract. "Certified Claim" means the claim, dated June 23, 2003, submitted by International to Sheila Brannan, contracting officer, United States General Services Administration.

INTERROGATORY NO. 26:

Identify each element of your current claim for damages in this case, and identify the dollar amount sought for each such element.

RESPONSE:

INTERROGATORY NO. 27:

With respect to each element of damages identified in response to our Interrogatory No. 26, state in reasonable detail how the dollar amount was calculated.

RESPONSE:

INTERROGATORY NO. 28:

Identify any element of damages sought in the Complaint that has been abandoned or reduced in the sum of damages now sought.

RESPONSE:

INTERROGATORY NO. 29:

With respect to each element identified in response to our Interrogatory No. 28, identify the dollar amount of the change from the amount sought in the Complaint.

RESPONSE:

INTERROGATORY NO. 30:

Identify any statements in your response to our Interrogatories Nos. 1-25 that you now contend are inaccurate, and identify the date by which you will supplement your earlier responses.

RESPONSE:

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DEBORAH A. BYNUM
Assistant Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-6979

May __, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ____ day of May 2007, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S FOURTH SET OF INTERROGATORIES" addressed as follows:

Sam Gdanski
Gdanski & Gdanski, LLP
3 Rockwood Lane
Suffern, New York 10901

______________________________