**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** <br> **Plaintiff,** <br> **V.** <br> **UNITED STATES OF AMERICA,** <br> **Defendant.** | ) | **No. 03-2824C** <br> **(Judge Lettow)** |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE UP TO AN ADDITIONAL 10 INTERROGATORIES

Plaintiff does not oppose Defendant's motion to file five interrogatories and its request to file up to five additional interrogatories. Plaintiff agrees with Mr. Poirier, counsel for the Department of Justice, that the additional interrogatories will focus the nature of the new revised claim and as such does not oppose the motion.

Defendant's motion was filed on May 8, 2007 and Plaintiff requests 30 days from the date the Court rules on Defendant's unopposed motion in which to answer the additional interrogatories to answer the 5 additional interrogatories, as the interrogatories require a thorough review and potential amending the responses to the previous twenty five interrogatories in accordance with Plaintiff's amended claim and Mr. Jackson, Plaintiff's cost consultant expert's analysis.

Dated: May 25, 2007

Respectfully submitted:

S/ Sam Z. Gdanski
SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane

Suffern, NY 10901
Tel: (845)362-4800
Fax: (845)362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2007, a copy of Plaintiff's Response To Defendant's Motion For Leave To File Up To An Additional 10 Interrogatories was electronically filed with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700