IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: May 29, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion for leave to file an additional ten interrogatories, which motion was filed May 8, 2007. The government seeks leave to file five interrogatories and leave to serve up to an additional five interrogatories in the future, as needed. Plaintiff does not oppose this motion, so long as it is provided adequate time within which to answer or otherwise respond to the interrogatories.

For good cause shown, the government's motion for leave to file an additional ten interrogatories is GRANTED. Respecting time to answer or respond, this court's Rule 33(b) allows the plaintiff 30 days to answer the interrogatories. In addition, this court's order of September 13, 2006, currently establishes a deadline of August 10, 2007 for the completion of all discovery. As matters now stand, there has been no showing that additional time for discovery beyond that already provided is necessary.

It is so ORDERED.

s/ Charles F. Lettow
Judge