**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,**<br>**Plaintiff,**<br>**V.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-2824C**<br>**(Judge Lettow)** |

**<u>JOINT STATUS REPORT AND JOINT MOTION TO AMEND THE SCHEDULE</u>**

A. Joint Motion to Amend Discovery Schedule

Plaintiff, International Protective Services, Inc., and Defendant, United States, respectfully request an amendment to the schedule to permit an extension in the time to conduct discovery. The Court's Order dated May 29, 2007 lists August 10, 2007 as the deadline for completion of all discovery stating "As matters now stand, there has been no showing that additional time for discovery beyond that already provided is necessary." Plaintiff and Defendant jointly request the discovery deadline be extended until March 28, 2008. Both Plaintiff and Defendant anticipate scheduling a number of Depositions after Plaintiff's filing of its Amended Complaint.

In addition, Plaintiff requests until July 30, 2007 as the deadline to submit its Amended Complaint as well as to provide answers to Defendant's additional 5 interrogatories. Answering the additional interrogatories requires a review of the responses to the previous interrogatories in accordance with Plaintiff's amended claim and Mr. Jackson, Plaintiff's cost consultant expert's analysis. Plaintiff requests the additional time for this review as well as for the following reasons.

Plaintiff is lead counsel in a major international arbitration dispute at the International Court of Arbitration on a prime – sub dispute for a project at Camp Balad in Iraq. Counsel's two major submissions are due June 1, 2007 and June 29, 2007. Plaintiff's counsel has been working non – stop, around the clock on these two submissions and will be working on them until June 29, 2007.

In addition, Plaintiff must schedule a trip to California in July, 2007 to confer with its client before filing the Amended the Complaint as well as confer with Mr. Jackson, the cost consultant expert in July 2007.

Appellant's counsel is also representing two Turkish contractors, Tepe on a prime – sub dispute with KBR as well as another Turkish contractor Yennigun - Metag, JV on a prime sub dispute in Iraq reconstruction projects.

In addition Plaintiff is lead counsel in a NY State Supreme Court action, S&A Machine and Tool vs. Lawrence Ripak Co. Inc.

Accordingly,

1. Plaintiff requests until July 30, 2007 as the cutoff for the submission of the Amended Complaint and the 5 Interrogatory answers.
2. Plaintiff and Defendant jointly request the extension of discovery until March 30, 2008 to provide for sufficient time to conduct depositions.

B. Joint Status Report

**<u>Plaintiff's Statement:</u>**

International Protective Services, ("IPI" or "ISI") submitted a modified claim to the Contracting Officer on January 11, 2007. The filing of the REA / Claim on January 11, 2007 followed Plaintiff's unopposed filing of a Motion to Suspend Proceedings filed

on December 11, 2006, which stated that it requested suspension because it is filing a new claim with the contracting officer.

Contracting Officer Brannan responded to the January 11, 2007 claim letter by letter dated February 8, 2007, acknowledging receipt of the certified claim submitted, and stating, “Your claim seeks damages allegedly flowing from our decision to cancel you contract on 30 days notice pursuant to clause 552.238-73, Cancellation.” The brief letter continued with a paragraph stating that ISI earlier in 2003 submitted a claim which was denied.

This office sent an e-mail to the opposing counsel saying we do not believe that the CO addressed the merits of the claim but if opposing counsel feels it is sufficient, then Plaintiff will consider it a "deemed denial."

Plaintiff is now prepared to consider the letter as a deemed denial and move forward expeditiously. Plaintiff consented to Defendant’s discovery request which certainly is legitimate in light of the amended claim.

**Defendant’s Statement:**

Defendant, the United States, does not oppose Plaintiff’s request to amend the complaint. After the complaint has been amended, and answers to our five most recent interrogatories have been received, the United States expects to begin depositions.

Dated: June 4, 2007

Respectfully submitted,

S/ Sam Z. Gdanski
SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845)362-4800
Fax: (845)362-4700

PETER D. KEISLER

Assistant Attorney General

JEANNE E. DAVIDSON

Director

S/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this day of June 4, 2007, a copy of the Joint Status Report was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski
SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845)362-4800
Fax: (845)362-4700