IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: June 6, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the filing of a joint status report by the parties on June 4, 2007, as requested by this court in its order of April 27, 2007.

In the report, the parties have included a joint motion to amend the schedule for discovery. The joint motion is **GRANTED**. The scheduling order adopted on October 13, 2005, and most recently amended on September 13, 2006, shall be further amended to provide that:

(1) plaintiff shall file an amended complaint on or before July 30, 2007;

(2) plaintiff shall respond to the government's additional five interrogatories on or before July 30, 2007; and

(3) the parties shall complete all discovery by March 28, 2008.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge