# EXHIBIT 1

**acctsec**

**From:** Ousama Karawia [okarawia@wwisi.com]
**Sent:** Monday, July 15, 2002 11:48 AM
**'o:** Bunce Pierce
**.bject:** FW: bob sodens classes

-----Original Message-----
From: Raymond J Postawa [mailto:rpostawa.wwisi.com@wwisi.com]
Sent: Monday, July 15, 2002 2:51 PM
To: okarawia@wwisi.com
Cc: darsha@wwisi.com
Subject: bob sodens classes

A couple of my post commanders have told me what Bob Soden is discussing in his classes. He has stated that the state is coming after ISI for their license, and that people who worked for ISI on the State contract went to work one day and ISI was not there and Waskenhut was. He stated that this could happen on this contract but the guards would still have their jobs. He also stated that he thought that ISI would probably not lose their license but would have to pay a large fine and that ISI should pay it so they could keep the GSA contract. He stated that a contracter has to be licensed in the state to work on a Federal contract. He then stated that he thought ISI was falling behind with money and that he thought that ISI would have problems coming up with needed money. He told the guards that they should all go out and get state registered, because if a new company comes in they may not take anyone who is not. He told them that they should do it now on their own because the company would have to reimburse them for it.

To me this is not the big issue, I feel there is some underlying motivation for soden's informational clinics. When he called me on Friday to let me know that the conference call ·ad been canceled he stated that the reason was that Art Dobbs was ill, when I asked him ·at was the matter with Art, Bob stated, I don't know old age. He then told me that Art ; no longer COR. I think this was done because Art seemed to be cooperating with us in spite of the problems with the state.

Ray



2826

# EXHIBIT 2

**William M Pedrick**

**From:** ouama karawia [okarawia@worldnet.att.net]
**Sent:** Tuesday, August 27, 2002 10:24 PM
**To:** Bill Pedrick-NY
**Subject:** FW:

-----Original Message-----
From: Ralph Purdy [mailto:rmpurdy@msn.com]
Sent: Tuesday, August 27, 2002 8:02 PM
To: karawia
Subject:

I met with the members of Local 618 UFSO in Buffalo, New York on August 20, 2002. During the meeting some of the members were disturbed and concerned that the Federal Protective Service Officer Robert Soden was using Federal Paid Training Session as a subterfuge to undermine International Services, Inc, United Federation of Security Officers, Inc., Sam Karawia, President, ISI, and Vice President William Pedrick, ISI. During a general discussion period Robert Soden stated to the members of Local 618 present that the "camel jockey" is under investigationand will be going out of business soon. . William Pedrick is not in charge of the ISI/GSA contract and will lose his license in New York State when ISI gets kicked out of New York State. The union, United Federation of Security Officers, Inc., has sold out the security guards by agreing to th Department of Labor rate in paying travel time to and from training at the minimum wage pluse travel expense when all security guards should be receiving post rate and overtime pay. The chain of command is Federal Protective Service. ISI supervisors have no authority, they only monitor hours worked and process paper work. ISI security guards should only take orders from FPS. Under the Homeland Security Act all ISI guards will become FPS Officers and the union and Ralph Purdy are out of business. The Security Officer most vocal regarding these statements was Andrew Lysack and the delegate Nail Aquino informed the Federation of the subterfuge and the undermining of ISI and the union... This can also be supported by Kenneth Zulenski another Security Guard who also surfaced these concerns.

camel jocky

+ Pedrick

union

Soden had to approve invoices
total power to hire
200 extra, changes

8/28/2002

# EXHIBIT 3

**INTERNATIONAL SERVICES, INC.**
**SECURITY AND INVESTIGATIONS**
3771 242nd Street, Suite 205
Torrance, CA 90505
(310) 791-5015

State License No. PPO 11025
and Bonded
24 hrs. Service

August 28, 2002

Roger Pinnau
Contracting Officer
Great Lakes Region 5
GSA-FPS
230 S. Dearborn Street, Suite 3540
Chicago, IL 60604

Re: New York State GSA Security Guard Contract and Task Orders

Dear Mr. Pinnau:

International Services, Inc. (ISI) has credible information that disparaging, inflammatory and racial slurs were made by a U.S. government official in front of a group of security guards in a recent training session held by ISI.

A copy of an email is attached outlining the charges with detailed information. We have spoken with Mr. Ralph Purdy about this email and he verified its authenticity and its factual basis.

International Services, Inc. is filing a formal complaint against Mr. Robert Soden, the Contracting Officer's Representative (COR). Given these apparent statements, it could highly prejudice our efforts to deliver the services required to the government. In addition, the references regarding our union organization could prove to be highly disruptive in our union relations. The other issue he addressed regarding federalizing the guard force could have grave effects as well, both on our guards and the morale of our force.

We are incredulous that such statements, including the racial slurs towards our Chief Executive Officer were apparently made by Mr. Soden in an open forum.

We have received similar complaints in the past and dismissed them with the knowledge and need for cooperation. We, however, cannot overlook these charges.

We are requesting an immediate and impartial investigation of these charges. Your anticipated cooperation is appreciated.

**International Services, Inc.**
Page 2

Very truly yours,

INTERNATIONAL SERVICES, INC.

Bur[illegible]
Vice President

cc: Ms. Tracey Cohen, GSA Chicago
Mr. Martin McRimmon, GSA New York
Konrod Trope, Esq. In-house Counsel
Mark Baker, Esq. Corporate Counsel

# EXHIBIT 4

**Bunce Pierce**

---

| | |
|---|---|
| **From:** | [redacted]nau@gsa.gov |
| **Sent:** | Thursday, Se[redacted]19 PM |
| **To:** | bunce@wwisi.com |
| **Cc:** | okarawia@wwisi.com |
| **Subject:** | Interim Response to ISI |

020912-ISI-Complai nt-Interim-R...

September 12, 2002 (Thu)

Bunce,

Attached as a two-page Adobe Acrobat PDF file is my interim response to your August 28, 2002, letter.

(See attached file: 020912-ISI-Complaint-Interim-Resp.pdf)

This attachment duplicates a one page fax that I just sent you, plus it includes the fax machine receipt. The original of this document is being sent to you via FedEx, which may be tracked using the FedEx number provided in the attached Adobe Acrobat PDF file of this same letter.

Please note that due to the lateness of the day (Chicago time), it is possible you may receive the original document via FedEx later than Friday, September 13th, however, I believe that providing this same letter to you via fax and email ensures a timely receipt for you.

I am also sending this email to M[redacted] at the above "cc" email address, to ensure timely receipt. Thank you for communicating your concerns to us.

Sincerely,

Roger Pinnau,
GSA-FPS Great Lakes Region Contracting Officer
Tel: 312/886-3815
Fax: 312/353-0143 (office)
Fax: 847/717-3163 (residence)
Numeric Pager: 312/398-2523
Email: roger.pinnau@gsa.gov

GSA

**General Services Administration - Great Lakes Region 5**
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604

TX 312.886-3815
Fax 312.353-0143
Net roger.pinnau@gsa.gov

September 12, 2002

Sent via Email and Federal
Express (#790061990995)
and Fax to: 310/791-5009

Mr. Bunce Pierce, CPP
Vice-President
International Services, Inc.
3771 W. 242nd St., Suite #205
Torrance, CA 90505

Dear Mr. Pierce:

This regards task order GS02P02CID0001 for the provision of armed and unarmed uniformed security guard services for General Services Administration (GSA) controlled and supported facilities in New York State, excluding New York City and Westchester County.

Your letter dated August 28, 2002 and received by me on September 6, 2002 regarding concerns with a US Government official has been forwarded to Mr. Martin McRimmon, a Federal Protective Service associate for further action.

Mr. McRimmon, who is located in New York, will be the designated point of contact regarding your specific concerns and will be in touch with you shortly.

Sincerely,

Roger T. Pinnau

ROGER PINNAU
Contracting Officer

TRANSMISSION VERIFICATION REPORT

TIME : 09/12/2002 18:01
NAME : GSA-PINNAU
FAX : 8477173163
TEL : 8477173161

| | |
|---|---|
| DATE,TIME | 09/12 18:01 |
| FAX NO./NAME | 13107915009 |
| DURATION | 00:00:22 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

GSA

**General Services Administration - Great Lakes Region 5**
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604

TX 312.886-3815
Fax 312.353-0143
Net roger.pinnau@gsa.gov

September 12, 2002

Sent via Email and Federal Express (#790061990995) and Fax to: 310/791-5009

Mr. Bunce Pierce, CPP
Vice-President
International Services, Inc.
3771 W. 242nd St., Suite #205
Torrance, CA 90505

Dear Mr. Pierce:

This regards task order GS02P02CID0001 for the provision of armed and unarmed uniformed security guard services for General Services Administration (GSA) controlled and supported facilities in New York State, excluding New York City and Westchester County.

Your letter dated August 28, 2002 and received by me on September 6, 2002 regarding concerns with a US Government official has been forwarded to Mr. Martin McRimmon, a Federal Protective Service associate for further action.

Mr. McRimmon, who is located in New York, will be the designated point of contact regarding your specific concerns and will be in touch with you shortly.

Sincerely,

Roger T. Pinnau

# EXHIBIT 5

STATE OF NEW YORK
DEPARTMENT OF STATE

In the matter of the New York State,
Department of State, Division of
Licensing Services,

Complainant,

COMPLAINT

- against-

International Security Services &
Investigation, Inc.

William Pedrick,

Respondents,

Complainant, the New York State Department of State, Division of Licensing Services, for a complaint alleges:

**PRELIMINARY STATEMENT**

1. This proceeding is brought pursuant to General Business Law section 79 (1)(a), (b), (d) and (e) to revoke or suspend all of the Private Investigator and Watch, Guard and Patrol licenses of the respondents. The grounds for this proceeding are that the respondents have employed security guards in violation of Article 7-A of the General Business Law.

**JURISDICTION**

2. The New York State Department of State is the governmental agency charged with the regulation of private investigators and watch, guard and patrol agencies, and with the enforcement of Articles 7 and 7-A of the General Business law of the State of New York. Specific authority to bring this enforcement proceeding is provided by General Business Law sections 79(1) and 89-g. This proceeding is subject to Articles 3 and 4 of the State Administrative Act, Articles 7 and 7-A of the General Business Law, and the rules and regulations promulgated thereunder.

**PARTIES**

3. The complainant, New York State Department of State, Division of Licensing Services, is the division of the Department of State charged with the administration and enforcement of Articles 7 and 7-A of the General Business Law, together with the implementing regulations set forth in 19 NYCRR PART 170, et seq.

4. Respondent International Security Services & Investigation, Inc. (hereinafter: International) is a licensed Private Investigator, represented by qualifying officer William Pedrick with a main office business address at 1 Steuben Place, Abany, NY (current license term and unique

identification number: 3/25/02 - 3/24/04; 11000060997), and a branch business address at 32 Court Street, Mezzanine FL, Brooklyn, NY (current term and unique identification number: 7/3/01 - 7/2/03; 11000088016. A copy of the license records are annexed hereto as Exhibit A.

5. Respondent William Pedrick is, and was, at all times relevant hereto, an officer and qualifier of Respondent International.

## GENERAL ALLEGATIONS

6. Respondent International, and respondent William Pedrick, as qualifier for respondent International responsible for its operation and management, employed 208 unregistered security guards for the period January 1, 2002 through March 31, 2002. A list of said unregistered guards is attached as Exhibit B.

7. Respondent International, and respondent William Pedrick, as qualifier for respondent International responsible for its operation and management, failed to provide notice to the Department of its employment of 419 registered security guards for the period January 1, 2002 through March 31, 2002, in violation of General Business Law §89-g(5). Said improperly registered guards are identified in Exhibit B.

8. Respondent International, and respondent William Pedrick, as qualifier for respondent International responsible for its operation and management, failed to maintain an employee statement and failed to file employee fingerprints with the Department of State for 366 guards for the period January 1, 2002 through March 31, 2002, in violation of General Business Law §81.

9. By reason of the foregoing, respondents have employed security guards in violation of Articles 7 and 7-A of the General Business Law, said unlawful employment constituting crimes pursuant to GBL §89-p, and thereby have demonstrated untrustworthiness and incompetence.

WHEREFORE, the complainant requests the following relief:

a. Revoke or suspend all licenses of the respondents;

b. Impose the maximum fines permitted by law;

c. Such other and further relief as the tribunal deems just and proper.

DATE: June 26, 2002

s\ Scott NeJame

Scott NeJame
Litigation Counsel
Department of State
84 Holland Avenue
Albany, NY 12208-3490
(518) 474-9944

Confidential

STATE OF NEW YORK
DEPARTMENT OF STATE

In the matter of the New York State,
Department of State, Division of
Licensing Services,

Complainant,

**AMENDED COMPLAINT**

- against-

International Security Services &
Investigation, Inc.

William Pedrick,

Respondents,

Complainant, the New York State Department of State, Division of Licensing Services, for a complaint alleges:

## PRELIMINARY STATEMENT

1. This proceeding is brought pursuant to General Business Law section 79 (1)(a), (b), (d) and (e) to revoke or suspend all of the Private Investigator and Watch, Guard and Patrol licenses of the respondents. The grounds for this proceeding are that the respondents have employed security guards in violation of Article 7-A of the General Business Law.

## JURISDICTION

2. The New York State Department of State is the governmental agency charged with the regulation of private investigators and watch, guard and patrol agencies, and with the enforcement of Articles 7 and 7-A of the General Business law of the State of New York. Specific authority to bring this enforcement proceeding is provided by General Business Law sections 79(1) and 89-g. This proceeding is subject to Articles 3 and 4 of the State Administrative Act, Articles 7 and 7-A of the General Business Law, and the rules and regulations promulgated thereunder.

## PARTIES

3. The complainant, New York State Department of State, Division of Licensing Services, is the division of the Department of State charged with the administration and enforcement of Articles 7 and 7-A of the General Business Law, together with the implementing regulations set forth in 19 NYCRR PART 170, et seq.

4. Respondent International Security Services & Investigation, Inc. (hereinafter: International) is a licensed Private Investigator, represented by qualifying officer William Pedrick with a main office business address at 1 Steuben Place, Albany, NY (current license term and unique identification number: 3/25/02 - 3/24/04; 11000060997), and a branch business address at 32 Court

Street, Mezzanine FL, Brooklyn, NY (current term and unique identification number: 7/3/01 - 7/2/03; 11000088016. A copy of the license records are annexed hereto as Exhibit A.

5. Respondent William Pedrick is, and was, at all times relevant hereto, an officer and qualifier of Respondent International.

## GENERAL ALLEGATIONS

6. Respondent International, and respondent William Pedrick, as qualifier for respondent International responsible for its operation and management, employed 198 unregistered security guards for the period January 1, 2002 through April 16, 2002. A list of said unregistered guards is attached as Exhibit B. Respondents employed ten additional unregistered guards for the period January 1, 2002 through March 31, 2002.

7. Respondent International, and respondent William Pedrick, as qualifier for respondent International responsible for its operation and management, failed to provide notice to the Department of its employment of 405 registered security guards for the period January 1, 2002 through April 16, 2002, and 14 registered security guards for the period January 1, 2002 through March 31, 2002, in violation of General Business Law §89-g(5). Said 405 improperly registered guards are identified in Exhibit B.

8. Respondent International, and respondent William Pedrick, as qualifier for respondent International responsible for its operation and management, failed to maintain an employee statement and failed to file employee fingerprints with the Department of State for 363 guards for the period January 1, 2002 through March 31, 2002, in violation of General Business Law §81.

9. By reason of the foregoing, respondents have employed security guards in violation of Articles 7 and 7-A of the General Business Law, said unlawful employment constituting crimes pursuant to GBL §89-p, and thereby have demonstrated untrustworthiness and incompetence.

WHEREFORE, the complainant requests the following relief:

a. Revoke or suspend all licenses of the respondents;

b. Impose the maximum fines permitted by law;

c. Such other and further relief as the tribunal deems just and proper.

DATE: July 19, 2002

Scott NeJame

Scott NeJame
Litigation Counsel
Department of State
84 Holland Avenue
Albany, NY 12208-3490
(518) 474-9944

MN&W McGuiness Norris & Williams, LLP
1015 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
Telephone Number: (202) 789-8600
Facsimile Number: (202) 789-1708

---

**DATE:** July 22, 2002

Please deliver the following *fax transmittal* to:

**NAME:** Sam Karawia

**COMPANY:** International Services, Inc.

**FAX NUMBER:** 310-791-5009

**FROM:** Mark E. Baker

*Total number of pages (including coversheet):* 3
*Client/Matter Reference Number:* 1935-1000

**MESSAGE**

* * *

*The communication transmitted with this notice is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employer or agent responsible for delivering the message to the intended recipient, you are hereby notified that any* ***READING, COPYING, DISTRIBUTION*** *or* ***DISSEMINATION*** *of the accompanying communication without express authorization of the sender or addressee named above is* ***STRICTLY PROHIBITED.*** *If you have received this communication in error, please notify the sender immediately by telephone and return the communication to the sender by U.S. mail at the above address. Thank you.*