# EXHIBIT 6

want to revisit a more proactive, control the message, approach.

***David***

David Krawitz

Managing Director & Senior Vice President

[redacted]

202 659-7901 (DC office)

213 893-7300 (LA office)

**110TF2**

## Print Request: Selected Document(s): 1

Time of Request: July 13, 2002 10:42 AM EDT

Number of Lines: 45

Job Number: 928:0:59124770

Client ID/Project Name: 60013dc

Research Information:

<b>Power Search Results for: </b>security and statue

Note:

1 of 4 DOCUMENTS

Copyright 2002 Daily News, L.P.

Daily News (New York)

July 12, 2002, Friday SPORTS FINAL EDITION

SECTION: NEWS; Pg. 10

LENGTH: 346 words

***HEADLINE: SECURITY BIZ AXED OVER SHADY GUARDS***

BYLINE: By BRIAN KATES DAILY NEWS STAFF WRITER

**BODY:**

The state revoked the license of anothe[redacted] - the second since the Daily News disclosed last month[redacted].

It also said that six more security companies face charges for not properly screening the guards they hire.

Paramount Security Bureau of Jamaica, Queens - which guarded sensitive Department of Motor Vehicles and state Health Department sites - agreed to forfeit its license after being charged with illegally employing 17 guards who had not undergone required state criminal background checks.

Several Paramount guards were on the job even though their licenses had been revoked or suspended for illegal activity, the state attorney general's office said.

In addition, virtually none had "heightened qualifications, training and screening" required for guards at state agencies, said Mark Peters, chief of the state attorney general's public integrity unit. Fewer than 10% had undergone mandatory drug testing, he said.

The a[redacted]tion last month that found guards with criminal records had been[redacted]y, even though security supposedly was tightened there after the Sept. 11 terror attacks.

The state charged the California-based company that employed the ex-cons, Intern[redacted], with u[redacted].

Yesterday, as the probe widened, Paramount agreed in a negotiated settlement to surrender its license and pay a $229,000 fine, the attorney general's office said.

Additionally, New York's State Department, which oversees the licensing of guards, identified five more companies facing charges, for a total of 27 cited since Th[redacted]

The lack of criminal screening was of special concern at Motor Vehicle offices, Peters said.

With driver's licenses doubling as ID cards, "there is a serious potential for identity theft when guards have not passed background checks - a major concern especially after Sept. 11," he said.

# EXHIBIT 7

Copyright 2002 Daily News, L.P.
Daily News (New York)

June 30, 2002, Sunday SPORTS FINAL EDITION

SECTION: NEWS; Pg. 29

LENGTH: 1034 words

HEADLINE: STATE TARGETS SHADY GUARDS

BYLINE: By BRIAN KATES DAILY NEWS STAFF WRITER

BODY:
As the Statue [redacted] ate has moved to fine or revoke the licenses of 21 security companies that allegedly employed ex-cons, grifters and thugs at facilities throughout New York.

[redacted] Westchester County.

But in the past few days, the state also has charged 20 other companies with employing unregistered or unqualified guards at airlines, shipping and trucking companies, transit facilities, banks and a number of city and state agencies.

The action was triggered by state controller's office audits that found more than 440 guards employed illegally throughout the state.

The investigation is continuing, and more companies may be cited, state officials said.

State investigators said they found no wrongdoing on the part of government officials in the guard debacle. But, they conceded, unscrupulous security companies, which pay many of their guards only a few dollars above minimum wage, are encouraged [redacted] by the state's policy of hi[redacted] corners. [redacted] for example, had millions [redacted] government contracts, including a single $1 million deal to provide guards at nine state sites, four of which demanded top security clearances.

"When a company cuts corners, it may find it can't pay for screening or training," said Mark Peters, chief of the Attorney General's Public Integrity unit. "It hires unqualified personnel and may ship them off to facilities that assume they are dealing with honest vendors and getting qualified guards."

[redacted]titution of [redacted]

tate laws compound the security guard crisis.

, in New York have long been required to be fingerprinted and to pass a ial background check. But in 1994, bowing to industry pressure, the state softened the law to limit screening to crimes committed in New York. Out-of-state criminals, those convicted in federal jurisdictions and illegal aliens easily skirt detection.

Among them was the [redacted] despite an armed robbery conviction in North Carolina.

The law also exempts certain New York State convictions. The rap sheets of guards at Camp Smith included convictions for drunken driving and leaving the scene of an accident - but they still had valid guard licenses, though at levels lower than required.

Indeed, state regulations are so lax that guards can be hired - and put to work - even before required background checks have been completed, officials said.

New York Secretary of State Randy Daniels submitted legislation in Albany on Thursday to close loopholes in the law. The bill would forbid companies from hiring guards before they have been screened. It would reinstate the requirement of a federal fingerprint check and increase fines for using unregistered guards to as much as $10,000 per violation.

In the past, guard companies resisted federal checks because they took too long. But current technology can provide results in 14 days and improvements are soon expected to provide a full screening within as little as two days, said Department of State spokesman Eamon Moynihan.

At city homeless shelters, 208 of 450 International guards hired under a $12 million contract were unregistered and working illegally, according to the attorney general's office.

Guards at one shelter beat and robbed a resident, according to the attorney general's complaint. A guard at another allegedly assaulted his supervisor.

Police brass have complained repeatedly of problems with International guards at Brooklyn's notorious Bedford-Atlantic Men's Shelter. The Department of Ho s Services has penalized the company about $150,000 for a variety of c violations and used its own unarmed police force to bolster weak s y. Lack of enforcement A company memo indicated that International "was never in compliance with the contract and never had any intention of being so," according to court papers.

But no action was taken to terminate Intern[redacted] Friday, when the Department of Homeless Services anno[redacted] company was being replaced at the seven shelters it was hired to guard.

employees picked up

In a June 21 letter to the agency, the company asked to get out of its contract because "an act of [redacted] Sept. 11, 2001, has made it impossible t[redacted]

the letter, International's vice president, Bunce Pierce, made no mention of contract violations and offered no explanation of how the te[redacted] shelter [redacted] in [redacted]

A department spokesman said the issue was under review. Graphic: DAILY NEWS GETS ACTION

In addition to International Services, the company that posted ex-cons at the Statue of Liberty, the state has moved to fine or revoke the licenses of the following security guard companies:

* Sentry Security, Bronx
* Aargo Services, Manhattan
* Mills Patrol Service, Manhattan
* Winfield Security, Manhattan
* Classic Security, Manhattan
* Barry's Security, Manhattan
* Halls' Security Analysts, Bellerose, Queens
* Task Force Security and Investigations, Brooklyn
* Guard Management Service Corp., Manhattan
* Security Professionals, Hicksville, L.I.
* Regin Associates, Miller Place, L.I.
* Corporate Loss Prevention Associates, Long Island City, Queens
* C.J. Security Services, Nanuet, Rockland County
* Special Security, Rockaway Park, Queens
* ...indi International Security Services, Manhattan
* ...stal Investigation & Security Bureau, Staten Island
* SEB Services of New York, Pleasantville, Westchester County
* NJB Services, Mount Vernon, Westchester County
* High Tech Investigation & Security, Queens

APHIC: SUSAN WATTS DAILY NEWS SECURED Statue of Liberty should be safer,
anks to Daily News expose on ex-con guards. [Daily News Front Cover
21,2002, Nite Owl]

A... July 1, 2002

# EXHIBIT 8

**LATEST NEWS**
June 28, 2002

# Spitzer sues Calif. security guard company

**Joshua Hurwit**
**The Business Review**

State Attorney General Eliot Spitzer's office is suing a California-based security company for providing unlicensed security guards at New York state facilities.

Spitzer's lawsuit, filed Thursday in state Supreme Court in Albany, N.Y., seeks to recover [redacted] International Protective Services Inc. and to prevent the company from doing further business in New York.

The state Department of State contends, following a four month investigation, that the company employed 208 unregistered security guards. The company staffs roughly 130-guards at its Albany, N.Y. office under the name International Services Inc. Of the unregistered guards, ten were on the Albany payroll, said state Department of State spokeswoman Theresa Wescott.

The company's Albany office deferred questions to its California headquarters, which issued a statement: "ISI determined that the issue was primarily limited to one contract in which a number of administrative oversights were made with regard to security guard registration. Registering employees with the state was the responsibility of a newly hired local manager -- this individual is no longer employed by the company. ISI has resolved this isolated record keeping issue and all of the company's contracts in the state of New York are in full compliance with state regulations."

Meanwhile, state officials said action was pending against 20-other guard firms, mostly based in New York City, for failing to conduct background and fingerprint checks. The department is continuing its investigation of other security firms in the state, Wescott said.

New York also is seeking to receive millions of dollars provided to the firms under security contracts.

*jshurwit@bizjournals.com* | *518 437-9855*

*© 2002 American City Business Journals Inc.*

# EXHIBIT 9

Copyright 2002 Daily News, L.P.
Daily News (New York)

[redacted]2, Sunday SPORTS FINAL EDITION

SECTION: NEWS; Pg. 4 DAILY NEWS SPECIAL REPORT

LENGTH: 1493 words

HEADLINE: TAKING LIBERTIES WITH SECURITY Ex-cons guarded statue months afte r 9/11

BYLINE: BY BRIAN KATES DAILY NEWS STAFF WRITER

BODY:

After the W[redacted]te warnings that terrorists might strike agai[redacted]ugh the federal security net and worked for months as guards at the Statue of Liberty, a Daily News probe has found.

Even as the Office of Homeland Security said it was clamping down on potential terror targets - including the statue - at least two men with felony convictions were on guard details assigned to protect Liberty Island.

State law and federal regulations require security guards to have clean criminal records and to be licensed.

[redacted]ployed by Inter-national Services Inc., a secu[redacted]ny [redacted] an Egyptian-born U.S. citizen who prefe[redacted]d [redacted]anned metal detectors and baggage X-ray machines at Battery Park and Liberty State Park, embarkation points for Liberty Island and Ellis Island.

The two eluded detection because federal security clearances had not been conducted, a National Park Service spokesman confirmed. They were unmasked and fired in March after a criminal background check finally was completed.

"This appears to have been a failure at several levels of government, but, [illegible]tely, the buck stops at the Park Service's door," said Sen. Charles S[illegible]r (D-N.Y.), who learned of the snafu from The News.

A member of the Judiciary Committee, which monitors anti-terrorism activity, Schumer was angered that he had not been informed. "When mistakes are made, the responsible agencies must come clean and let us know," he said. "If there is any place we ought to be vigilant, it is at the Statue of Liberty."

Closed for 3 months

Concerns about a potential terror strike on Liberty Island were so strong that it was closed for three months after the Trade Center attack, and when it reopened all visitors were screened.

"Even before Sept. 11, we probably should have been doing that," said National Park Service Director Fran Mainella. "But we've added that now so that e[illegible]ne can feel comfortable that everything is secure when they get over t[illegible]

The Park Service told The News it had assumed - but not confirmed - that all its guards were properly licensed and had passed New York State criminal background checks, as required by law and the terms of its contract with International Services Inc.

Ne[redacted]

"I am [redacted] not doing their job [redacted]

The guards were supervised by National Park Police. Neither the National Park Service nor Karawia would identify them or disclose their past crimes.

Karawia said he dismissed them, but state sources confirmed the two still have state security guard licenses - both valid well into next year.

A spokesman for the state's Department of State, which licenses guards and guard companies, would say only that "the issue is under investigation."

But sources in Albany said the state is conducting a "very active comprehensive investigation" of the security breach, including probes of International Services and state employees who may have been involved.

A Park Service spokesman said no charges were filed against the guards and no penalties assessed against International Services.

Indeed, the California-based company still has about 40 guards working at the Statue of Liberty and Ellis Island.

A former International Services manager, who was responsible for the company's guards in city shelters, said he was not surprised by the Statue of Liberty debacle.

Often, he said, "guards were given a few classes of instruction, issued a uniform and a temporary ID card and told to report to work. There was no c[illegible]-job training and often no waiting for background checks to return from A[illegible]."

The former manager, who did not work directly with the guards at the statue, quit the company in March. He spoke on condition of anonymity.

"It was not uncommon after the background reports came back to find men with criminal records who had been working in the shelters for several months," he said.

[redacted] denied the company ever has issued temporary guard cards or that it all[redacted]e to work without first passing a criminal background check.

Low pay, high risks

The security lapse at the Statue of Liberty underscores the potential dangers of the government's increased reliance on low-paid, poorly trained rent-a-cops at potential terrorist targets.

As former Virginia Gov. James Gilmore, chairman of a federally funded anti-terrorism panel, put it, national security would be "enhanced by professionalizing and certifying the nation's one million-plus private security guards."

But licensing and requirements continue to vary widely from state to state.

New Jersey, temporary home to several of the Sept. 11 terrorists, has no licensing procedure for security guards. New York adopted strict licensing procedures years ago, and traces guard applicants' fingerprints and criminal background through the state criminal justice network.

About 30,000 people apply to be guards in New York each year. State officials said they did not know how many applicants were waiting approval, but they said the process takes only 10 days.

Still, problems with guard companies are perennial, primarily because many pay so poorly.

Last year, state officials moved to revoke the license of a Bronx security company that allegedly hired ex-cons to patrol housing developments. One of the 13 convicted felons working for the Baitul Nasr security company (the name means "House of Help" in Arabic) was charged with killing a woman in one of the developments he was patrolling.

The company is still in business after paying a $10,000 fine, state officials said.

Recipe for disaster

Although contract guards remain the weakest link in the nation's security chain, they are entrusted with protecting some of America's most vulnerable sites.

Consider this:

At the nation's 103 nuclear power plants, private security guards are paid widely varying wages, many so low that they make less than the plants' janitors, according to testimony at a U.S. Senate hearing this month.

Last year, contract guards at 46% of the nation's nuclear plants failed to repel mock terrorist attacks supervised by the Nuclear Regulatory Commission - even after the managers were given advance notice of the exercises.

Sen. Hillary Clinton (D-N.Y.) has introduced legislation to federalize

security workers at nuclear plants, but passage is far from certain.

Guards for most federal buildings are hired and controlled by the General Services Administration, not federal law enforcement agencies.

At federal courthouses, 1,400% more private guards are working now than in 1[illegible] Yet, according to a report by the U.S. Marshals Service, there is "a c[illegible]n among a number of U.S. Marshals that [private court security officers] d[illegible] receive adequate training ... ranging from bomb detection and an[illegible]errorist programs, to cardio-pulmonary resuscitation and people skills."

Five days before the Trade Center attack, Steven Bellew, a vice chairman of the Fraternal Order of Police, warned a congressional panel of the federal government's "heavy reliance on ... contract security guards to provide the bulk of protective services in America's federal buildings."

Bellew, a Federal Protective Service officer, said "private contract security guards do not receive the same level or quality of training as do FPS officers."

Since Sept. 11, Bellew told The News, the feds have "simply hired more security guards; they did not improve their quality."

The problems are compounded, Bellew noted, because use of security guards is "driven by the bottom line - not by preservation of peace and public safety." A case in point: A single contract guard patrolled the Alfred P. Murrah building in Oklahoma City in 1995, the year Timothy McVeigh blew it up.

International Services guards were hired in [redacted]National Park Police at the Statue of Liberty and began [redacted]

The company's $320,000 contract was boosted to more than $1.2 million after Sept. 11 to reflect "the need for additional manpower, additional work hours and additional costs," the Park Service spokesman said.

International Services has more than [redacted]ployees nationwide. In New York City it has contracts to provide guards [redacted]BI, Internal Revenue Service and Social Security Ad[redacted] - Off-Track Betting offices and city shelters in Brooklyn and Queens. It also provides guards to some federal buildings in Albany.

A police analysis of security at the Bedford-Atlantic Men's Shelter this year complained that the performance of International Services guards "falls way short of expectations" and that they have "proved hard to supervise and motivate."

G[illegible]C: DAILY NEWS PHOTO ILLUSTRATION PHOTOS BY SUSAN WATTS DAILY NEWS
Entering the Statue of Liberty is still off-limits, but visits to Liberty Island resumed Dec. 20. National Park police officers supervise security at the Statue of Liberty. But botched background checks enabled some former convicts to work as guards in sensitive positions there.

LOAD-DATE: June 24, 2002

# EXHIBIT 10

**International Services, Inc.**
*3771 West 242nd Street Suite 205*
*Torrance, CA 90505*
*Phone (310) 791-5015*
*Fax (310) 791-5009*

[redacted]

attempt to notify not cancel handle

Mr. Roger Pinnau, Contracting Officer
[redacted]tion, Great Lakes Region 5
Federal Protective Service, 5PSA
230 South Dearborn Street, Suite 3540
Chicago, IL 60604

Dear Roger:

I am writing to share International Services, Inc.'s (ISI) position with regard to a subject that has generated some recent negative publicity about the company in the New York area. Both the Department of State and the Office of the [redacted] General for the State of New York have filed civil co[redacted], calling for the revocation of our license to do business in the State.

Before providing you with further information, I want to assure you that these legal matters i[redacted] service.

ISI has cooperated fully with the State of New York th[redacted]stigations, beginning with its initial inquiries. At that time, ISI undertook an immediate internal review of every contract in the State and has remedied any administrative oversights identified through the process.

With regard to the Department of State complaint specifically, which has been scheduled for hearing before an Administrative Law Judge [redacted] determined that the issue was primarily limited to one contract in which security guard registration procedures were not consis[redacted]wed. Registering our employees with the State was the responsibility of a newly hired local manager – this individu[redacted]employed by the company. hired cause

Given the fact that ISI took immediate corrective action with regard to these record-keeping issues, the company is disappointed that both the Department of State and Office of Attorney General have chosen to file suit. ISI takes this matter very seriously. We will v[redacted] the State's allegations and are confident the matter will be resolved shortly.

If you have any additional questions or concerns, please do not hesitate to contact me personally. ISI greatly appreciates your continued support and is

confident this matter will be successfully resolved. Until then, ISI will continue to provide the highest level of service, honesty and integrity in all that we do.

Sincerely,

**INTERNATIONAL SERVICES, INC.**

Sam Karawia
*Sam Karawia*
President/CEO

SK/dlh

# EXHIBIT 11

**darsha**

**From:** roger.pinn[redacted]ov
**Sent:** Monday[redacted]2 11:56 AM
**To:** darsha@wwisi.com
**Subject:** Re: International Services, Inc. position

GSA-RogerPi
-NYLicensing(

July 1, 2002 (Mon)

Darsha,

Thank you. I appreciate your providing me with a written position statement. I'll share that statem[redacted]n our office.

Please also convey to Mr. Karawia our thanks for his taking the time to visit us last week, and [redacted]ssing the problem.

//Roger

arsha <darsha@wwisi.com> on 07/01/2002 12:20:14 PM

To: roger.pinnau@gsa.gov
cc: darsha@wwisi.com

Subject: International Services, Inc. position

Roger,
Please find letter from Sam Karawia, attached...

Thank you,
Darsha Huber
Exec. Admin. Asst.
International Services, Inc.
(310) 791-5015 ext. 105
(See attached file: GSA-RogerPinnau-NYLicensing070102.doc)



2981