# EXHIBIT 12

GSA

General Services Administration - Great Lakes Region 5
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604

TX 312.886-3815
Fax 312.353-0143
Net roger.pinnan@gsa.gov

July 18, 2002

Sent Federal Express
Airbill #7918 8720 1250
&
Facsimile to 508.480-8883

Mr. Ousama Karawia
President & Chief Executive Officer
International Services, Inc.
3771 W. 242nd St., Suite #205
Torrance, CA 90505

Dear Mr. Karawia:

This regards Task Order GS02P02CID0001 for the provision of armed and unarmed uniformed security guard services for General Services Administration (GSA) controlled and supported facilities in New York State, excluding New York City and Westchester County.

During our meeting on Thursday, June 27, 2002 in Chicago, you briefed us on many difficulties you have been experiencing with New York State awarded contracts and a National Park Service contract for the [redacted]d Ellis Island. At issue with these contracts as [redacted] by you and resulta[redacted]e allegations of i[redacted] procedures an[redacted]formity with New York State licensing requirements as it r[redacted] York State Private Investigators, Bail Enforcement Agents, Watch, Guard and Patrol Agencies and Security Guard licensing law.

You stated that you are scheduled to appear before a New York State Administrative Law Judge on Tues[redacted]which was also confirmed in your letter to us date[redacted]. However, your letter dated Tuesday, July 9, 2002 indicates your hearing date has been moved forward to an undetermined date in [redacted]2002.

You expressed concern that the possible outcome of your hearing woul[redacted] of your New York State business license. You inquired on the possibility of [redacted] Agreement prior to the court date to prevent the loss of Task Order GS02P02CID0001. Based on this request, w[redacted]d for your reference Subpart 42.12 of the Federal Acquisition Register (FAR) [redacted] specifically discusses Novation and Change of Name Agreements.

Ms. Sheila Brannan, Contracting Officer for the Multiple Award Schedule has been notified by this office of your informational request and may be providing you with additional information from FAR Subpart 42 shortly. Ms. Brannan can also be reached on telephone 817.978-8421. As usual I am available by telephone or e-mail to address any questions or concerns you may have.

Sincerely,

ROGER R. PINNAU
Contracting Officer

Enclosure

from BP
8-21-02

UE ID NUMBER
11000039911

State of New York
Department of State
DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY
Control No. 003374

Pursuant to the provisions of
ARTICLE 7 OF THE GENERAL BUSINESS LAW
AND AMENDMENTS THERETO,

EFFECTIVE DATE

| MO. | DAY | YR. |
| --- | --- | --- |
| 04 | 16 | 01 |

SENTRY CORPORATE SECURITY SERVICES LLC*
1 STEUBEN PL.
ALBANY NY 12207

EXPIRATION DATE

| MO. | DAY | YR. |
| --- | --- | --- |
| 04 | 15 | 03 |

HAS BEEN DULY LICENSED TO TRANSACT BUSINESS AS A

PRIVATE INVESTIGATOR

FOR THE TERM OF TWO YEARS FROM DATE HEREOF, TO BE REPRESENTED, AS PRINCIPAL, BY THE QUALIFIED MEMBER(S) NAMED BELOW:

RAYMOND J POSTANA - VP

Randy A. Daniels
Secretary of State

*Changed Business Name Effective 08/05/02

DOS-698 (Rev. 3/91)

2896

# EXHIBIT 13

LAW OFFICES
McGUINESS NORRIS & WILLIAMS, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
SUITE 1200
1015 FIFTEENTH STREET, N. W.
WASHINGTON, D. C. 20005

202 789-8600
MARK E. BAKER FAX: 202 789-8584
EMAIL: MBAKER@MNWLAW.NET

July 19, 2002

**VIA FACSIMILE (212) 417-4678**

Hon. Felix Neals
Supervising Administrative Law Judge
Office of Administrative Hearings
NYS Department of State
123 William Street
New York, New York 10038

**Re: Dept. of State v. International Security Services (No. 02INPAJ1030)**

Dear Judge Neals:

On behalf of respondent International Security Services ("ISS"), I am requesting reconsideration of the July 16, 2002 Adjournment Notice se[redacted] case for hearing o[redacted]The case was previously set for Septe[redacted]2002 after considerable cooperation by all parties to accommodate the vacation schedules of the State's witnesses, counsels' schedules, and Judge Schneier's schedule. Needless to say, my co-counsel Mr. Brodsky and I were very surprised [redacted]ive, without any prior notice or consultation whatsoever, notice of the change t[redacted]

The sudden rescheduling severely prejudices our client's interests in several respects. First, given the severe penalty the [redacted]ks to impose and all that is at stake for ISS, more time is ne[redacted] defense. Having been informed on July 10, 2002 (via email from Judge Schneier) that the hearing would take place on [redacted] reasonably concluding that ample time to [redacted] for trial remained, Mr. Brodsky and I have now [redacted] time. With so much at stake, it is manifestly unfair that the State should arbitrarily – and without any prior notice or consultation at all – move the hearing to a date six weeks earlier. Indeed, such an action is unprecedented in my 18 years of experience as a lawyer involved in many types of civil and administrative litigation proceedings.

Second, there are circumstances surrounding the State's actions in this matter that raise serious questions about what is really happening in the proceedings against ISS. Through a variety of press releases and other actions, the Sta[redacted] This

Hon. Felix Neals
July 19, 2002
Page 2

included a July 16 inquiry to ISS from a reporter for Albany TV Channel 13 in which the reporter referred to August 2 as the hearing date in this matter. ISS thought the reporter's statement was a simple error when it was made. Surprisingly [redacted] clear that the reporter learned of the change to [redacted] informed of it – a fact we find highly [redacted].

Third, there is no threat to the State in retaining the original September 19 hearing date. That date originally was acceptable to the State and it should remain so.

In light of the foregoing, we respectfully request that the hearing [redacted] calendar for [redacted]ed.

We will appreciate your prompt response to this request.

Respectfully,

Mark E. Baker

Mark E. Baker

cc: William M. Brodsky, Esq. (via facsimile)
Scott NeJame, Esq. (via facsimile)
Ousama Karawia (via facsimile)

MN&W

**McGuiness Norris & Williams, LLP**
1015 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
Telephone Number: (202) 789-8600
Facsimile Number: (202) 789-1708

**DATE:** July 19, 2002

Please deliver the following ***fax transmittal*** to:

**NAME:** Sam Karawia

**COMPANY:** International Services, Inc.

**FAX NUMBER:** 310-791-5009

**FROM:** Mark E. Baker

*Total number of pages (including coversheet):* 3
*Client/Matter Reference Number:* 1935-1000

**MESSAGE**

* * *

*The communication transmitted with this notice is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employer or agent responsible for delivering the message to the intended recipient, you are hereby notified that any* ***READING, COPYING, DISTRIBUTION*** *or* ***DISSEMINATION*** *of the accompanying communication without express authorization of the sender or addressee named above is* ***STRICTLY PROHIBITED.*** *If you have received this communication in error, please notify the sender immediately by telephone and return the communication to the sender by U.S. mail at the above address. Thank you.*

# EXHIBIT 14

**Andrea Carbonell**

---

**From:** Andrea Carbonell [acarbonell@wwisi.com]
**Sent:** Tuesday, August 20, 2002 2:15 PM
**To:** 'tamara.hill@gsa.gov'
**Cc:** Bunce Pierce (bunce@wwisi.com); 'Roger R.
**Subject:** GSA FSS Contract # GS-07F-0195M
**Importance:** High

**SENT ON BEHALF OF BUNCE PIERCE, VICE PRESIDENT OF INTERNATIONAL SERVICES, INC.**

---

August 20, 2002

Dear Ms. Hill:

International Services, Inc. (ISI) operating under GSA FSS Contract # GS-07F-0195M is providing guard services to GSA-New York under this contract. We have an urgent need to transfer and novate this contract for GSA-New York to Sentry Corporate Security Services, fully licensed by the State of New York.

We have an unresolved licensing issue pending before the State of New York. In order to protect our interests and that of the U.S. Government we need our novation to be handled in an expeditious manner. We understand that your Legal Division must approve this agreement. If you could advise us who will be handling the matter, so our attorneys can establish liaison with them, this should help expedite our request for novation.

We have advised GSA-Chicago who administers the GSA-New York contract of our intentions.

We thank you for your anticipated cooperation.

Very Truly Yours,

*Bunce Pierce*

Bunce Pierce, CPP
Vice President

---

**Andrea Carbonell**
**International Services, Inc.**
**(310) 791-5015 ext. 109**

8/20/2002

2825

# EXHIBIT 15

**Bunce Pierce**

| | |
|---|---|
| **'om:** | Andrea Carbonell [acarbonell@wwisi.com] |
| **Sent:** | Wednesday, August 21, 2002 2:13 PM |
| **'o:** | Bunce Pierce |
| **ubject:** | FW: ISI Novation Agreement |

Novation
reement for ISI 08C

Andrea Carbonell
International Services, Inc.
(310) 791-5015 ext. 109

-----Original Message-----
From: teresa.hill@gsa.gov [mailto:teresa.hill@gsa.gov]
Sent: Wednesday, August 21, 2002 12:46 PM
To: acarbonell@wwisi.com
Cc: sheila.brannan@gsa.gov
Subject: Re: ISI Novation Agreement

Bunce,
In addition to the [redacted]ents, GSA requires a[redacted]
on
h[redacted]pany.

eresa Hill
Contract Specialist
GSA, FSS, Industrial Products Contracting Division
817-978-8647
817-978-4366 (fax)

"Andrea
Carbonell"
<acarbonell@ww
isi.com>

<bunce@wwisi.com>

To: teresa.hill@gsa.gov
cc: "Bunce Pierce"
Subject: ISI Novation
Agreement

08-21-2002
01:47 PM

-NT ON BEHALF OF BUNCE PIERCE, VICE PRESIDENT

Dear Ms. Hill:

Attached is a copy of the nov[illegible]eement that we have drafted. Please let us know if this format is acce[illegible]table.

Should you have any questions, please contact us at 310-791-5015

Andrea Carbonell
-nternational Services, Inc.
(310) 791-5015 ext. 109

(See attached file: Novation Agreement for ISI 0802102.pdf)