# EXHIBIT 18

**Bunce Pierce**

**From:** Bunce Pierce [bpierce@karawia.com]
**Sent:** Tuesday, Septe[redacted]
**To:** ktrope@karawia.com; okarawia@karawia.com
**Subject:** RE: Novation in Fort Worth

I don't like the fact Sheila is the moving force here apparently. I don't think she is our friend and we should keep our lines open to Mr. Lair and we should establish a liaison with their [redacted]

Bunce

-----Original Message-----
From: Konrad Trope [mailto:ktrope@karawia.com]
Sent: Tuesday, September 17, 2002 9:35 AM
To: okarawia@karawia.com
Cc: bpierce@karawia.com
Subject: Novation in Fort Worth

I just called Bill Lair, Shelia Brannen's [redacted]. He said the application is now with Shelia. He said that if the application [redacted] some objection. I asked when we cou[redacted] on that Issue. He said that I could expect a call from legal and Shelia[redacted] I told him if there was any problem that I would be willing to get on a plane and fly down to [redacted] Worth to correct the situation. He said at the moment that a call tomorrow after Shelia and legal had reveiwed the application was the current status of our application.

# EXHIBIT 19

GSA

GSA Greater Southwest Region

S[redacted]

Mr. Ousama Karawia
President
International Services, Inc.
3771 W. 242nd St., Suite 205
Torrance, CA 90505

shock
dismay

Dear Mr. Karawia:

This is in regard to your letter dated August 31, 2002, requesting that the Government recognize a successor in interest to your contract number GS-07F-0195M.

It is the Government's final decision to not recognize a successor in interest to contract number GS-07F-0195M. A Novation will not be recognized. It is not in the Government's interest to novate this contract.

Accordingly, pursuant to Clause 552.238-73, Cancellation, contract number GS-07F-0195M is canceled effective October 19, 2002. Modification AO01 is [redacted] this action.

Sincerely,

Sheila Brannan
Contracting Officer (7FXP-E5)

Enclosure

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195
www.gsa.gov

CONTRACT ID CODE | PAGE OF PAGES 1 | of 1

2. AMENDMENT/MODIFICATION NO.
A001

3. EFFECTIVE DATE
September 19, 2002

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
ral Services Administration
ral Products Center
chedules Contracting Division, 7FXG-E5
9 Taylor Street
ort Worth, TX 76102

7. ADMINISTERED BY *(If other than Item 6)*
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

International Services, Inc.
3771 W. 242nd Street, Suite 205
Torrance, CA 90505

CODE | FACILITY CODE

(3) 9A. AMENDMENT OF SOLICITATION NO.

9. DATED *(SEE ITEM 11)*

X 10. MODIFICATION OF CONTRACT/ORDER NO.
GS-07F-0195M

10B. DATED *(SEE ITEM 13)*
2/25/02

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging the receipt of the amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D OTHER *(Specify type of modification and authority) 552.238-73, Cancellation* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to this issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Pursuant to clause I-FSS-690-B, Cancellation, Contract No. GS-07F-0195M is canceled effective October 19, 2002.

This modification is issued at no cost to either party.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
**SHEILA A. BRANNAN, CONTRACTING OFFICER**

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED SATES OF AMERICAN
Sheila A. Brannan

16C. DATE SIGNED
9/19/02

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30
(REV. 10-83)
PRESCRIBED BY GSA

2864

# EXHIBIT 20

[IN]TERNATIONAL SERVICES [IN]C.
SECURITY DIVISION
3771 242nd Street, Suite 205
Torrance, CA 90505
(310) 791-5015

State License No. PP0 11026
and Bonded
24 hrs. Service

# FACSIMILE COVER SHEET

DATE: Oct. 2

TO: Shelia Bronner/GSA

COMPANY:

FAX: (818) 978-3761

FROM: Konrad Trope

FAX: (310) 791-5009

PHONE: (310) 791-5015, ext. 115

______ pages, including cover page.

COMMENTS: Court order imposing "stay" on revocation of our license. Will this affect your decision regarding the termination of our GSA contract? Please advise.

IF THIS FAX IS UNREADABLE OR IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT SENDER AT NUMBER ABOVE.

At the IAS Part 52 of the Supreme Court of the State of New York, New York County, at The Courthouse, 60 Centre Street, New York, New York, on the 1 day of Oct, 2002.

PRESENT:
Honorable Faviola Soto, Justice

---X

Application of International Security Services & Investigation, Inc. and William Pedrick

Petitioners,

For a judgment pursuant to Article 78 of the CPLR

–against–

Randy Daniels, as Secretary of State,

Respondent.

---X

Index No. 02 121300

ORDER TO SHOW CAUSE

Upon the annexed Petition of International Security Services & Investigation, Inc. ("ISSI") and William Pedrick, its Qualifying Officer, verified on September 27, 2002, the exhibits thereto, and the accompanying Memorandum of Law, it is hereby

ORDERED, that Respondent Randy Daniels, as Secretary of State, or his attorney show cause, at IAS Part 52 of this Court, to be held at the Courthouse, 60 Centre Street, New York, New York, on the 30 day of Oct, 2002, at 9:30 a.m. of that day, or as soon thereafter as counsel may be heard, why an Order should not be entered, pursuant to Article 78 of the New York Civil Practice Law and Rules, (i) reversing the findings of fact and conclusions of law contained in Judge ... 12, 2002 decision on the grounds that they were obtained only after a

hearing which was conducted in a manner which violated Petitioners' right to due process under the United States and New York State Constitutions; (ii) declaring that the licensing scheme of the New York Security Guard Act, Articles 7 and 7-A of the General Business Law, and more particularly sub-parts 71(3) and 89-g thereof, is unconstitutional insofar as it denies security guard companies equal protection under the law by unfairly and irrationally discriminating against private security companies such as ISSI in favor of "in-house" security guards performing the identical jobs, by purporting to regulate the former group while completely exempting the latter group from any regulation; (iii) awarding Petitioners their costs and reasonable attorneys' fees incurred in bringing this special proceeding; and (iv) granting such other and further relief as this Court may deem just and proper; and it is further

ORDERED, that Respondent's answering papers, if any, shall be served personally on or before the 25 day of Oct, 2002; and it is further

ORDERED, that Petitioners' reply papers, if any, shall be served personally on or before the 29 day of Oct, 2002; and it is further

ORDERED, that the Decision and Order of Administrative Law Judge Roger Schneier dated September 12, 2002, is hereby stayed pursuant to CPLR 7805, and Petitioners' shall be permitted to retain their licenses under the General Business Law and shall have the right to continue to provide security services in accordance with such licenses, pending the ~~determination~~ hearing of this application, on the ground that Petitioners have demonstrated a likelihood that they will

succeed on the merits of their Article 78 Petition, and further on the ground that Petitioners would be irreparably and permanently harmed by the failure to grant such stay; and it is further

ORDERED, that the 30 day period of limitation within which Petitioners may appeal Judge Schneier's decision in this matter to the Department of State is hereby tolled pending determination of Petitioner's Article 78 Petition; and furthermore

Sufficient cause being alleged, let personal delivery of a copy of this order, and all supporting papers, upon respondent and upon the office of the Attorney General on or before the day of October, 2002, and such service be deemed sufficient.

Justice, Supreme Court

Oral Argument directed:

J.S.C.

ENTER:

J.S.C.

HON. FAVIOLA SOTO