# EXHIBIT 24

**Bunce Pierce**

'rom: [redacted]
Sent: Sunday, November 03, 2002 4:48 AM
To: peggy@wwisi.com
Cc: bunce@wwisi.com; okarawia@wwisi.com
Subject: ISI NY - Response to ISI's November 1st Questions

[redacted]

Hi, Peggy,

I'm responding to your telephonic inquiry of last Friday, November 1st.

PART ONE - GENERAL

Thank you again [redacted] to me last Friday, November 1st, inquiring about the status of some recent [redacted] nd an e[redacted] ther contract. I have been communicating with GSA-Finance and GSA-FPS New York about your request for expedited payment and your inquiry about current invoices. I was pleased to find that GSA-Finance and GSA-FPS New York have been hard at work on the subjects of your inquiry, already. It has been reported to me that:

1) GSA-FPS New York has double checked to make sure that all existing invoice acceptances/approvals were sent to GSA-Finance for ISI's September 2002 services. GSA-FPS New York has retransmitted them, to make sure they have been received.

2) GSA-Finance is following up on this, too, coordinating with GSA-FPS New York. If you 'ish to, you can help us help you, by providing me with specific details on what invoices ou are inquiring about. Feel free to provide me with a list of the specific ACT numbers, invoice numbers, invoice dates and the dollar amounts for each invoice you are asking bout. The more detail you provi[redacted] is for us to track the progress of pecific invoices and payments. I'll do what I can to help. e just need specifics so we can do more for you on this.

3) O[redacted]A-FPS New York received about 20 more invoices from ISI that are be[redacted] as well. It is my understanding that these invoices already had GSA-FPS New York acceptances sent on them, but they will be double-checked, and followed-up on, now that we know that these invoices are part of the same group that you are inquiring about.

4) The parka payments you inquired about last Friday, November 1st, are part of an unresolved claim that are not part of the contract task order (GS02P02CID0001) that I am the CO for. Even though I have nothing to do with the parka claim, I did ask about the status of that ISI claim, as you requested. It was reported to me that the parka payments you inquired about last Friday are part of a claim that is being handled by Ms. Piela, at GSA-FPS New York. The claim [redacted]eing worked on by both ISI and GSA-FPS New York, so payment can't be cons[redacted]te while the two parties are still working on what should be paid (how much) and why. This is still a work in progress.

still late

PART TWO - VEHICLES

I have approved lease payments for the vehicles provided by ISI in New York from April through mid-October, and GSA-FPS New York has concurred. You'll recall that a few months ago, ISI's President Sam Karawia and GSA-FPS's Contracting Officer Art Dobbs initially had a preliminary difference in opinion as to whether the leased vehicles were separately riced or included in other prices. Following that difference in opinion, this matter was iscussed further, I requested more information, and ISI provided that information, so an informed decision could be made about these vehicles. After a thorough review, I decided your favor in this matter, with the resulting recent payment approvals and concurrences these Upstate New York ISI vehicles are now regarded as separately priced leased hicles. Please make sure that you have provided appropriate invoices for these vehicles

so you can [illegible] invoice numbers, invoice dates, invoice dollar amounts and ACT numbers when you have that information, so we can follow up on them. Now that this is settled, we want to make sure you receive payment, promptly.

PART THREE - CONCLUSION

Peggy, please be assured [illegible] the items you inquired about last Friday have been and are [illegible]. They are being worked on or have already been taken care of. I am impressed with the work and dedication provided by GSA-FPS New York and GSA-Finance.

In some cases, such as for the parka claim, it's my understanding that GSA-FPS New York is awaiting further information from ISI, but discussions are being held with [illegible] progress is being made. In other cases, such as for the vehicles, approval has been made for them to be regarded as separately priced, and payment approved, as you requested. And we are following up as best we can on the September invoices you inquired about, given that you didn't identify specific invoices to me in your call (we need that information, for tracking).

Overall, I'm sure you are [illegible]w that these items are all being worked on, or have already been taken care of. If you have more questions about ISI invoices, you are welcome to provide me with more detailed information (invoice number, invoice date, ACT nu[illegible], invoic[illegible] so we can better serve you.

Before I close, I want to remind you that you are also welcome to submit an updated release of claims to me from time to time, so we can track our progress on contract task order close-out. If you include an itemized list of what is included in your task order release of claims, we'll be better able to work with you on getting ISI paid, resolving any differences and closing the contract task order. Let me know if you would like me to email a blank Release of Claims form to you.

I appreciate you taking the time to call. Thank you, Peggy. Sincerely, //Roger

Roger Pinnau,
GSA-FPS Great Lakes Region Contracting Officer
Tel: 312/886-3815
Fax: 312/353-0143 (office)
Fax: 847/717-3163 (residence)
Numeric Pager: 312/398-2523
Email: roger.pinnau@gsa.gov

# EXHIBIT 25

Case 1:03-cv-02824-CFL Document 37-9 Filed 07/30/2007 Page 5 of 11

**From:** roger.pinnau@gsa.gov
**Sent:** Monday, November 04, 2002 7:15 AM
**To:** peggy@wwisi.com
**Cc:** bunce@wwisi.com; okarawia@wwisi.com
**Subject:** ISI NY - Release of Claims

Gs1142.pdf (36 KB)

November 4, 2002 (Mon)

Peggy,

I'm writing to ask you for more information so we can make more progress towards contract task order close-out, in Upstate New York. Feel free to share these questions with Bunce and Sam. Thanks.

1) How much do you think we owe ISI, as of this date? We can use the information as a check on our own numbers. It will help us work towards a reconciliation of any differences in amounts.

2) Please complete the blank GSA Form 1142 Release of Claims form here, and attach detailed information about what you believe to be outstanding invoices, payments, etc. We need to start somewhere, and this will help. When we get more information, it may be helpful to have another conference call solely to discuss outstanding invoices and payments. Is there interest at ISI for such discussions?

(See attached file: Gs1142.pdf)

3) ISI can submit multiple Release of Claims' to us, as we work towards contract close-out. There's nothing that says a Release of Claims can't be modified as we make progress on it. The sooner we get your Release of Claims and supporting documents, the better, Peggy. As I said above, we need to start somewhere, consolidating lists of what you believe owed to what we believe to be owed, and reconciling them.

4) One more item----are you aware of ISI having any Government-furnished equipment (GFE) that would cause us to have deductions in payments? We are checking on that, as well. Things like failure to return Government-furnished credentials, master keys (lost master keys can incur tens of thousands of dollars in rekeying costs), radio-related items, etc. could cause deductions. Are there any reasons for deductions that you are aware of? If so, please include them in your written response to me. If not, let me know in writing, as well. This will all help us work towards contract close-out.

Thank you, Peggy, and give my regards to Bunce and Sam. I'm looking forward to your reply, with more detailed information from you attached to your Release of Claims. Thanks. //Roger

Roger Pinnau,
GSA-FPS Great Lakes Region Contracting Officer
Tel: 312/886-3815
Fax: 847/717-3163
Numeric Pager: 312/398-2523
Email: roger.pinnau@gsa.gov

# EXHIBIT 26

KLT SHADOW

**INTERNATIONAL SERVICES, INC.**
**SECURITY AND INVESTIGATION**
3771 242nd Street, Suite 205
Torrance, CA 90505
(310) 791-5015

State License No. PPO 11025
and Bonded
24 hrs. Service

[redacted]

**VIA FACSIMILE - (817) 978-3761 & Certified Return Receipt Requested**

Ms. Sheila Brannan, Contracting Officer (7FXP-E5)
**U.S. General Services Administration**
Greater Southwest Region
819 Taylor Street
Fort Worth, TX 76102-6195

**RE: Contract GS-07F-0195M**

Dear Ms. Brannan:

This letter in regards to the government's cancellation of International Services, Inc. (ISI) as the contractor for the above contract GS-07F-0195M (the "Contract"). General Services Administration (GSA) for the Greater Southwest Region cancelled the Contract with ISI effective October 19, 2002. In conversations with your office, you said this was due to the fact that ISI had lost its license to do business in the state of New York. As of this date ISI [redacted] licen[redacted]ing the fact that it is not obligated to have said license to carry out any of the GSA's Task Orders in the state of New York. Nevertheless, the cancellation after only six months was instituted by GSA. We believe that this cancellation, therefore, was improper and in bad faith.

Accordingly, we [redacted] seeking a recovery of startup [redacted] in an amount of [redacted] $2 million dollars, including but not limited to basic training, CPR classes, vacation pay, sick pay, bereavement leave, jury duty and travel time. A schedule of these startup costs is attached with this letter. Furthermore, because we believe that this contract was [redacted]inated, we seek to recover the full revenue of the Contract, appro[redacted] dollars. Therefore, our claim against GSA is for approximately $62 million dollars. The Contract was for five years and the Contract had a revenue stream of approximately $12 million dollars per year.

Consequently, we will be pursuing all rights and remedies both administratively and judicially to recover on this claim especially considering that as of this date our license has not been revoked to do business in the state of New York.

If you have any questions regarding the foregoing please feel free to contact me at your earliest convenience.

Very truly yours,

Konrad L. Trope
General Counsel

KLT/js

Enclosure

cc: Sam Karawia
Bunce Pierce
Peggy Orlando

not lost right

**Summary of Cost Incurred on GSA Contract**

Training - New GSA Contract

| | Training Hours | Total Hours | Rate | Salary Expense | FICA | FUI | SUI | W/C | Gen. Liab. | H & W | Pension | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 400 Guards for Basic Training | 72 | 28800 | 22.91 | 659,664.00 | 50,464.30 | 5,277.31 | 23,088.24 | 29,684.88 | 9,894.96 | 80,640.00 | 25,920.00 | |
| Travel Time | 6 | 2400 | 22.91 | 54,984.00 | 4,206.28 | 439.87 | 1,924.44 | 2,474.28 | 824.76 | 6,720.00 | 2,160.00 | |
| Travel Expense Reimbursement | | | | 45,391.17 | | | | | | | | |
| CPR Hours Not In Scheduling | 16 | 6400 | 22.91 | 146,624.00 | 11,216.74 | 1,172.99 | 5,131.84 | 6,598.08 | 2,199.36 | 17,920.00 | 5,760.00 | |
| CPR/First Aid Class Reimbursement | $65 | | | 26,000.00 | | | | | | | | |
| | | | | 932,663.17 | 65,887.31 | 6,890.18 | 30,144.52 | 38,757.24 | 12,919.08 | 105,280.00 | 33,840.00 | 1,226,381.49 |
| Vacation Pay | | 26520 | 15.27 | 404,960.40 | 30,979.47 | 3,239.68 | 14,173.61 | 18,223.22 | 6,074.41 | 74,256.00 | 23,868.00 | 602,310.06 |
| Sick Pay | | 5225 | 15.77 | 82,398.25 | 6,303.47 | 659.19 | 2,883.94 | 3,707.92 | 1,235.97 | 14,630.00 | 4,702.50 | 121,762.01 |
| Bereavement Leave | | 208 | 15.27 | 3,176.16 | 242.98 | 25.41 | 111.17 | 142.93 | 47.64 | 582.40 | 187.20 | 4,739.15 |
| Jury Duty | | 66 | 15.27 | 1,007.82 | 77.10 | 8.06 | 35.27 | 45.35 | 15.12 | 184.80 | 59.40 | 1,514.19 |
| Grand Total | | | | 1,424,205.80 | 103,490.32 | 10,822.52 | 47,348.51 | 60,876.66 | 20,292.22 | 194,933.20 | 62,657.10 | 1,956,706.91 |

2829

# EXHIBIT 27

**Konrad Trope**

**From:** Konrad Trope [ktrope@karawia.com]
**Sent:** Wednesday, January 22, 2003 12:59 PM
**To:** effie.washington@gsa.gov
**Subject:** RE: solicitation

Thank you for taking the time to talk to me today about the process of reinstating our company on the FSS. Your time and patience was greatly appreciated. Thank you for sending me these attachments. We will follow them to the letter [illegible] immediately.

Best regards,

Konrad L. Trope
General Counsel

-----Original Message-----
From: effie.washington@gsa.gov [mailto:effie.washington@gsa.gov]
Sent: Wednesday, January 22, 2003 11:35 AM
To: ktrope@karawia.com
Subject: solicitation

(See attached file: BECOMING A SCHEDULE PARTNER.Rev.5-20-2002.doc)(See attached file: Solicitation and Schedules.doc)(See attached file: updated contract offer 12-2002.doc)(See attached file: updated-offer checklist doc.doc)

Mr. Trope,

Please print & read ea. document carefully and follow instructions.

Effie



2884