# EXHIBIT 28

**From:** roger.pinnau@gsa.gov
**Sent:** Friday, February 07, 2003 4:58 PM
**To:** peggy@wwisi.com
**Cc:** bunce@wwisi.com
**Subject:** ISI NY - Released Payments

Februa [redacted] ri)

Peggy,

I'm taking a quick moment out from our O [redacted] vel (declared today) to advise you that:

1) GSA-Finance has already been told to release the funds withheld;

2) my supervisor, Tracy Cohen, is working on getting a list of the DOL-r [redacted] ISI Upstate New York invoice payments to Sam, probably via FedEx. I'm not sure if we can get that out tonight, or if it will be next Monday or Tuesday. It's been busy. The list of invoice payments released will get to you soon, I'm sure.

Take care. //Roger

Roger Pinnau,
GSA-FPS Great Lakes Region Contracting Officer
Tel: 312/886-3815
Fax: 312/353-0143 (office)
Fax: 847/717-3163 (residence)
Numeric Pager: 312/398-2523
Email: roger.pinnau@gsa.gov

# EXHIBIT 29

**From:** Bunce Pierce [bpierce@karawia.com]
**Sent:** Monday, February 10, 2003 10:08 AM
**To:** carol.batesole@gsa.gov
**Subject:** FSS Security Guard Contract

Because of some past and [redacted]ing matters with [redacted] Brannan [redacted] to request that our review of [redacted]sal be assigned to another contracting officer. We would be most happy to discuss our concerns with you. Could you provide your direct telephone number to me?

Bunce Pierce
310 791-5015
International Services, Inc.

# EXHIBIT 30

m: carol.batesole@gsa.gov
nt: Tuesday, February 11, 2003 11:47 AM
To: bpierce@karawia.com
bject: Re: FSS Security Guard Contract

Mr. Pierce, My decision to assign your offer to Sh[redacted]ged. My phone number is 817-978-8667.

"Bunce Pierce" <bpierce@karawia.com>
To: carol.batesole@gsa.gov
cc:
Subject: FSS Security Guard Contract

02-10-2003
12:07 PM

Because of some past and pending matters with Ms. Brannan we would like to request that our review of our proposal be assigned to another contracting officer. We would be most happy to discuss our concerns with you. Could you provide your direct telephone number to me?

Bunce Pierce
310 791-5015
nternational Services, Inc.

# EXHIBIT 31

Open Ratings

DB Dun & Brad[redacted]

Date: [redacted]

**Past Performance Evaluation™**

D-U-N-S Number for this company: 79-702-1326

**The Supplier Performance Review is a report on a single company. This report is divided into four sections:**

**1. Company Overview**
Contains basic location, contact, and operating data available on the company being evaluated. This information comes from Dun & Bradstreet and reflects the current contents of the Dun and Bradstreet record for this company and D-U-N-S number.

**2. Supplier Perfomance Ratings**
Provides the supplier's Summary Performance Rating, which is an assessment of likely overall performance, and a SIC-level benchmark, which indicates where the supplier's Summary Performance Rating falls in comparison to other rated companies in it's SIC group. This section also provides Detailed Perfomance Ratings for key aspects of supplier performance.

**3. Buyers Surveyed**
Indicates the industries of the companies that have recently provided ratings on this supplier. Individual raters are not identified in order to preserve confidentiality.

**4. Distribution of Feedback**
Provides a breakdown of the survey responses received from raters of this supplier. For each of the survey questions, the responses, which were provided on a 0 to 10 scale, are categorized as "positive" (9 to 10), "neutral" (5 to 8), or "negative" (0 to 4).

**COMPANY OVERVIEW (From Dun & Bradstreet record)**

| | | | |
|---|---|---|---|
| **Primary Name:** | INTERNATIONAL PROTECTIVE SERVICES INC | **Year Started:** | 1990 |
| **Alternate Names:** | INTERNATIONAL SERVICES, INC., | **Year of Current Control:** | 1995 |
| **Address:** | 3771 242nd Street, Ste. 205 Torrance, California 90505-0000 | **Annual Sales:** | $16,900,000 |
| | | **Total Employees:** | 1500 total |
| **Telephone Number:** | 310 791-5015 | **SIC/Line of Business:** | 73[redacted]ored car [redacted] |
| **D-U-N-S® Number:** | 79-702-1326 | | |



©2003 Open Ratings, Inc.

Open Ratings

D&B Dun & Brad

Date: 02/14/03

## *Past Performance Evaluation*™

D-U-N-S Number for this company: 79-702-1326

### SUMMARY PERFORMANCE RATING

Open Ratings calculates supplier performance scores using a sophisticated algorithm that takes into account the amount of information available on a supplier, the recency of the information, and the accuracy of the raters. Ratings range from 0 to 100, however, this is not a percentile score.

**Summary Performance Rating** 85

Indicative of likely overall performance

**SIC Level Quintile**

Bottom ☐☐■☐☐ Top

SIC: 7381/Detective, Guard, and Armored Car Services

| **Detailed Performance Ratings** | Score (0–100) |
|---|---|
| **RELIABILITY:** How reliably do you think this company follows through on its commitments? | 84 |
| **COST:** How closely did your final total costs correspond to your expectations at the beginning of the transaction? | 86 |
| **ORDER ACCURACY:** How well do you think the product/service delivered matched your order specifications and quantity? | 81 |
| **DELIVERY/TIMELINESS:** How satisfied do you feel about the timeliness of the product/service delivery? | 81 |
| **QUALITY:** How satisfied do you feel about the quality of the product/service provided by this company? | 83 |
| **BUSINESS RELATIONS:** How easy do you think this company is to do business with? | 85 |
| **PERSONNEL:** How satisfied do you feel about the attitude, courtesy, and professionalism of this company's staff? | 87 |
| **CUSTOMER SUPPORT:** How satisfied do you feel about the customer support you received from this company? | 83 |
| **RESPONSIVENESS:** How responsive do you think this company was to information requests, issues, or problems that arose in the course of the transaction? | 85 |



©2003 Open Ratings, Inc.

Open Ratings

Dun & Brad

Date: 02/14/03

**Past Performance Evaluation™**

D-U-N-S Number for this company: 79-702-1326

The most recent feedback obtained on this supplier came from companies in the following industries.

**SIC/Line of Business:**

- Unknown/not available
- 4512/Air Transportation, Scheduled
- 6512/Operators of Nonresidential Buildings
- 8611/Business Associations
- 9221/Police Protection
- 9621/Regulation and Administration of
- 9999/Nonclassifiable Establishments

Number of surveys completed during the past 30 days is 6.

This supplier's ratings were based in part on survey feedback from past customers. This chart provides a breakdown of the survey responses received from these raters. For each of the survey questions, the responses, which were provided on a 0 to 10 scale, are categorized as "positive" (9 to 10), "neutral" (5 to 8), or "negative" (0 to 4). The percentages of responses falling into each category are shown below.




**Note: The supplier ratings set forth above represent the opinions of the surveyed customer references and not those of Open Ratings or Dun & Bradstreet. Some references may not have provided ratings for all performance aspects.**

This report is provided under contract solely for use by the customer and a third party as designated by the customer. It is compiled from sources Open Ratings and D&B do not control and whose information, unless otherwise indicated in the report, has not been verified. In providing this report Open Ratings and D&B do not assume any part of the user's business risk, do not guarantee the accuracy, completeness or timeliness of the information and shall not be liable for any loss or injury resulting from reliance on this report or arising out of or caused, in whole or in part, by Open Ratings' or D&B's acts or omissions in preparing this report. This report may not be reproduced in whole or part in any manner whatsoever.



©2003 Open Ratings, Inc.

Open Ratings

Process Coordinator

600 First Avenue N. Suite 200
St. Petersburg, FL 33701
Phone: 727-329-1184
Fax: 727-887-4129
Email: openratings@srgtampa.com

Attached is the completed Past Performance Evaluation Report that was requested for your company. A copy has also been forwarded to the GSA. Please note that the Summary and Detailed Performance Ratings shown on this report are indicative of relative performance. Average ratings vary by industry group as designated by SIC and fall on a 0-100 scale.

The following is a brief description of the each report section:

1. ***Summary:*** Contains basic location, contact, and operating data available on the company being evaluated. This information comes from Dun & Bradstreet and reflects the current contents of the Dun & Bradstreet record for the company and D-U-N-S number named on the report.
2. ***Performance Summary:*** Provides the supplier's Summary Performance Rating, which is an assessment of likely overall performance. This section also provides Detailed Performance Ratings for key aspects of supplier performance. All ratings shown are the product of Open Ratings' scoring algorithm that factors in feedback from references as well as other operating information available on your company. Again please note – these scores are indicative of relative performance and are not percentile rankings.
3. ***Quintile Benchmarks:*** Indicates the distribution of summary performance ratings for all suppliers within an SIC. For example, if a supplier has a summary performance score of 85, and that score places it within the 2nd quintile for the applicable SIC, then that supplier's summary performance score falls within the 21st and 40th percentile as compared to its peers in that supplier's industry.
4. ***Buyers Surveyed:*** Indicates the industries of the companies that have recently provided ratings on this supplier. Individual raters are not identified in order to preserve confidentiality.
5. ***Distribution of Feedback:*** Provides a breakdown of the survey responses received from raters of this supplier. Each bar represents 100% of the survey responses received for the particular question and is divided into three sections. The sections represent the percentage of responses that fall into the "positive", "neutral", and "negative" ranges. If a supplier receives no negative feedback for a particular question, then the corresponding bar will only show the percentage of neutral and positive feedback.

Many of our customers inquire about reposting this report on their corporate websites. Please remember that the report is licensed for internal use only. However, in response to these requests, we are now offering a one-year redisplay license to our customers for $625.00. This license includes unlimited redisplay rights for one-year, along with a mandatory, one-time update of the report. To purchase this license, please complete the bottom of this form and fax it back to me.

If you have any questions about the report or the redisplay license, please contact me via phone or email at the numbers listed above. Thanks again for your order.

**Company Name:** ______________________________

**D-U-N-S #:** __ __ - __ __ __ - __ __ __ __ *(can be found on your report)*

**Email Address:** ______________________________

**0 I would like to purchase a one-year license ($625.00) to redisplay our PPE:**

0 Credit Card

0 MasterCard 0 Visa 0 AMEX 0 Discover

*Card Number* ______________________________ *Exp. Date* ________

*I understand that by purchasing this license, my company agrees to provide additional customer references to Open Ratings for the purpose of updating this report. This update will occur no later than six-months from the beginning of this license. Failure to provide additional references will result in a revocation of this license with no refund of the license fee.*

**Signature:** ______________________________