# EXHIBIT 33

GSA

GSA Greater Southwest Region

Mr. Bunce Pierce
Vice President
International Services, Inc.
3771 West 242nd St.
Torrance, CA 90505

since Oct 18 2002
de facto debarred
over 2 years

Dear Mr. Pierce:

This is in regard to your proposal submitted in response to Solicitation No. 7FXP-D4-01-0539-B dated January 1, 2003.

Federal Acquisition Regulation (FAR) 9.103 (b) states, "No purchase or award shall be made unless the Contracting Officer makes an affirmative determination of responsibility. In the absence of information clearly indicating that the prospective contractor is responsible, the Contracting Officer shall make a determination of nonresponsibility . . ." Further, FAR 9.104-1 c. and d. states in part, "A contractor must have a satisfactory performance record . . ., and (d) H[illegible] a satisfactory record of integrity and business ethics." It has been determined that International Services, Inc. does not currently meet the requirements of FAR 9.104-1 c. and d. Accordingly, a nonresponsibility determination has been made. International Services, Inc.'s proposal to perform security guard services to the Federal Government is rejected and will receive no further consideration.

Sincerely,

Sheila Brannan
Sheila Brannan
Contracting Officer (7FCI-E5)

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195
www.gsa.gov

# EXHIBIT 34

| | 1/31/2001 | 2/28/2001 | 3/31/2001 | 1/31/2002 | 4/30/2001 | 5/31/2001 | 6/30/2001 | 7/31/2001 |
|---|---|---|---|---|---|---|---|---|
| over 90 | - | - | - | - | - | - | - | - |
| over 60 | - | - | - | - | - | - | - | - |
| over 30 | - | - | - | - | - | 35,482.18 | - | 71,263.70 |
| Current Billing | 909,007.38 | 821,635.96 | 1,752,982.32 | 1,907,055.63 | 925,625.90 | 939,931.24 | 939,735.64 | 927,659.77 |
| Total Owed | 909,007.38 | 821,635.96 | 931,346.36 | 1,907,055.63 | 925,625.90 | 975,413.24 | 939,735.64 | 998,923.47 |

| | 8/31/2001 | 9/30/2001 | 10/31/2001 | 11/30/2001 | 12/31/2001 | 1/31/2002 | 2/28/2002 | 3/31/2002 |
|---|---|---|---|---|---|---|---|---|
| over 90 | - | - | - | - | - | - | - | - |
| over 60 | - | - | - | - | - | - | - | - |
| over 30 | 99,230.55 | - | - | - | - | - | - | - |
| Current Billing | 1,036,802.91 | 1,027,040.31 | 951,938.38 | 1,247,680.70 | 1,595,870.58 | 1,907,055.63 | 2,244,268.83 | 2,724,900.70 |
| Total Owed | 1,136,033.46 | 1,027,040.31 | 951,938.38 | 1,247,680.70 | 1,595,870.58 | 1,907,055.63 | 2,244,268.83 | 2,724,900.70 |

| | 4/30/2002 | 5/31/2002 | 6/30/2002 | 7/31/2002 | 8/31/2002 | 9/30/2002 | 10/31/2002 | 11/30/2002 |
|---|---|---|---|---|---|---|---|---|
| over 90 | - | - | - | - | - | - | - | - |
| over 60 | - | 299,787.42 | - | - | - | - | - | - |
| over 30 | - | 987,201.41 | - | 120,367.19 | - | - | - | 1,063,940.69 |
| Current Billing | 2,565,090.60 | 2,245,402.02 | 2,603,695.79 | 2,089,534.55 | 1,336,910.04 | 1,323,988.78 | 1,989,413.55 | 106,841.74 |
| Total Owed | 2,565,090.60 | 3,532,390.91 | 2,603,695.79 | 2,209,901.74 | 1,336,910.04 | 1,323,988.78 | 1,989,413.55 | 1,170,782.43 |

| | 12/31/2002 | 1/31/2003 | 2/28/2003 | 3/31/2003 | 4/30/2003 | 5/31/2003 | 6/30/2003 |
|---|---|---|---|---|---|---|---|
| over 90 | - | - | - | - | - | - | 229,316.67 |
| over 60 | 351,968.17 | - | - | - | - | 229,316.67 | - |
| over 30 | 106,841.74 | 381,321.39 | - | - | - | - | |
| Current Billing | 553,792.95 | 618,930.75 | 516,871.36 | 416,825.34 | 327,582.48 | - | - |
| Total Owed | 1,012,602.86 | 1,000,252.14 | 516,871.36 | 416,825.34 | 327,582.48 | 229,316.67 | 229,316.67 |

# EXHIBIT 35


Aging Report History by Month
over 90
over 60
over 30
Current Billing
Total Owed
Amount Owed
$4,000,000
$3,500,000
$3,000,000
$2,500,000
$2,000,000
$1,500,000
$1,000,000
$500,000
$0
1/31/2001
3/31/2001
4/30/2001
6/30/2001
8/31/2001
10/31/2001
12/31/2001
2/28/2002
4/30/2002
6/30/2002
8/31/2002
10/31/2002
12/31/2002
2/28/2003
4/30/2003
6/30/2003
Month End

# EXHIBIT 36

U.S. Department of Transportation
**Federal Aviation Administration**

Western-Pacific Region

P. O. Box 92007
Los Angeles, CA 90009-2007

March 21, 2003

Attn: Offeror

Reference: Solicitation Number DTFA08-03-R-0000 ZOA; Oakland ARTCC; Armed Security Guard Services

Dear Sir or Madam:

Attached please find the above referenced solicitation for armed security guard services at the Federal Aviation Administration's (FAA), Oakland ARTCC facility located in Fremont, CA. It is anticipated that the contract to be awarded will be for one (1) base year and four (4) option years; although, the Government is not obligated to accept any or all of the option years. The contract base year starts on October 1, 2003.

Be sure to read the contract (including the Statement of Work, Section C) very carefully. Every requirement of the contract will be strictly enforced. The awardee will not be allowed to start work unless all submittal requirements of the contract have been met prior to October 1, 2003. If the awardee cannot start on October 1, 2003, they may be found in default and a Termination for Default may be processed in accordance with the FAA's Acquisition Management System Clause 3.10.6-4 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (October 1996).

If you wish to visit the site, follow instructions in Section L. If you have any questions, contractual or technical, submit them to the undersigned (in writing) in accordance with the instructions in Section L. Your offer must be submitted no later than the time and date indicated on the first page (SF-33, Solicitation, Offer and Award) block number 9, or as changed by any Solicitation Amendments that may be issued.

Sincerely,

Kenneth S. Wilcox
Contracting Officer
Acquisition Management Branch, AWP-55