# EXHIBIT 37

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF 60 PAGES

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | ZOA DTFA08-02-R-00000 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 03/21/2003 | |

7. ISSUED BY CODE

Federal Aviation Administration
Acquisition Manabgement Branch, AWP-55
PO Box 92007, Los Angeles, CA 90009

8. ADDRESS OFFER TO *(If other than Item 7)*

SEE SECTION L (page 58)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in FAA 15000 Aviation BLVD Room 5018 until 01:00 *(Hour)* local time 04/22/2003 *(Date)*

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) AREA CODE | NUMBER | EXT. | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | Kenneth S. Wilcox | 310 | 725-7549 | | kenneth.wilcox@faa.gov |

11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | cover | X | I | CONTRACT CLAUSES | 36-43 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 1-3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 4-21 | X | J | LIST OF ATTACHMENTS | 44 |
| X | D | PACKAGING AND MARKING | 22 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 23 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 45-54 |
| X | F | DELIVERIES OR PERFORMANCE | 24 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 25-26 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 55-59 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 27-35 | X | M | EVALUATION FACTORS FOR AWARD | 60 |



## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated)*: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER — AREA CODE | NUMBER | EXT.

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA

*(Signature of Contracting Officer)*

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

# SECTION B

## SUPPLIES/SERVICES & PRICES/COSTS

The Contractor shall provide all personnel, materials, equipment, training, transportation and supervision required to perform armed security guard services at the **Oakland Air Route Traffic Control Center (ARTCC) located in Fremont, CA** at the prices listed in this section. These services shall be performed in strict accordance with the FAA Specification/Statement of Work and other information included in and attached to this solicitation/contract.

**BASE CONTRACT: One (1) Year, October 1, 2003 to September 30, 2004**

Supervisors:

Straight time: $__________ per hour, each     Overtime: $__________ per hour, each

Guards:

Straight time: $__________ per hour, each     Overtime: $__________ per hour, each

Based on the hourly rates above, list the monthly billing rate and total cost for the Base Contract period.

Monthly Billing Rate: $___________     Total Base Contract Period: $____________

*On a separate piece of paper, the offeror shall provide a complete breakdown of all costs included in the offer above.*

**OPTION YEAR 1: October 1, 2004 to September 30, 2005**

Supervisors:

Straight time: $__________ per hour, each     Overtime: $__________ per hour, each

Guards:

Straight time: $__________ per hour, each     Overtime: $__________ per hour, each

Based on the hourly rates above, list the monthly billing rate and total cost for Option Year 1

Monthly Billing Rate: $___________     Total Option Year 1: $____________

*On a separate piece of paper, the offeror shall provide a complete breakdown of all costs included in the offer above.*

**OPTION YEAR 2: October 1, 2005 to September 30, 2006**

Supervisors:

Straight time: $__________ per hour, each Overtime: $__________ per hour, each

Guards:

Straight time: $__________ per hour, each Overtime: $__________ per hour, each

Based on the hourly rates above, list the monthly billing rate and total cost for Option Year 2.

Monthly Billing Rate: $__________ Total Option Year 2: $___________

*On a separate piece of paper, the offeror shall provide a complete breakdown of all costs included in the offer above.*

**OPTION YEAR 3: October 1, 2006 to September 30, 2007**

Supervisors:

Straight time: $__________ per hour, each Overtime: $__________ per hour, each

Guards:

Straight time: $__________ per hour, each Overtime: $__________ per hour, each

Based on the hourly rates above, list the monthly billing rate and total cost for Option Year 3.

Monthly Billing Rate: $__________ Total Option Year 3: $___________

*On a separate piece of paper, the offeror shall provide a complete breakdown of all costs included in the offer above.*

**OPTION YEAR 4: October 1, 2007 to September 30, 2008**

Supervisors:

Straight time: $_________ per hour, each Overtime: $_________ per hour, each

Guards:

Straight time: $_________ per hour, each Overtime: $_________ per hour, each

Based on the hourly rates above, list the monthly billing rate and total cost for Option Year 4.

Monthly Billing Rate: $__________ Total Option Year 4: $__________

*On a separate piece of paper, the offeror shall provide a complete breakdown of all costs included in the offer above.*

**Total Base Contract: $______________________**

**Total of Base Contract and 4 Option Years: $______________________**

NOTES:

1. The priced offers listed above shall be inclusive of all costs whatsoever to accomplish the work of the contract in accordance with the Statement of Work, solicitation/contract and its attachments and exhibits.
2. Overtime shall not be used unless first authorized in writing by the Contracting Officer.
3. Offers must be submitted in the format requested above. Offers not submitted in the above format shall be deemed non-responsive.
4. Offers must include pricing for the base contract period and all option years to be considered responsive.
5. Exercise of any option is solely at the discretion of the Government and will be at the pricing reflected in the Offeror's response to the solicitation.

(End of Section B)

# SECTION C

## DESCRIPTION/SCOPE OF WORK

1. The Federal Aviation Administration (FAA) has revised and updated its requirements for guard services for all facilities and established minimum standards for physical security management, control, and safeguarding of assets and facilities. The purpose of this contract is to procure armed guard services which provide physical security safeguards for FAA employees, facilities, United States Government property and assets from loss, damage, unauthorized use, criminal acts, espionage, sabotage, and terrorism. Under this contract, the Contractor shall be required to provide armed security guard services for **Oakland ARTCC located at Fremont, California.**

**Oakland ARTCC**

Address: FAA – Oakland ARTCC
5125 Central Avenue
Fremont, CA 94536

# SECTION C

## SPECIFICATIONS/STATEMENT OF WORK

**C.1 Scope of Work**

The Federal Aviation Administration (FAA) has revised and updated its requirements for guard services for all facilities and established minimum standards for physical security management, control, and safeguarding of assets and facilities. The purpose of this contract is to procure armed guard services which provide physical security safeguards for FAA employees, facilities, United States Government property and assets from loss, theft, damage, unauthorized use, criminal acts, espionage, sabotage, and terrorism. Under this contract, the Contractor shall be required to provide armed guard services for [Oakland Air Route Control Center - ARTCC (ZOA) located in Fremont, CA].

**C.2 General Requirements**

The following is a representative listing of general duties and responsibilities to be performed by guard personnel at FAA facilities. Performance of this work shall be carried out in such a manner that causes minimal interruption to or interference with proper execution of government business. The Contractor shall ensure that all security violations are properly documented and reported to the Contracting Officer's Technical Representative (COTR) and the Facility Security Coordinator (FSC). The Contractor shall ensure that all guard services provided herein are in accordance with FAA Order 1600.69A, Chapter 4, Appendix 13.

1. Take appropriate action to prevent the occurrence of fires, explosions, collapses, and other catastrophes. In such an event, summon appropriate response and then notify FAA personnel. Assist in minimizing the effects and in restoring the area to a safe condition.

2. Safeguard and deter the commission of crimes against a person or persons, summon appropriate response forces, and assist those response forces as required. Provide emergency assistance as required. Follow emergency and contingency operating procedures as prescribed by the facility, during emergency situations. Examples of emergencies are provided in the Facility Guard Manual.

3. Deter and report damage, pilferage, removal, secreting, misappropriation, misuse, larceny, theft, or other improper or unlawful threats to, or disposition of Government or personal property or acts of espionage, sabotage, or wrongful destruction within the facilities or grounds.

4. Apprehend and detain all suspicious persons, or those who gain or attempt to gain unauthorized access to the facility, for release to local law enforcement authorities.

5. Safeguard and protect all Government classified, proprietary and sensitive information, documents, material and equipment. Enforce the established policies and procedures for controlling the removal of property and documents from the facility.

6. Investigate and report any suspicious activity in accordance with established facility security policies and procedures.

7. Monitor, assess, and respond to alarms. Investigate and report any suspicious activity in accordance with established security policies and procedures.

8. Conduct visual inspections of the inside of all visitor passenger and delivery vehicles and review the manifest before access to the facility is allowed.

9. Conduct random personnel/vehicle inspections as directed by facility management.

10. Enforce the facilities rules and regulations governing control of parking and all vehicular and pedestrian traffic. Deter and report unauthorized personnel and/or vehicular activities on the facility.

11. Ensure qualified, trained relief personnel are on duty as a replacement for any employee deemed unable to perform the assigned duties. The Contractor shall have a qualified relief replacement available within a two-hour time frame.

12. Provide additional qualified security guards for planned events, emergencies, and ad-hoc situations as required. The FAA shall provide the Contractor as much advanced notice as possible depending on the event(s) and or circumstances.

13. Operate, maintain, and enforce the system of personnel identification and access controls for facility employees and visitors prescribed by established orders, policies and procedures.

14. Operate, monitor and assess the surveillance and intrusion detection systems as required.

15. Provide in writing any security deficiencies and report them in an expeditious manner to the COTR and FSC. The Contracting Officer (CO), COTR and FSC have the authority to unilaterally modify patrol times and order a non-routine patrol.

16. Maintain a written daily log (FAA Form 1600.8) of all patrols, incidents, and visitors. This log may be reviewed only by the COTR, FSC and the Servicing Security Element (SSE).

17. Receive, receipt for, and secure prohibited personal property as well as, lost and found articles pending transfer to appropriate authorities.

18. Ensure all lights inside the guard post are turned down to provide maximum surveillance of the area. However, when vehicles approach, the guard shall ensure there is sufficient light for the driver to see the guard's signals.

19. Receive, receipt for, secure, issue, and account for all keys that are issued to the Contractor or placed under the Contractor's control.

20. Make appropriate checks using a watch clock or electronic tour system equivalent.

21. Ensure that all exterior doors are secured.

22. Perform escort duties as required by security policies and procedures for the facility.

23. Provide written and verbal reports as required by existing policies and procedures

24. Screen, evaluate and process facility visitors using a metal detection device

25. Operate x-ray equipment to screen, evaluate and process mail and packages entering the facility.

26. Where applicable the Contractor shall be required to operate Government furnished vehicles for the performance of this contract.

**C.3 Statement of Work**

The Contractor shall furnish all labor, supervision, materials, equipment, transportation, and management necessary to provide guard services in accordance with the stated requirements, except Government Furnished Properties specified in Section G. The Contractor shall implement all necessary scheduling, personnel, and equipment control procedures to ensure timely accomplishment of all guard service requirements.

**C.3.1 Contractor Management**

The Contractor shall have been in the business of providing contract security guard services for a continuous period of at least the immediate past five years. The Contractor shall manage the total work effort associated with the guard services required herein to assure fully adequate and timely completion of these services. Included in this function will be a full range of management duties including, but not limited to, planning, scheduling, report preparation, establishing and maintaining records, and quality control. The Contractor shall provide an adequate, qualified staff of guard personnel with the necessary management expertise to assure the performance of the work in accordance with sound and efficient management practices.

Perform unannounced inspections of their contract guard performance bi-weekly during each contract guard shift. The COTR may determine specific inspection times, as required. The date and time shall be noted in the FAA contract guard log.

**C.3.2 Contractor Guard Supervisor Requirements and Qualifications**

The Contractor shall ensure that supervisory personnel shall have two years experience in facility protection at a level commensurate with the scope of work of this contract. In addition, the supervisor must meet the Contract Guard Requirements and Qualifications as set forth in section C.3.3.2 in this contract. This full-time supervisor must be satisfactory to the CO and SSE.

The supervisor shall:

1. Provide supervision of Contractor personnel to ensure compliance of all contract requirements.

2. The contractor shall ensure that the supervisor has sufficient time to conduct these required inspections and carry out their supervisory responsibilities in accordance with this contract.

**C.3.2.1 Contractor Guard Supervisor Responsibilities**

The Contractor shall provide supervision of employees. The supervisor shall ensure that each post is staffed as required, that employees are properly uniformed and present a neat appearance, and that each employee is familiar with their post and duties. Such supervision may include an informal "guardmount" during which relief personnel shall be assembled for inspection, arming, announcements, and a general transfer of information from one shift's personnel to the next. This is in addition to the time required for posting and relief of personnel.

The Contractor's supervisory personnel shall be available at all times to receive and implement orders or special instructions from the CO/COTR concerning matters which affect the operation, protection and/or security of assigned areas.

The Supervisor shall:

1. Exercise individual judgment as to staffing, scheduling and utilizing guard personnel.
2. Provide to the CO/COTR a current list of available guards. This list will consist of individuals who meet all the special provisions provided for in these specifications. The Contractor will be responsible for maintaining this list with current information and will supply the CO/COTR with a new list whenever changes occur.
3. Exercise supervisory responsibilities over the operation of guard force to ensure that the required services are provided on a consistent and continuous basis.
4. Serve as the contact point between the Contractor and the COTR/FSC. The supervisor shall receive and handle all instructions from the COTR/FSC and ensure they are properly implemented by the guard force.
5. Receive complaints, violations of guard instructions and initiate corrective action.
6. Conduct an FAA approved security orientation on individual conduct and responsibility for contract personnel prior to their duty assignments. Each employee's initial orientation will be documented and signed by the employee and supervisor. A copy shall be forwarded to the CO/COTR.
7. Inspect each guard shift to observe their conduct from the standpoint of efficiency, conduct and compliance with the Facility Guard Manual, guard orders and other applicable regulations and instructions. In making the required supervisory inspection, the contractor shall determine at a minimum that the guard is in full uniform when carrying out the duties and responsibilities of the FAA contract. The inspection shall ensure that the overall appearance and

demeanor of the guard promulgates professionalism, not only during the actual inspection but also throughout the assigned shift. The contractor shall ensure that \all results of observations are to be kept in a guard log.

(1) When inspecting the guard employees, the supervisor shall ensure that:

a. A current copy of the regulations and instructions pertaining to the guard post, the guard manual and guard orders are immediately available at each post of duty.

b. Each guard has studied the orders and regulations and is thoroughly familiar with them.

c. Each guard must comply with the orders and regulations at all times.

8. The supervisor, upon notification that a firearm has been discharged, shall take the following actions:

a. Ensure that action has been taken to notify the appropriate authorities if a fatality, injury, or damage to private property occurs.

b. Request medical aid, if needed.

c. Notify the FSC/SSE/COTR by the most expeditious means available and provide a written follow-up report of the incident within 24-hours.

**C 3.2.2 Contractor Supervisor Guard Manual**

The Contractor shall be required to develop and issue a current and comprehensive Contractor Supervisor Guard Manual to each contract guard supervisor assigned to duty at the FAA facility. The manual shall contain the basic guidance issued by the Contractor to their supervisory employees concerning matters of discipline, inspections, management practices, and overall supervisory authority on this contract. The supervisor is additionally responsible for compliance to the Contractor Guard Manual. The Supervisor Guard Manual shall be coordinated with the COTR and the SSE before issuance.

Within twenty-one (21) calendar days after contract award, the contractor shall provide copies of the Supervisor Guard Manual to the CO for review as set forth by "List of Required Records and Reports" clause, in Section F. The FAA will review and approve this manual within fifteen (15) calendar days of receipt. The contractor shall furnish, within fifteen (15) calendar days of FAA approval, one copy to the CO, COTR, the on-site supervisor, all posts and all guards. The Supervisor Guard Manual shall be approved by the COTR/SSE before issuance.

The manual shall be reviewed by COTR and SSE annually and updated as required. Within twenty-one (21) calendar days after the review, the contractor shall provide copies of the updated Supervisor Guard Manual to the CO for review. The FAA will review and approve this updated manual within fifteen (15) calendar days of receipt. The final updated copy shall be furnished to the CO within (15) calendar days.

**C.3.3 Guard Staffing Requirements**

The Contractor shall provide a sufficient number of qualified personnel in accordance with FAA Order 1600.69A, Chapter 3, Figure 3-1, to perform the security guard services described in this statement of work. At no time shall a guard vacate a post until properly relieved.

**C.3.3.1 Recall System**

The Contractor shall provide an employee recall system with the capability of contacting and recalling off duty personnel up to [two (2) guards for day shift and one (1) guard for night shift]. Personnel shall be on-site within one (1) hour of the Contractor's receipt of the COTR recall authorization. Situations which may result in recalls include riots, civil disturbances, or other large gatherings of people where, in the opinion of the Government, that a threat exists to life and property. CO/COTR will notify the contractor for additional personnel as required.

### C.3.3.2 Contract Guard Requirements and Qualifications

The Contract guards shall be armed and consist of designated persons specifically hired, organized, trained, and equipped to perform functions in support of the FAA Facility Security Management Program for the protection of personnel, assets, and facilities. The authority of guards varies in accordance with the location and ownership of the facility concerned and applicable local, state, and federal laws. The following basic qualifications shall apply to all individuals employed or being considered for employment as a guard at an FAA facility.

### C.3.3.3 Citizenship

FAA contract guards utilized by the FAA shall, without exception, be U.S. citizens.

### C.3.3.4 Personal Traits

The Contractor shall ensure guards assigned to duties at a FAA facility will be expected to:

1. Exercise good judgment.
2. Interact with people in a positive manner.
3. Maintain a high level of performance.
4. Maintain poise and self-control under stress.
5. Meet and interact with the general public.

### C.3.3.5 Education and Experience

The Contractor shall ensure that Guard personnel have, as a minimum, a high school diploma or General Equivalency Diploma (GED) and have two 2 years of experience demonstrating the ability to:

1. Read, understand, and apply printed rules, detailed orders, instructions and training material.
2. Construct and write clear, concise, accurate and detailed reports.
3. Input security related data in security computer systems.

### C.3.3.6 Written and Oral Communication Skills

The contractor shall certify in writing to the CO/COTR that each guard is fluent in speaking, reading, writing, and understanding English. They also must be able to write official reports that are grammatically correct and technically accurate.

### C.3.3.7 Age Qualifications

The Contractor shall ensure that at the time of employment, each guard is at least 21 years of age.

### C.3.3.8 Physical Exam/Drug Test

The Contractor shall ensure that each guard receives a physical examination and drug test.
Each test shall be completed 15 days prior to any guard assuming duties at any FAA facility.
The Contractor shall certify in writing to the CO/COTR prior to any guard assuming duties at an FAA facility, and every year thereafter, positive evidence that the guard has passed a mandatory drug test, examined by a licensed medical doctor, and determined to be physically fit to perform the normal duty functions of a guard. In addition to the requirements stated herein, the examination shall cover, as a minimum, the following:

a. An evaluation as to whether the individual is in good general health, without any physical defects or abnormalities, which would interfere with job performance.

b. A determination that the individual is free of any communicable disease.

c. A determination that the individual possesses binocular vision correctable to 20/30 (Snellen) and is not color blind.

d. A test of hearing capability to determine if the individual is able to hear normal conversation at 20 feet and whispered conversation at 10 feet without the benefit of a hearing aid.

e. Inoculation for immunizations to include Hepatitis A and B. If state or local medical qualification standards for security officers are more stringent than those indicated above, the state and local standards shall apply).

**C.3.3.9 Physical Fitness Certification**

Before assuming duties, the contractor shall certify in writing to the CO/COTR, each guard has been medically examined and determined to satisfactorily meet the medical qualification requirements. These requirements shall apply to both the initial medical certification prior to beginning employment and for required annual medical certifications, thereafter. The certification shall be submitted to the CO /COTR no less than 15 days prior to beginning on duty. The results of a mandatory drug test/screening test shall be part of the annual physical fitness certification. Certification shall be accomplished by using the form entitled, "Certification of Physical Qualification", [Refer to Contract Attachment 2 of Section 3 for details and form example].

**C.3.3.10 Physical Condition**

The Contractor shall ensure that each guard shall be in good physical condition, be able to protect themselves and others, and withstand sudden emotional stress and physical exertion in apprehension of suspects and violators. Pursuit may be on foot, requiring running, jumping, climbing, and/or crawling, followed by physical contact to overpower the violator, as necessary.

**C.3.3.11 Other Physical Requirements**

The Contractor shall ensure that an individual who has been incapacitated due to serious illness, injury, disease, or surgery/operation, which could interfere with the effective performance of assigned duties shall, prior to resumption of such duties, provide medical evidence of recovery and ability to perform.

**C.3.3.12 Medications (Prescribed, Non-Prescribed, Intoxicants)**

The Contractor shall ensure that no Contract Guard or Contractor employee will possess, sell, consume, or be under the influence of medications, intoxicants, drugs, or substances which produce similar intoxicating effects while on duty. The Government reserves the right to direct the Contractor to remove an employee from the work site for failure to comply.

**C.3.3.13 Random Drug and Alcohol Testing**

The FAA may require a maximum of [four (4)] Contractor conducted random drug and alcohol tests per year for guards working on this contract, and submit results to the CO/COTR.

**C.3.3.14 Standards of Conduct**

The Contractor shall maintain satisfactory standards of employee competency, conduct, appearance, and integrity, and be responsible for taking disciplinary action against employees as necessary. Each Contractor employee is expected to adhere to standards of conduct that reflect credit upon themselves, their employer, the FAA, and the Federal Government. The Government reserves the right to direct the Contractor to remove an employee from the work site and/or this contract for failure to comply with the standards of conduct. The Contractor shall initiate immediate action to replace such an employee to maintain continuity of services at no additional cost to the Government. The Standards of Conduct shall be included in the Guard Manual.

**C.3.3.15 Disorderly Conduct**

Disorderly conduct, use of abusive or offensive language, quarreling, intimidation by words, actions, or fighting shall not be condoned. Also included is participation in disruptive activities, which interfere with normal and efficient Government operations. The Government reserves the right to direct the Contractor to remove an employee from the work site for failure to comply with the Disorderly Conduct clause.

**C.3.3.16 Neglect of Duties**

The Government reserves the right to direct the Contractor to remove an employee from the work site and/or this contract for neglect of duties. This includes, but is not limited to, sleeping on duty, intoxication, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during duty hours, and refusing to render assistance or cooperate in upholding the integrity of the work site security.

**C.3.3.17 Bonds**

The Contractor is responsible for obtaining all official bonds required, and pay all fees or costs involved or related to the authorization for the arming of all employees engaged in providing services specified under this contract. The Contractor shall submit copies of all official bonds, payment of fees and costs to the CO.

**C.3.3.18 State and Local Licenses**

The Contractor is responsible for ensuring that all guards qualify for and continue to meet requirements for state and local licensing.

**C.3.3.19 Authority and Jurisdiction**

The authority of Contractor personnel to detain and/or make arrests shall be that of private citizens as defined by the laws of the state(s) in which performance takes place; and each member of the guard force shall be under a duty by virtue of his/her employment under this contract to exercise that authority in the manner directed by this contract, including the Guard Manual. The guard force shall be familiar with and comply with the limits of the jurisdiction defined in the Guard Manual.

**C.3.3.20 Records and Reports**

The Contractor shall maintain records and prepare reports as set forth by "List of Required Records and Reports" clause, in Section F. A copy of all reports shall be maintained on-site and available for inspection by the Government at all times.

**C.3.3.21 Investigations**

Periodically, the Contractor may be required to make written and oral statements to the Office of Aviation Security and Investigations, the Federal Bureau of Investigation or other agencies due to the nature of a particular incident. Any written statements provided shall be considered a report under the terms of the contract.

**C.3.3.22 Criminal Actions**

Contractor employees are subject to criminal actions as defined by Title 18 United States Code and any other applicable law. These include, but are not limited to:

1. Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records or concealment of material facts by willful omission from official documents or records.
2. Unauthorized use of Government property, theft, vandalism, or immoral conduct.
3. Unethical or improper use of official authority or credentials.
4. Misuse of weapons.
5. Security violations.

**C.3.3.23 Monthly Work Schedule**

The Contractor shall provide a monthly work schedule, which indicates specific hours of the day that each post will be staffed, the guard's name and the number of personnel per post. Other known requirements, such as scheduled escort services, scheduled courier services, and scheduled fire/evacuation drills shall also be shown on the schedule. The Contractor shall submit this work schedule to the COTR three business days prior to the beginning of each month. Changes to the monthly work schedule shall be submitted to the COTR at least three (3) business days prior to the start of the proposed change.

**C.3.3.24 Contractor Pre-Employment Investigation**

The Contractor shall be required to certify in writing to the CO that each guard has successfully passed a pre-employment suitability investigation in accordance with this paragraph before the guard is assigned to the FAA facility.

The Contractor shall be required to conduct or have conducted a suitability investigation for each individual. The investigation shall include the following:

1. Search of police files in the area of residence.
2. Inquiries of former employers for a period of 5 years.
3. Information that may reflect on the suitability of the guard to perform security duties under this contract.

The Contractor shall provide the results of the investigative reports for each guard to the CO not later than 10 days prior to beginning duty.

**C.3.3.24.1 Felony Convictions**

The Contractor shall ensure that no employee has a felony convictions and no convictions that reflect on the individual's suitability. Requirements for this contract may fall under other FAA Regulations prohibiting employment. Where contracts require access to airport operations areas the contractor will comply with the Transportation Security Administration (TSA) Regulation. 49 CFR 1542.

**C.3.3.24.2 Misdemeanor Convictions**

The Contractor shall conduct a local file check for guards working on this contract for compliance with the Lautenberg Amendment (See attachment 4 of Section J).

**C.3.3.25 Personnel and Industrial Security Requirements**

All FAA contract guards shall be subject to an FAA National Agency Check with Inquiries (NACI). The contractor shall submit completed applications for this background investigation to the CO not later than 10 days prior to beginning duty as an FAA contract guard.

In order to protect the security interests of the government, and those transportation industry activities releasing proprietary information to the FAA, all contractor employees assigned to perform service under this contract will as a minimum be the subject of a favorably adjudicated
NAC.

1. The CO shall obtain an original Standard Form 85P (or an approved DICSO clearance document), Questionnaire for Public Trust
   Positions, and one Standard Form FD-258, Fingerprint Cards, for each required check. The contractor employee must date and sign the Standard Form 85P. The completed forms are submitted to the SSE office at least 10 days prior to reporting for duty. The CO shall maintain copies of the guard's facility clearance and investigations on file.

2. In the event derogatory/adverse suitability information is developed as a result of these investigations, the FAA CO will notify the Contractor of appropriate actions to be taken.

3. Investigative information developed by the government on contractor employees is releasable only in accordance with applicable regulations. Information relating to national security is only releasable to individuals with a valid need to know and appropriate levels of access.

4. Where classified guard contracts are required, the CO will notify the Contractor of the appropriate security guard investigative requirements. Access to classified national security information is not normally required in the performance of this contract.

**C.3.3.26 Employment of Government Personnel**

The Contractor shall not hire off-duty Government employees whose employment would result in a conflict with Office of Personnel Management (OPM), Department of Transportation (DOT)/FAA Regulations, and any other Federal Code.

### C.3.4 Contractor Furnished Equipment

The contract requires that the Contractor shall provide employees all necessary equipment to perform their duties in a competent, capable, and efficient manner.

The Contractor shall make the following typical equipment available to guard personnel to perform normal functions: Individually assigned firearms, first aid kits, high power flashlights, key control containers, portable communication devices (e.g. radios, wireless phones, etc.) portable fire extinguishers, traffic control devices, and such other items as the FAA may deem necessary.

#### C.3.4.1 Firearms Equipment Requirements

Minimum firearm requirements include the following:

1. Only upon successful completion of the required firearms qualifications and compliance with certification requirements shall a firearm, by serial number, be furnished by the Contractor to each guard and supervisor for duty use at FAA facility. Only the weapon that the guard has qualified with shall be used. Personal weapons shall not be used.

2. Firearms shall only be a .38 caliber, 4" barrel, and standard police service type revolver. Other types of weapons loaded with .38 caliber ammunition will not be acceptable as a substitute. Firearms shall be of U.S. manufacture only.

3. Firearms cleaning maintenance shall be performed on a weekly basis or more frequently, if weather conditions require, to ensure optimum operating condition. The Contractor shall provide all needed cleaning supplies for this function.

4. Modifications to issued firearms are not permitted with the exception of handgrips and sights. Qualification must be performed with the alteration in place and not simply removed and added before and after each qualification.

5. The Contractor shall provide a list of serial numbers of firearms to be used on this contract to the COTR prior to the performance date. The contractor shall keep this list current and any change shall be submitted to the CO/COTR immediately.

6. The Contractor shall provide ammunition for authorized firearms. Each guard, entering on duty, including the on-site supervisor(s), shall be issued twelve (12) rounds of .38 caliber 125-grain hollow point ammunition. Six (6) rounds shall be used as a firearm load with six (6) rounds carried in a cartridge case. Ammunition shall be inspected and cleaned daily to ensure its safe and effective use. Ammunition shall be of U.S. manufacture only.

7. The Contractor shall provide 100 rounds of .38 caliber ammunition stored on site in a container furnished by the Government, acceptable for storage, approved by the SSE, and available to FAA contract guards to accommodate emergencies.

#### C.3.4.2 Uniforms

The Contractor shall ensure that all guards shall wear a complete uniform of the type prescribed in this clause at all times when on duty. The appearance of uniforms shall be maintained so that shoes are shined; so that all items fit well and are clean, neat, and well pressed; and so that the uniform otherwise presents a favorable public image. The uniform's color(s) shall be the same as that in general use by large guard or police organizations in the United States. All employees shall wear the same color and style of uniform. An appropriately lettered breast badge and cap ornament shall indicate the jurisdiction from which authority, if any is obtained. Shoulder patches with Contractor identification and not larger than 4-1/2 inches by 4-1/2 inches shall be worn on the uniform's left shoulder. No other Contractor identification is to be worn or displayed on

the uniform. The Contractor as allowed in the attached Department of Labor Service Contract Labor Wage Determination shall pay cleaning, pressing, and repair costs. The Contractor shall issue each employee uniforms.

Uniforms for guards shall consist of the following items and be in the colors indicated to the maximum extent possible, considering geographical and climate conditions. The color of the uniform indicated is optional; however, it must be distinctive, conservative and maintain uniformity of appearance. The weight and kind of material used will depend on the local conditions. Minimum uniform requirements include:

1. Overcoat, (where applicable) wool, weight and length suitable for climate - eagle buttons
2. Coat, blouse, and eagle buttons.
3. Trouser, winter, un-cuffed.
4. Trouser, summer, un-cuffed.
5. Cap.
6. Raincoat.
7. Gloves, (where applicable).
8. Belt, regulation police (Sam Brown).
9. Shirt, long or short sleeve, no pleats in pocket.
10. Neckties, washable, clip-on, slim-line type.
11. Distinctive security badge fastened to the outer garment and an appropriate cap insignia shall be worn at all times.
12. Each guard shall furnish and wear shoes and socks compatible with the uniform.
13. All guard personnel will wear prescribed uniforms. Deviations are not acceptable other than may be necessary in the interest of health and safety. High standards of personnel appearance will be maintained at all times.

**C.3.4.3 Radio Communications**

The Contractor shall furnish all necessary multichannel radio transceiver communications equipment so that the Contractor's radio communication system and/or shift supervisors, and three units to the FAA Facility Manager, may contact each employee on duty. The Contractor shall comply with appropriate Federal Regulations to obtain all necessary frequencies and permits for equipment operation. The equipment shall operate within the [Frequency range provided by regional center spectrum manager and the Contracting Officer after award]. The exact guard force frequency(s) shall be coordinated with the CO prior to operation to prevent interference with Government operations, and in no event shall "Citizens Band" frequencies be accepted.

**C.3.4.4 Radio/Telephonic Communications**

The Contractor shall provide equipment, which is capable of establishing radio/telephonic communications within one (1) minute with the local Fire Department dispatcher on 900MHZ, ambulance service on 900MHZ, and transportation dispatcher (for wrecker service) on 900MHZ. This equipment shall be functional and maintained by the Contractor at all times.

**C.3.4.5 Key/Combination Control**

The Contractor shall receive, secure, issue, and account for all keys/access cards or combinations issued for access to buildings, offices, equipment, gates, etc. for the purposes of this contract. Prior to starting work, the Contractor shall sign a receipt for all keys/combinations issued by the Government. The Contractor shall maintain records, which show how many keys, are in existence, in whose possession and who has knowledge of and/or access to combinations. These records shall be made available to the COTR, FSC, SSE or any other Government Investigative Authority upon request. Keys shall not be duplicated or leave the facility.

**C.3.5 Firearms Requirements**

The Contractor shall ensure that guards shall not be issued firearms until they have been properly trained in their use and handling and there is documentation certifying their training and qualification. Contractor personnel may not carry or use chemical irritants.

**C.3.5.1 Firearms Proficiency Training and Qualification**

The Contractor shall ensure that each guard required to carry a weapon shall be trained and qualified to meet the minimum standards (See Attachment 2 Section 3), FAA Contract Guards Firearms Qualification Course of Fire, in section J) including initial training and qualification, quarterly sustainment training, and annual re-qualification. The Contractor shall ensure that no

guard shall bear a firearm on the facility or be assigned to an armed post until a written certification of qualification has been provided to the CO/COTR, and the guard has successfully completed training in the use of deadly force. The FAA reserves the right to witness firearm qualifications. The contractor shall notify the COTR/FSC 15 days prior to scheduled qualification.

**C.3.5.2 Possession of Privately Owned Firearms in or on FAA-Owned or Leased Property**

The Contractor shall ensure that all guards while in or on FAA-owned, FAA-leased, or GSA-leased property, including vehicles, shall comply with the following:

1. Guard personnel shall not carry or have in their possession firearms or other weapons except those specifically authorized in the FAA contract.

2. Firearms owned by the Contractor shall not be stored on FAA owned/leased property.

**C.3.5.3 Notification and Incident Reporting of Firearm Discharge(s)**

**C.3.5.3.1 Verbal Notification**

The Contractor shall ensure that an immediate verbal notification is made for all facility incidents involving the discharge of a firearm by any individual(s) to include guard personnel to the FSC/SSE/COTR .

**C.3.5.3.2 Written Notification**

The Contractor shall ensure that a written report for all facility incidents involving the discharge of a firearm is submitted to FSC/SSE/CO/COTR within twenty-four hours of the incident.

**C.3.5.4 Individual Responsibility for use of Firearms**

The guard personnel authorized to carry a firearm on FAA property are fully liable and responsible for actions taken involving the use of the firearm.

Procedures to be followed by the Individual:

Guard personnel responsible for the discharge of a firearm shall immediately notify his/her supervisor of the incident and the circumstances relating thereto.

1. The report shall include any injury or fatality which may have resulted from the use of the firearm, including injuries resulting from any weapons discharges.

2. In the event that the individual responsible is not able to initiate reporting action, it shall be the responsibility of his/her supervisor to make the report.

**C.3.5.4.1 Incident Reporting for Discharge of Firearms**

The Contractor shall submit a written report to the FSC/SSE/COTR at any time a firearm is discharged for any reason, whether intentionally or accidentally. This reporting requirement is mandatory regardless of whether or not personal injury resulted from the discharge.

**C.3.5.5 Guard Firearms Qualification and Certification Standard**

Firearm qualification shall, at a minimum, occur annually and within 12 months of the previous qualification. Qualification shall be with the identical firearm (by serial number) that will be used during regular tour of duty.

1. Range qualification shall be accomplished on a recognized law enforcement or other approved range under the supervision of a certified firearm instructor. The minimum passing score shall be 210 points out of a possible 300.
2. Each qualifier shall both wear and use the duty gear that is assigned for daily use. This is to specifically include the holster and reloading devices or aides (e.g. speed loaders).
3. The "course of fire" shall be the same as the GSA/Federal Protective Service (FPS) qualification course, Federal Law Enforcement Training Center Practical Pistol Course described in (See Attachment 2 Section 3, FAA Contract Guards Firearms Qualification Course of Fire, in section J).

**C.3.5.6 Guard Certification**

Guard certification shall be in writing and must specifically identify by name each guard who:

1. Has successfully completed firearms qualification within the preceding 12 months, list the score attained, the model and serial number of the qualifying weapon, and the date of qualification.
2. Has fully and successfully complied with **all** training requirements in the Facility Guard Manual.

The Contractors shall **not** issue a firearm to their employees until the Contractor has certified in writing to the CO that the individual has successfully completed the firearms qualification and training requirements as required.

**C.3.5.7 Prohibited Actions**

Guard personnel employed by the FAA are governed by the policies and procedures as established.

Personnel duly authorized to possess or carry firearms in the performance of their duties, law enforcement, or security activities shall use only such force as is necessary to overcome any opposing force or threat by rendering the person(s) incapable of continuing the activity which prompted the use of such force or weapon.

1. Deadly force is authorized only when the guard has cause to believe that another person poses an imminent threat of death or serious bodily injury to the guard or others.
    1. A firearm shall only be drawn when it is intended to be used in the protection of life.
    2. Firing at a fleeing person is not justified.
    3. Firing from a moving vehicle or at a fleeing motor vehicle is prohibited.
    4. Firing warning shots is prohibited.

**C.3.5.8 Required Actions**

Contractor weapons and ammunition shall be surrendered to the SSE upon request for examination.

**C.3.5.9 Failure to Comply with Certification Requirements**

Contractor employees who fail annual certification requirements or do not comply with certification requirements shall be immediately removed from official FAA duty. The employee shall not return to duty until proof of re-certification is submitted to, and approved by, the CO/COTR.

**C.3.6 Training**

**C.3.6.1 General Training**

The contractor shall certify in writing to the CO/COTR that all guards assigned duties at FAA facilities have successfully met all state and local security officer-training requirements prior to assignment at an FAA facility. In addition, guards shall have successfully completed facility and other training specified by this contract and any other training deemed necessary by the CO/COTR. If there is no state or local mandated training, all guards shall be initially trained, at a minimum, in the categories listed below. Additionally, where there is no state or local mandated training the contractor shall provide the name and location of the training facility(s) date/times training courses where conducted, and who conducted the training.

1. Care of Firearms. Guard personnel will comply with all firearm certification and proficiency training requirements in accordance with the Contractor Guard Manual.
2. Use of Firearms. Firearms will be used only in extreme emergencies requiring the protection of life.
3. Jurisdiction and Authority. Training sessions shall include descriptions of the guard esponsibilities and authority with respect to apprehension, search, seizure, and use of deadly force.
4. First Aid. Demonstrate proficiency in first aid and cardio-pulmonary resuscitation.
5. Emergency Responsibilities. Demonstrate proficiency in the use of emergency equipment such as fire extinguishers and water hoses.
6. Operational Instructions. Demonstrate knowledge of the facility's layout, particularly stairways, fire doors, pipelines, sprinkler systems, sprinkler control valves and fire hoses, fire extinguishers and fire alarm systems, general, special, and temporary orders, facility security plan (FSP) and the guard manual.
7. Security and Contingency Situations. Recognize and appropriately react to emergency situations involving work place violence, bomb threats, sabotage, terrorism, hostage situations, and other criminal activity.
8. Safety. Demonstrate general knowledge of the safety requirements for the facility with special emphasis on any volatile materials stored within the confines of the facility.
9. Facility Access Control Procedures. Demonstrate knowledge of facility guidelines and procedures for personnel and vehicle access control.
10. Communications. Demonstrate the proper use of primary, alternative, and emergency communications equipment.
11. Reports. Demonstrate adequate report writing skills associated with guard operations.

**C.3.6.3 Specific Requirements**

**C.3.6.3.1 Initial Training**

Each member of the guard force shall successfully complete a minimum of 16 hours of initial training within 30 calendar days of his or her assignment to duty for this contract. The Contractor shall certify in writing to the CO/COTR within 30 calendar days after contract start date, that assigned employees have satisfactorily completed instruction in each of the required subjects, or have equivalent training by virtue of previous training and/or experience. This certification shall list employees by name and social security number, and shall include evidence of previous training and experience, if any. A similar certification shall be provided for each new employee within 30 calendar days after they begin work.

**C.3.6.3.2 Refresher Training**

Guard personnel shall receive a minimum of eight hours of refresher training annually.

**C.3.7 Guard Operations**

**C.3.7.1 Guard Orders**

Instructions shall be specific to the facility receiving the FAA contract guard services and be in the form of general, special, and/or temporary orders. These orders shall be clear, concise, and fully describe the duties and actions that the guard is to carry out under specified condition at all individual posts. The COTR/FSC will be responsible for ensuring that such orders are developed, maintained, and are current.

1. General Orders: Instructions, which concern the guard as a whole and are applicable at all posts and patrols. They will cover such items as performance of contract guard duties and responsibilities.
2. Special Orders: Instructions, which prescribe the responsibilities of a particular post or patrol. Each post or patrol will have special orders issued concerning the location, duties, hours staffed.
3. Temporary Orders: Instructions, which are issued for a short period covering a special or temporary situation.

**C.3.7.2 Contractor Responsibility for the Guard Manual**

The Contractor shall be required to develop and issue a current and comprehensive Contractor Guard Manual to each contract guard assigned to duty at FAA facility. The manual is intended to be a contractor-employee manual and will contain the basic guidance issued by the Contractor to its employees concerning matters of dress, discipline, patrolling, first aid, emergency responsibilities, apprehension of suspects and arrest powers, courtesy, communications and chain of command. The Contractor Guard Manual and Guard Manual shall be coordinated with and approved by, the COTR and the SSE before issuance. Sample contractor guard manuals are provided for use as a guide (upon request).

**C.3.8 Contractor Guard Manual**

The Contractor Guard Manual is intended to be a contractor-employee manual and will contain the basic guidance issued by the contractor to its employees. Within twenty-one (21) calendar days after contract award, the contractor shall provide copies of the Contractor Guard Manual as set forth by "List of Required Records and Reports" clause, in Section F. The FAA will review and approve this document within fifteen (15) calendar days of receipt. Within fifteen (15) calendar days from the date of receipt of FAA approval, the contractor shall furnish one copy to the CO, COTR, the on-site supervisor, all posts and all guards. The Contractor Guard Manual shall be approved by the FAA before issuance. The manual shall be reviewed annually by the COTR and SSE and updated as required.

The guard manual shall include, as a minimum, the following topics:

-General company policy, rules and regulations
-Chain of command
-Concepts of facility protection
-Legal aspects of installation protection
-Apprehension of suspects and arrest powers
-Patrol techniques
-Access and traffic control
-Detection of methods of sabotage
-Fire prevention and protection
-Communication
-Report writing
-Handling of safety hazards and bomb threats
-Care and handling of firearms
-First aid
-Wearing of the prescribed uniform
-Standards of conduct and discipline
-Courtesy
-Medical examinations of guards and certification of acceptability
-Physical condition
-Data on security of classified information physical fitness
-Employee's vacation pay if required by the Service Contract Act Wage Determination

-Emergency responsibilities
-Firearms qualification and certification
-Facility telephone notification list
-Facility Occupancy Emergency Plan
-Facility Contingency Plan

A detailed review of the guard manual shall be provided as part of each employee's initial training, and each time the guard manual is modified. No guard shall be assigned to duty unless he/she is thoroughly knowledgeable of and understands the guard manual. The guard manual may be modified to reflect required changes in the Government's guard services policies and procedures.

**C.3.9 Incident Reporting**

Incident reporting is required in order to identify and assess the loss and damage to FAA property and facilities. It provides essential data that describes the type of incidents associated with a facility and is a key element in the development of the FAA Facility Security Management Program. The objective of the incident reporting process is to provide a timely and accurate flow of data concerning the nature and frequency of adverse events, which occur at FAA facilities. Below is a list of examples of reportable incidents. This list is not all encompassing and is intended to be used as a guide.

**Example of Reportable Incidents**

Arson
Kidnapping
Stalking
Assault
Larceny
Theft
Bomb Threats Loss of U.S. Government
Property
Terrorism
Burglary Misuse of U.S. Government
Property
Vandalism
Car jacking Murder Violence in the Workplace
Civil Disturbance Rape Weapons Incidents
Drive-by Shootings Robbery
Drug Use Sabotage

The written incident report submitted by the supervisor shall contain as a minimum the following information:

1. Complete description of the incident.
2. Name and duty assignment of the individual discovering the incident.
3. Time of the incident (local time/date/day).
4. Activity in which the individual was engaged when the incident was discovered.
5. Injury, fatalities, or property damage resulting from the incident.
6. Names of any witnesses having knowledge of the incident.

**C.3.10 Work Requirements**

**C.3.10.1 Entry Control**

The Contractor shall deter unauthorized person(s), property, or vehicles from entering into the area(s) defined in the Facility Guard Manual. All posts shall be controlled during the specified times. During the time periods posts are not staffed, the posts shall be considered part of the perimeter and controlled by the roving patrol.

Authorized personnel or vehicles shall be allowed entry after they have been properly screened. The Contractor shall minimize traffic congestion during peak periods of personnel arrivals/departures in compliance with the Facility Guard Manual.

1. The Contractor shall comply with local guard orders and the Facility Security Plan regarding issuance of temporary passes and temporary badges to Government employees, authorized visitors, contractors, vendors, and others. The Contractor shall courteously and promptly process visitors, issue appropriate identification badges to authorized visitors, and record required information. Contractor employees shall provide clear directions to visitors upon request. Vehicle passes shall either be denied or issued after proper screening and validation.

2. The use of certain private property (e.g., audio and video recording devices, cameras, etc.) is prohibited on the facility. The Contractor shall provide a receipt for, and secure such items in accordance with the Facility Guard Manual.

3. Similarly, the Contractor shall maintain a list of lost items, accept found items, and secure them until they can be transferred to the proper authorities or the FSC for disposition. The Contractor shall be fully responsible for items in his/her possession.
4. In the case of an emergency/incident, all gates shall be closed to inbound traffic and locked, when properly notified by facility management.
5. Operate, evaluate and process visitors, mail, and packages using MDD and x-ray equipment.

**C.3.10.2 Exit Control**

The Contractor shall comply with the FSP government property, and shall insure that any person(s) attempting to take Government property off the installation have followed procedures identified in the FSP. In the case of an emergency/incident all gates shall be closed to outbound traffic and locked, when properly notified by facility management.

**C.3.10.3 Roving Patrol**

The Contractor shall conduct roving patrols as specified in the FSPA and/or local guard orders. All roving patrol guards shall be equipped with communications equipment as specified in the Radio Communications and Radio/Telephonic Communications sections of this SOW, and be capable of making contact within one (1) minute of notification to the FAA facility, Contractor, and supervisor(s).

The roving patrol function may include both foot and motorized patrols. Roving patrols shall be continuously on the alert for the occurrence of fires, explosions, collapses, and other catastrophes by close and detailed observation of buildings, machinery, vehicles, equipment, other resources, and personnel. Unsafe or potentially unsafe conditions, procedures, or activities shall be identified and promptly corrected, if possible. The Contractor shall restrict admission to the unsafe area to minimize the risk and notify the COTR so that repair or corrective action can be accomplished as soon as possible. In the event of a catastrophe, the Contractor shall immediately summon appropriate response forces and then notify government personnel prescribed by guard orders and/or FSP; assist in minimizing the effects thereof; and assist in restoring the area to a safe condition as soon as possible.

The Contract Guards are required to use a watch clock system or some type of electronic guard tour system, which is to be provided by the FAA to serve as a supervisory control and check on the performance of guards.

**C.3.11.4 Perimeter**

A check shall be made of the entire facility perimeter to detect unauthorized entry (attempted or actual). Routes and times shall be varied to avoid establishing a set pattern. The guard shall conduct these checks as prescribed in local guard orders and/or the FSP.

**C.3.11.5 Building/Equipment Checks**

Security checks shall be of all buildings and pieces of equipment. While such checks are primarily to detect unsecured facilities, the guard shall also immediately report to the appropriate authorities any fire, flooding, or other condition that could result in damage to buildings/equipment or injuries to personnel. The guard(s) shall also turn off unnecessary lights

and appliances and close windows/doors to conserve energy. The Contractor's employees shall not disturb papers on desks, open desk drawers or cabinets, erase blackboards, or use Government equipment except as authorized.

**C.3.11.6 Execute Colors**

The Contractor may be required to raise and lower the United States Flag (and other flags as authorized) at the locations and times indicated in the Facility Guard Manual. No deviations are permitted unless authorized. Verbal authorizations shall be recorded in an incident report.

**C.3.11.7 Traffic, Parking, and Pedestrian Control**

The Contractor shall direct traffic and control lights, as described in local guard orders and/or FSP. Tactful and courteous warnings shall be made to individuals who violate facility-parking regulations. Abandoned vehicles shall be reported promptly. Vehicles parked in prohibited zones which require removal by towing will also be reported to facility management.

**C.3.11.8 Deviation from Prescribed Schedules**

In the case of emergency conditions requiring immediate attention, the COTR/ FSC may direct the Contractor Guard Supervisor to temporarily divert guards from their normal roving patrol duties to respond to the emergency conditions, at no additional cost to the FAA. Such employees shall return to their normally assigned duties when released from the emergency situation by the designated FAA official. Except for the emergency conditions described in the FSP, the Contractor shall not divert roving patrol guard from their prescribed schedules without the prior approval of the COTR or FSC. In instances where verbal deviation approval is given by the COTR or FSC, all pertinent facts concerning the deviation shall be recorded in an incident report and forwarded to the COTR/SSE/FSC within three hours from completion of the incident. Diversions resulting from emergency conditions described in the FSP shall be reported to the COTR/SSE/FSC in an incident report within three hours from the completion of the diversion.

**C.3.11.9 Escort Services**

The Contractor may provide escort services as described in the FSP for visitors not having the appropriate security clearance, and for the movement of valuables, explosives, classified material, hazardous material, fuel deliveries, and other items as required at the facility. The guard shall escort vehicle(s) as required to their designated destination.

**C.3.11.10 Complaints/Threats**

The Contractor shall record complaints from any person concerning security, safety, or law enforcement within the Government's jurisdiction. Such complaints shall be promptly reported to the COTR/FSC for resolution and disposition. The Contractor shall endeavor to deter crimes against persons without waiting for a specific complaint, while immediately notifying the appropriate authorities. Response to bomb threats shall be in accordance with the Facility Guard Manual.

**C.3.11.11 Traffic Accidents**

The Contractor shall immediately notify the police of accidents, and shall assist, as required, in redirecting traffic, placing warning flares, and other safety protective actions.

**C.3.11.12 Gate/Building Openings**

The Contractor shall open and close gate(s) and building(s) within the time parameters as specified by facility management. The Contractor shall maintain a record of all-nonscheduled gate/building openings and/or closings.

(End of Specification)

# SECTION D

## PACKAGING AND MARKING

This section is not used.

(End of Section)

# SECTION E

## INSPECTION AND ACCEPTANCE

**DESIGNATION OF CONTRACTING OFFICER'S REPRESENTATIVE**
The Contracting Officer's Representative (COR) for the **Oakland ARTCC** site is as follows:

Ms Diane Sanchez
Telephone: 510-745-3365
Fax: 510-745-3742

**3.10.1-22 CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE** (July 1996)
(a) The Contracting Officer may designate other Government personnel (known as the Contracting Officer's Technical Representative) to act as his or her authorized representative for contract administration functions which do not involve changes to the scope, price, schedule, or terms and conditions of the contract. The designation will be in writing, signed by the Contracting Officer, and will set forth the authorities and limitations of the representative(s) under the contract. Such designation will not contain authority to sign contractual documents, order contract changes, modify contract terms, or create any commitment or liability on the part of the Government different from that set forth in the contract.

(b) The Contractor shall immediately contact the Contracting Officer is there is any question regarding the authority of an individual to act on behalf of the Contracting Officer under this contract.

(End of clause)

**FINAL INSPECTION**
The Contracting Officer shall make final inspection and acceptance.

Mr. Kenneth S. Wilcox, Contracting Officer

Phone: 310.725.7549
Fax: 310.725.6842
E-mail: Kenneth.wilcox@faa.gov

Mailing address:
FAA Western-Pacific Region
Acquisition Management Branch, AWP-55
P.O. Box 92007
Los Angeles, CA 90009-2007

Attn: Mr. Kenneth S. Wilcox

(End of Section)

# SECTION F

## PERFORMANCE

### GUARD PERSONNEL

The contractor shall ensure that the types of guards to be used at the Oakland ARTCC are as follows:

| | |
|---|---|
| **Supervisor:** | A working supervisor shall work (8-hours) per day, Monday through Friday, five (5) days a week including all holidays. |
| **Guard Post A:** | Sixteen (16) hours a day, seven (7) days a week including all holidays. |
| **Guard Post B:** | Twenty four (24) hours a day, seven (7) days a week including all holidays. |
| **Guard Post C:** | Twelve (12) hours a day, seven (7) days a week including all holidays. |
| **Guard Post D:** | Twelve (12) hours a day, seven (7) days a week including all holidays. |
| **Guard Post E:** | NONE |

### PERIOD OF PERFORMANCE

- The period of performance for the base contract is one (1) year, from October 1, 2003 to September 30, 2004
- This contract shall include four (4) option years. The FAA is not obligated to accept any or all of the option years.
  - <u>OPTION YEAR 1 – October 1, 2004 to September 30, 2005</u>
  - <u>OPTION YEAR 2 – October 1, 2005 to September 30, 2006</u>
  - <u>OPTION YEAR 3 – October 1, 2006 to September 30, 2007</u>
  - <u>OPTION YEAR 4 – October 1, 2007 to September 30, 2008</u>

(End of Section)

# SECTION G

## CONTRACT ADMINISTRATION DATA

### 3.2.4-34 OPTION TO EXTEND SERVICES (APRIL 1996)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period specified in the Schedule.

(End of Clause)

### 3.2.4-35 OPTION TO EXTEND THE TERM OF CONTRACT (APRIL 1996)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days before contract expires; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed -0- (months) and 5 (five) (years).

(End of clause)

**WAGE RATE DETERMINATION:**

U. S. Department of Labor wage determination(s) number 1994-2051, Revision No. 21, dated 06/07/2002, is applicable to the work required by this solicitation/contract and is incorporated as an attachment.

DOL Labor Classification: Guard II

**INVOICING INSTRUCTIONS:**

All invoices shall conform to the Specification and shall conform to the rates listed in Section B of this contract. All invoices for services rendered shall be submitted in duplicate. The original invoice shall be submitted to the Contracting Officer's Representative (COR) on a monthly basis for certification. A copy of the invoice shall be submitted to the Contracting Officer at the following address:

FAA – Western Pacific Region
Acquisition Management Branch, AWP-55
Attn: Mr. Kenneth S. Wilcox, Contracting Officer
P.O. Box 92007
Los Angeles, CA 90009-2007

Payment of all invoices is subject to approval by the Contracting Officer's Representative and the Contracting Officer. Each invoice must include the following information:

- Contract number, Contractor name and address, invoice number, and invoice date;
- Description of services and performance dates;
- Quantities, unit prices, and extended totals, as applicable;
- Name, title, telephone number, and complete mailing address to whom payment is to be sent and to whom invoicing inquiries can be made;
- Contractor's Taxpayer Identification Number (TIN) or other Internal Revenue Service identification number;
- Invoices requesting payment for overtime shall have a copy of the Contracting Officers written authorization attached.
- Attached to the invoice shall be a copy of the guard schedule for the time period being invoiced. The schedule shall include the name of each guard, dates and time worked.

**PAYMENT MADE BY**

Contractor's invoices will be paid by the following:

FAA – Western Pacific Region
Accounting Division, AWP-28B
P.O. Box 92007
Los Angeles, CA 90009-2007

**ORDER OF PRECEDENCE**

Any inconsistency in this solicitation/contract shall be resolved by giving precedence in the following order:

(a) The Schedule (excluding the specification)
(b) Representations and other instructions
(c) Contract Clauses
(d) Specification/Statement of Work
(e) Other documents, exhibits and attachments

(End of Section)

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

### 3.14-1 Security Requirements-Classified Contracts (July 2002)

(a) This clause applies to the extent that this contract involves access to information that is classified as "Confidential," "Secret," or "Top Secret."

(b) The Contractor shall comply with the requirements in (1) the Contract Security Classification Specification (DD Form 254) included in the current edition of the National Industrial Security Operating Manual (DOD 5220.22-M) for the protection of classified information at its cleared facility, if applicable, as directed by the Defense Security Service. If the Contactor has access to classified information at an FAA owned or FAA leased facility, it shall comply with the security requirements of the FAA.

(c) If, subsequent to the date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in security costs or otherwise affect any other term or condition of this contract, the contract shall be subject to an equitable adjustment.

(d) The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph d) but excluding any reference to the "Changes" clause of this contract, in all subcontracts under this contract that involve access to classified information.

(End of clause)

### 3.14-2 Contractor Personnel Suitability Requirements (July 2002)

(a) This clause applies to the extent that this contract requires contractor employees, subcontractors, or consultants to have unescorted access to FAA:

(1) facilities,

(2) sensitive information, and/or

(3) resources regardless of the location where such access occurs, and none of the exceptions of FAA Order 1600.72, Contractor and Industrial Security Program, chapter 4, paragraphs 403g, 403i-l, and/or 409, pertains.

Definitions of applicable terminology are contained in the corresponding guidance and Order 1600.72, appendix 1.

(b) Consistent with FAA Order 1600.72, the FAA Servicing Security Element (SSE) has approved designated risk levels for the following positions under the contract:

Position Risk Level: 6

(c) Not later than 15 days, not to exceed a maximum of 30 days, after contract award (or date of modification, if this provision is included by modification to an existing contract), for each employee in a listed position, provided, no previous background investigations can be supported as described below, the contractor shall submit the following documentation to the SSE for an employment suitability determination:

- Standard Form (SF) 85P, Questionnaire for Public Trust Positions, revised September 1995. The SF 85P shall be completed (all questions answered) in accordance with the instruction sheet.

- One fingerprint card (FD-258). Fingerprinting facilities are available through the SSE and local police department. All fingerprint cards shall be written in black ink or typewritten with all answerable question blocks completed and shall be signed and dated within the 60-day period preceding the submission.

The type of investigation conducted will be determined by the position risk level designation for all duties, functions, and/or tasks performed and shall serve as the basis for granting a favorable employment suitability authorization as described in FAA Order 1600.72. If an employee has had a previous Government-directed background investigation, which meets the requirements of Chapter 4 of FAA Order 1600.72, the FAA will accept it. However, the FAA reserves the right to conduct further investigations, if necessary. For each contractor employee for which a previous background investigation was completed, the Contractor shall provide, in writing to the SSE, the name, date of birth, place of birth, and social security number of the employee, the name of the investigating entity, type of background investigation conducted, and approximate date the previous background investigation was completed.

The Contractor shall submit the required information with a transmittal letter referencing the contract number and this request to the Contracting Officer, Western Pacific Region.

The transmittal letter shall also include a list of all of the names of contractor employees and their positions for which completed forms will be submitted to the SSE pursuant to this Clause. A copy of the transmittal letter shall also be provided to the Contracting Officer.

(d) The contractor shall submit the information required by Section (c) of this Clause for any new employee not listed in the Contractor's initial thirty (30) day submission who is hired into any position identified in Section (c) of this Clause.

(e) The contracting officer will provide notice to the contractor when any contractor employee is found to be unsuitable or otherwise objectionable, or whose conduct appears contrary to the public interest, or inconsistent with the best interest of national security. The contractor shall take appropriate action, including the removal of such employee from working on this FAA contract, at their own expense.

(f) No contractor employee shall work in a high, moderate, or low risk position unless the SSE has received all forms necessary to conduct any required investigation and has authorized the contractor employee to begin work. However, if this provision is added by modification to an existing contract, contractor employees performing in the positions listed above may continue work on the contract pending:

(1) The submittal of all necessary forms within 15 days, but not to exceed a maximum of 30 days, and

(2) completion of a suitability investigation by the SSE, subject to the following conditions:

(a) **This is a DISCO contract.** The facility contains classified documents/material.

(b) The Contractor/Company and all security guards shall be DISCO cleared.

(c) The Contractor shall not start work unless all documents have been received for all the guards. Incumbent may not be current.

(3) If the necessary forms are not submitted by the Contractor to the SSE within 30 days of the effective date of the modification, the contractor employee shall be denied access to FAA facilities, sensitive information and/or resources until such time as the forms are submitted and the SSE has approved the contractor employee to begin work.

(g) As applicable, the Contractor shall submit quarterly reports providing the following information to the Contracting Officer with a copy to the SSE and the Operating Office on or before the fifth (5th) day following each report period: A complete listing by full name in alphabetical order with the social security number, of all contractor personnel who had access to an FAA facility, sensitive information and/or resources anytime during the report period (date of birth and social security number shall be omitted from CO and Operating Office copies of report(s). Additionally, the Contractor shall submit to the SSE and CO on or before the fifth (5th) day of each month, any employment changes made during the reporting period. Examples of such changes are terminations (to include name, SSN, hire date), and name changes. All lists must be in alphabetical order and have the name of the contractor and the contract number.

(h) The Contractor shall notify the CO within one (1) day after any employee identified pursuant to Section (c) of this Clause is terminated from performance on the contract.

(i) The Contracting Officer may also, after coordination with the SSE and other security specialists, require contractor employees to submit any other security information (including additional fingerprinting) deemed reasonably necessary to protect the interests of the FAA. In this event, the Contractor shall provide, or cause each of its employees to provide such security information to the SSE, and the same transmittal letter requirements of Section (c) of this Clause shall apply.

(j) The contractor and/or subcontractor(s) will immediately contact the FAA Civil Aviation Security Division or Staff [CO to insert Division or Staff routing symbol and phone number] in the event an employee is arrested (detained by law enforcement for any offenses, other than minor traffic offenses) or is involved in theft of government property or the contractor becomes aware of any information that may raise a question about the suitability of a contractor employee.

(k) Failure to submit information required by this clause within the time required may be determined by the Contracting Officer a material breach of the contract.

(l) If subsequent to the effective date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in direct contract costs or otherwise affect any other term or condition of this contract, the contract shall be subject to an equitable adjustment.

(m) The contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph (l) but excluding any reference to the Changes clause of this contract, in all subcontracts under this contract that involve access and where the exceptions under Chapter 4, paragraphs 403g, 403i-l, and 409 of FAA Order 1600.72 do not apply.

(End of clause)

### 3.14-3 Foreign Nationals as Contractor Employees (July 2002)

(a) Each employee of the Contractor shall be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card Form I-151, or who presents other evidence from the Immigration and Naturalization Service that employment will not affect his/her immigration status.

(b) Aliens and foreign nationals proposed under this contract must meet the following conditions in accordance with FAA Order 1600.72, chapter 4, paragraph 407:

(1) must have resided within the United States for 3 of the last 5 years unless a waiver of this requirement is requested and approved in accordance with the requirements stated in FAA Order 1600.72, chapter 4, paragraph 409(b)(3);

(2) a risk or sensitivity level designation can be made for the position; and

(3) the appropriate security screening can be adequately conducted.

(End of clause)

### 3.8.2-11 CONTINUITY OF SERVICES (April 1996)

(a) The Contractor recognizes that the services under this contract are vital to the Government and must be continued without interruption and that, upon contract expiration, a successor, either the Government or another contractor, may continue them. The Contractor agrees to (1) furnish phase-in training and (2) exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.