(b) The Contractor shall, upon the Contracting Officer's written notice, (1) furnish phase-in, phase-out services for up to 90 days after this contract expires and (2) negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the Contracting Officer's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(c) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct onsite interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(d) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e., costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro-rata portion of the fee (profit) under this contract.

(End of clause)

**3.4.1-10 INSURANCE – WORK ON A GOVERNMENT INSTALLATION** (July 1996)

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the "Schedule" or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall certify to the Contracting Officer in writing by letter or certificate of insurance, reflecting the FAA's contract number, that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Federal Aviation Administration's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe, or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the "Schedule" or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies (reflecting the FAA's contract number to ensure proper filing of documents) available to the Contracting Officer upon request.

(End of clause)

**3.4.1-12 INSURANCE (JULY 1996)**

(a) During the term of this contract and any extension, the contractor shall maintain at its own expense the insurance required by this clause. Insurance companies shall be acceptable to the Federal Aviation Administration. Policies shall include all terms and provisions required by the Federal Aviation Administration.

(b) The contractor shall maintain and furnish evidence of the following insurance, with the stated minimum limits:

(1)Worker's Compensation and Employer's Liability. The contractor shall comply with applicable Federal and State workers' compensation and occupational disease statutes. The contractor shall maintain employer's liability coverage of at least $100,000, except in States with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

(2) General Liability. The contractor shall maintain bodily injury general liability insurance written on a comprehensive form of policy of at least $100,000* per person and $500,000* per occurrence. Property damage limits, if any, will be set forth elsewhere in the "Schedule."

(3) Automobile Liability. If automobiles will be used in connection with performance of this contract, the contractor shall maintain automobile liability insurance written on a comprehensive form of policy with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury and $20,000* per occurrence for property damage.

(4) Aircraft Liability. If aircraft will be used in connection with performance of this contract, the contractor shall maintain aircraft public and passenger liability insurance with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury other than passenger liability, and $200,000* per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000* multiplied by the number of seats or passengers, whichever is greater.

(5) Watercraft Liability When watercraft will be used in connection with performing the contract, the contractor shall provide watercraft liability insurance. Limits shall be at least $1,000,000* per occurrence. The policy shall include coverage for owned, non-owned and hired watercraft.

(6) Environmental Impairment Liability. When the contract may involve hazardous wastes, the contractor shall provide environmental impairment liability insurance with coverage of at least $1,000,000* bodily injury per occurrence and $1,000,000* property damage per occurrence. Such insurance shall include coverage for the clean up, removal, storage, disposal, transportation, and use of pollutants.

(7) Medical Malpractice. When the contract will involve health care services, the contractor shall maintain medical malpractice liability insurance with coverage of at least $500,000* per occurrence.

(c) Each policy shall include substantially the following provision:

"It is a condition of this policy that the company furnish written notice to the U.S. Federal Aviation Administration 30 days in advance of the effective date of any reduction in or cancellation of this policy."

(d) The contractor shall furnish a certificate of insurance or, if required by the Contracting Officer, true copies of liability policies and manually countersigned endorsements of any changes, including the FAA's contract number to ensure proper filing of documents. Insurance shall be effective, and evidence of acceptable insurance furnished, before beginning performance under this contract. Evidence of renewal shall be furnished not later than five days before a policy expires.

(e) The maintenance of insurance coverage as required by this clause is a continuing obligation, and the lapse or termination of insurance coverage without replacement coverage being obtained will be grounds for termination for default.

*Unless modified in the "Schedule"

(End of Clause)

**CONTRACTOR REQUIREMENTS:**

The Contractor shall comply with the following:

- The Contractor shall be one whose primary business is the provision of contract security services.
- The Contractor shall have been in the business of providing contract security guard services for a continuous period of at least the immediate past 5 years.
- The Contractor shall provide, in writing, evidence of satisfactory provision of service to large facilities having plant and employee population characteristics similar to FAA Level 3 and 4 facilities.
- The Contractor is responsible for ensuring that all guards qualify for and continue to meet requirements for state and local licensing.
- The Contractor shall be licensed in the United States.

Upon learning that an employee of the contractor performing work under this contract has been arrested or detained by a law enforcement authority for any offense, other than minor traffic offense, the Contractor shall immediately advise the Contracting Officer of such offense. The Contracting Officer will then notify the Security Division for appropriate action. A traffic offense will be considered minor when the maximum fine that could be imposed is $200.00 or less.

When the Contractor becomes aware of the pending termination of resignation of an employee, the contractor shall not allow the employee to work without supervision.
Employees terminated for cause shall not be permitted back into the work area, unless escorted. The contractor shall notify the Contracting Officer immediately whenever a contract employee performing work under this contract terminates employment.

### 3.14-4 Government-Issued Keys, Identification Badges, and Vehicle Decals (July 2002)

(a) It may become necessary for the Government to issue keys, identification (ID) cards, vehicle decals, and/or access control cards to contractor employees. Prior to or upon completion or termination of the work required hereunder, the contractor shall return all such Government-issued items to the issuing office with notification to the Contracting Officer's Technical Representative (COTR). When contractor employees who have been issued such items are terminated or no longer required to perform the work, the Government-issued items shall be returned to the Government within three workdays or upon termination of the contract or the employee. Improper use, possession or alteration of FAA issued keys, ID cards and/or vehicle decals is subject to penalties under Title 18, USC 499, 506, and 701.

(b) In the event such keys, ID cards, or vehicle decals are not returned, the contractor understands and agrees that the Government may, in addition to any other withholding provision of the contract, withhold $100.00 for each key, ID card, and vehicle decal not returned. If the keys, ID cards, or vehicle decals are not returned within 30 days from the date the withholding action was initiated, any amount so withheld will be forfeited by the contractor.

(c) Access to aircraft ramp/hangar areas is authorized only to those persons displaying a flight line identification card and for vehicles, a current ramp permit issued pursuant to Part 107 of the Federal Aviation Regulations.

(d) The Government retains the right to inspect inventory, or audit ID cards, keys, vehicle decals, and access control cards issued to the contractor in connection with the contract at the convenience of the Government. Any items not accounted for the satisfaction of the Government shall be assumed to be lost and the provisions of section (b) shall apply.

(e) Keys shall be obtained from the COTR who will require the contractor to sign a receipt for each key obtained. Lost keys, ID cards, vehicle decals, and access control cards shall immediately be reported concurrently to the Contracting Officer (CO), COTR and facility management office. Electronic keying cards are handled in the same manner as metal keys.

(f) Each contract employee, during all times of on-site performance at shall prominently display his/her current and valid identification card on the front portion of his/her body between the neck and waist.

(1) Prior to any contractor employee obtaining any ID media or vehicle decals, the contractor shall submit complete documentation required under AMS clause 3.14-2, Security Requirements and shall be authorized to begin work by the SSE.

(2) To obtain the ID card, contractor employee shall submit an identification Card/Credential Application (DOT 1681) signed by the contractor employee and authorized by the CO or the COTR. The DOT 1681 signed by the contractor employee and authorized by the CO or the COTR. The DOT 1681 shall be submitted at the same time the personnel security investigation paperwork required by AMS clause 3.14-2, Contractor Personnel Suitability Requirements is submitted. The DOT 1681 shall contain, as a minimum. Under the "Credential Justification" heading, the name of the contractor/company, the contract number or the appropriate acquisition identification number, the expiration date of the contract or the task (whichever is sooner), and the required signatures. This

paperwork shall be submitted to the CO by the contractor in a sealed envelope either hand carried by the contractor or sent via U.S. mail to the CO. The contractor will be notified when the DOT 1681 has been approved and is ready for processing. Arrangement for processing the identification cards, including photographs and lamination can be made by the contacting the CO.

(3) The contractor's project manager shall receive and sign for each ID card issued on the reverse of the DOT 1681. The DOT 1681 will be tracked by the Government for accountability purposes.
(g) The contractor is responsible for ensuring final out-processing is accomplished for all departing contractor employees. Final out-processing will be accomplished by close of business the final workday of the contractor employee or the next day under special conditions. [CO to insert name of local contract employee clearance form (to be determined)] will be completed by the contractor and copies will be distributed to the COTR, CO, and [CO to insert security division or staff] after completion.

(End of clause)

**ATTORNEY/CLIENT PREVILEGE**

During performance of this Contract, the Contractor may be required to attend meetings at which FAA employees seek and receive legal advice from FAA attorneys. The FAA intends, and the Contractor agrees, that such advice is to be treated as confidential legal advice, that the Contractor will not discuss such legal advice with non-FAA personnel, that such advice will not be included in notes (electronic or otherwise), written reports, or minutes of such meetings. For the purposes of asserting the Attorney-Client privilege with regards to such information, the Contractor and its employees shall be considered agents of the FAA.

Employees of the Contractor employees may be asked to participate as witnesses in judicial or administrative meetings, litigation or other proceedings where Contractor employees participation is necessary. In such proceedings involving third parties to which the Contractor is not a named party, the Contractor shall support the FAA by promptly providing to the FAA any documents requested which the Contractor may have in its possession and by making Contractor employees available to assist FAA attorneys. This provision does not preclude the Contractor or the Contractor employees from being represented by Counsel retained by the Contractor or the Contractor employee, provided such representation is at no direct cost to the Government.

Any failure by the Contractor to ensure compliance by its employees with this provision will be considered by the FAA to be a material breach of the contract.

**QUARTERLY REPORTS**

Each quarter the Contractor shall submit to the Contracting Officer a listing of all employees currently working on the contract. The list shall include the employee's full name, FAA ID badge number, and FAA ID badge Hologram number and description of weapon issued to them (caliber, make, model and serial number).

**HOLD HARMLESS CLAUSE**

The Contractor hereby agrees to indemnify, defend, and hold harmless, the Federal Aviation Administration ("FAA"), the Department of Transportation, their officers, agents, and employees of and from: Any and all claims and demands which may be made by reason on injury to, or death of, any person or corporation caused by, or alleged to have been caused by, any intentional or negligent act or omission of the Contractor or any of the Contractor's subcontractors, agents, employees or any persons invited or allowed at the work site by the Contractor.

## GUARD EQUIPMENT

The Contractor shall provide the following security guard equipment:

a. **Spare Ammunition Security Container:** The container shall be wall or floor mounted with a key locking type lock. The key will be passed from shift to shift by guards and not stored at the guard station/shack unattended at any time. The guard(s) on duty shall have a key for this box on their person at all times.
b. **Key Control Container:** 1 each.
c. **First Aid Kit:** 1 each. 25 person kit with CPR barriers and blood borne pathogen kit.
d. **Portable Fire Extinguisher:** 1 each. Type A, B, C.
e. **Traffic Control Devices:** 4 each. 42" cones with reflective stripe.
f. **Individually issued weapon:** .38 caliber, 4-inch barrel, American made standard police service type revolver.
g. **Ammunition:** .38 caliber, 1`25 grain hollow point ammunition. 12 rounds issued to each guard and 100 spare rounds.
h. **Weapons Cleaning Kit**
i. **Communications Radios:** **One** radio for each guard on duty and **three** radios to be provided to the FAA Facility Manager.
j. **Cellular Telephones:** One cellular telephone for each guard on duty.
k. **High Power Flashlight:** One for each guard on duty.
l. **Prescribed Uniform**

[End of Section]

# SECTION I

## CONTRACT CLAUSES (FAA) AND PROVISIONS

### 3.1-1 Clauses and Provisions Incorporated by Reference (September 2002)

This screening information request (SIR) or contract, as applicable, incorporates by reference one or more provisions or clauses listed below with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://fast.faa.gov (on this web page, select "Contract Writing/Clauses").

(End of Clause)

| | |
|---|---|
| 3.2.2.3-1 | False Statements in Offers (April 1996) |
| 3.2.2.3-12 | Amendments to Screening Information (April 1996) |
| 3.2.2.3-13 | Late Submissions, Modifications, and Withdrawls of Offers (April 1996) |
| 3.2.2.3-16 | Restriction on Disclosure and Use of Data (April 1996) |
| 3.2.2.3-72 | Announcement of Competing Offerors (August 1998) |
| 3.2.2.7-6 | Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (April 1996) |
| 3.2.4-22 | Limitation of FAA Liability (April 1996) |
| 3.2.5-1 | Officials Not to Benefit (April 1996) |
| 3.2.5-2 | Independent Price Determination (October 1996) |
| 3.2.5-3 | Gratuities or Gifts (January 1999) |
| 3.2.5-4 | Contingent Fees (October 1996) |
| 3.2.5-5 | Anti-Kickback Procedures (October 1996) |
| 3.2.5.7 | Disclosure Regarding Payments to Influence Certain Federal Transactions (June 1999) |
| 3.2.5-8 | Whistleblower Protection for Contractor Employees (April 1996) |
| 3.3.1-1 | Payments (April 1996) |
| 3.3.1-6 | Discounts for Prompt Payment (April 1996) |
| 3.3.1-7 | Limitation on Withholding of Payments (April 1996) |
| 3.3.1-8 | Extras (April 1996) |
| 3.3.1-9 | Interest (April 1996) |
| 3.3.1-10 | Availability of Funds (April 1996) |
| 3.3.1-11 | Availability of Funds for the Next Fiscal Year (April 1996) |
| 3.3.1-15 | Assignment of Claims (April 1996) |
| 3.3.1-17 | Prompt Payment (January 2003) |
| 3.4.1-10 | Insurance--Work on a Government Installation (July 1996) |
| 3.4.2-8 | Federal, State, and Local Taxes--Fixed Price Contract (April 1996) |
| 3.6.2-1 | Contract Work Hours and Safety Standards Act-Overtime Compensation (April 1996) |
| 3.6.2-2 | Convict Labor (April 1996) |
| 3.6.2-8 | Affirmative Action Compliance (July 1996) |
| 3.6.2-12 | Affirmative Action for Special Disabled and Vietnam Era Veterans (Applicable over $10,000.00) (January 1998) |
| 3.6.2-13 | Affirmative Action for Workers With Disabilities (April 2000) |
| 3.6.2-14 | Employment Reports on Special Disabled Veterans and Veterans of Vietnam Era (January 1998) |
| 3.6.2-16 | Notice to the Government of Labor Disputes (April 1996) |
| 3.6.2-28 | Service Contract Act of 1965, As Amended (April 1996) |
| 3.6.2-35 | Prevention of Sexual Harassment (August 1998) |
| 3.6.3-2 | Clean Air and Water (April 1996) |
| 3.6.4-2 | Buy American Act – Supplies (July 1996) |
| 3.7-1 | Privacy Act Notification (October 1996) |

3.7-2 Privacy Act (October 1996)
3.8.2-10 Protection of Government Buildings, Equipment and Vegetation (April 1996)
3.9.1-1 Contract Disputes (November 2002)
3.9.1-2 Protest After Award (August 1997)
3.9.1-3 Protest (November 2002)
3.10.1-7 Bankruptcy (April 1996)
3.10.1-9 Stop-Work Order (October 1996)
3.10.1-11 Government Delay of Work (April 1996)
3.10.1-12 Changes--Fixed-Price (Alternate I) (April 1996)
3.10.3-1 Government Property-Definitions (December 1997)
3.10.3-2 Government Property-Basic Clause, Alternate I (December 1997)
3.10.3-10 Management of Government Property in Contractor's Possession (December 1997)
3.10.3-11 Contractor's Maintenance Program (December 1997)
3.10.3-12 Identification of Government Property (December 1997)
3.10.3-13 Segregation of Government Property (December 1997)
3.10.3-14 Inventories (December 1997)
3.10.3-15 Disposition of Government Property (December 1997)
3.10.4-4 Inspection of Services - Fixed Price and Cost Reimbursement (April 1996)
3.10.6-1 Termination for Convenience of the Government (Fixed Price) (October 1996)
3.10.6-4 Default (Fixed Price Supply and Service) (October 1996)

**3.2.4-1 TYPE OF CONTRACT** (APRIL 1996)
The FAA contemplates award of a Firm Fixed Price contract resulting from this Screening Information Request.

(End of Provision)

**3.2.4-31 EVALUATION OF OPTIONS** (APRIL 1996)
Except when it is determined not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of Provision)

**3.2.5-11 DRUG FREE WORKPLACE** (APRIL 1996)

(a) Definitions. As used in this clause,

"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlle Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11 - 1308.15.

"Conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession, or use of any controlled substance.

"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract at which employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract.

"Directly engaged" is defined to include all direct cost employees and any other Contractor employee who has other than a minimal impact or involvement in contract performance.

"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.

(b) The Contractor, if other than an individual shall within 30 calendar days after award (unless a longer period is agreed to in writing for contracts of 30 calendar days or more performance duration), or as soon as possible for contracts of less than 30 calendar days performance duration:

(1) Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;

(2) Establish an ongoing drug-free awareness program to inform such employees about:
(i) The dangers of drug abuse in the workplace;
(ii) The Contractor's policy of maintaining a drug-free workplace;
(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and
(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this clause;

(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this clause that, as a condition of continued employment on this contract, the employee will:
(i) Abide by the terms of the statement; and
(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 calendar days after such conviction.

(5) Notify the Contracting Officer in writing within 10 calendar days after receiving notice under subdivision (b)(4)(ii) of this clause, from an employee or otherwise receiving actual notice of such conviction. The notice shall include the position title of the employee;

(6) Within 30 calendar days after receiving notice under subdivision (b)(4)(ii) of this clause of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(i) Taking appropriate personnel action against such employee, up to and including termination; or
(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency.

(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) though (b)(6) of this clause.

(c) The Contractor, if an individual, agrees by award of the contract or acceptance of a purchase order, not to engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance in the performance of this contract.

(d) In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (b) or (c) of this clause may render the Contractor subject to suspension of contract payments, termination of the contract for default, and suspension or debarment.

(End of clause)

**3.3.1-25 Mandatory Information for Electronic Funds Transfer (EFT) Payment - Central Contractor Registration (CCR)** (June 2001)

(a) Method of payment. For any payment to be made after June 1, 2001, the Contractor shall provide EFT information to the CCR database. Payments by the Federal Aviation Administration (FAA) under this contract, including invoice and contract financing payments, will be made by EFT, except as provided in paragraph (a)(1). If payment is made by EFT, the FAA may, at its option, also forward the associated payment information by electronic transfer. As used in this clause, the term "EFT" refers to the funds transfer and may also include the information transfer.

(1) In the event the FAA is unable to release one or more payments by EFT, the Contractor agrees to either: (i) accept payment by check or some other mutually agreeable method of payment; or (ii) Request the FAA to extend the payment due date until such time as the FAA can make payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information.

(1) The Contractor is required, as a condition to any payment under this contract, to provide the Central Contractor Registration (CCR) database with the information required in the CCR to make payment by EFT. The Contractor may register to the CCR online at www.ccr2000.com, or call the CCR Assistance Center toll free at (888)-227-2423 and request the necessary registration forms. The Contractor must have a DUNS number to begin registration. To obtain a DUNS number, call Dun & Bradstreet, Inc. at (800) 234-3867. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the CCR database.
(2) If the Contractor has identified multiple payment receiving points (i.e., more than one remittance address and/or EFT information set) in the CCR database, and the Contractor has not notified the FAA of the payment receiving point applicable to this contract, the FAA shall make payment to the first payment receiving point (EFT information set or remittance address as applicable) listed in the CCR database.

(c) Mechanisms for EFT payment. The FAA may make payment by EFT through either an Automated Clearing House (ACH) subject to the banking laws of the United States or the Federal Reserve Wire Transfer System at the FAA's option. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment.

(1) Notwithstanding the provisions of any other clause of this contract, the FAA is not required to make any payment under this contract until after the correct EFT payment information from the Contractor has been provided to the CCR database. No invoice or contract financing request shall be deemed to be valid, as defined by the Prompt Payment Act, until correct EFT information is received into the CCR database.

(2) Changes made to an existing record in the CCR database will become effective not later than the 30th day after receipt in the CCR database. However, the Contractor may request that no further payments be made until the changed EFT information is implemented into the CCR database. If such suspension would result in a late payment under the Prompt Payment clause of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Contractor EFT arrangements. The Contractor shall designate a single financial agent capable of receiving and processing the electronic funds transfer using the EFT methods described in paragraph (c) of this clause. The Contractor shall pay all fees and charges for receipt and processing of transfers.

(f) Liability for uncompleted or erroneous transfers.

(1) If an uncompleted or erroneous transfer occurs because the FAA failed to use the Contractor-provided EFT information in the CCR database in the correct manner, the FAA remains responsible for (i) making a correct payment, (ii) paying any prompt payment penalty due, and (iii) recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because Contractor-provided EFT information in the CCR database was incorrect, or was revised within 30 days at the time of FAA release of the EFT payment transaction instruction to the Federal Reserve System, and:

(i) If the funds are no longer under the control of the payment office, the FAA is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the FAA retains the right to either make payment by mail or suspend the payment in accordance with paragraph (d) of this clause.

(g) EFT and prompt payment.

(1) A payment shall be deemed to have been made in a timely manner in accordance with the Prompt Payment clause of this contract if, in the EFT payment transaction instruction given to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(2) When payment cannot be made by EFT because of incorrect EFT information provided by the Contractor to the CCR database, no interest penalty is due after the date of the uncompleted or erroneous payment transaction, provided that notice of the defective EFT information is issued to the Contractor within 7 days after the FAA is notified of the defective EFT information.

(h) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the Assignment of Claims clause of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register in the CCR database and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information, which shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the FAA, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(i) Liability for change of EFT information by financial agent. The Contractor agrees that the Contractor's financial agent may notify the FAA of a change to the routing transit number, Contractor account number, or account type. The FAA shall use the changed data in accordance with paragraph (d)(2) of this clause. The Contractor agrees that the information provided by the agent is deemed to be correct information as if it were provided by the Contractor. The Contractor agrees that the agent's notice of changed EFT data is deemed to be a request by the Contractor in accordance with paragraph (d)(2) that no further payments be made until the changed EFT information is implemented by the payment office. The FAA is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.
(End of clause)

**3.6.2-9 EQUAL OPPORTUNITY (August 1998)**
(a) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with subparagraphs (b)(1) through (11) below. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(b) During performing this contract, the Contractor agrees as follows:

(1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. This shall include, but not be limited to, (i) employment, (ii) upgrading, (iii) demotion, (iv) transfer, (v) recruitment or recruitment advertising, (vi) layoff or termination, (vii) rates of pay or other forms of compensation, and (viii) selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices that explain this clause.

(4) The Contractor shall, in all solicitations or advertisement for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

(5) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(7) The Contractor shall furnish to the FAA all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. Standard Form 100 (EEO-1), or any successor form, is the prescribed form to be filed within 30 days following the award, unless filed within 12 months preceding the date of award.

(8) The Contractor shall permit access to its books, records, and accounts by the FAA or the Office of Federal Contract Compliance Programs (OFCCP) for the purposes of investigation to ascertain the Contractor's compliance with the applicable rules, regulations, and orders.

(9) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, the contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions maybe imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended, the rules, regulations, and orders of the Secretary of Labor, or as otherwise provided by law.

(10) The Contractor shall include the terms and conditions of subparagraph (b)(1) through (11) of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontract or purchase order as the FAAmay direct as a means of enforcing these terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a

result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(c) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR 60-1.1.

(End of Clause)

**3.6.2-29 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES** (APRIL 1996)
In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332. This Statement is for Information Only: It Is Not a Wage Determination

| Employee class | | Monetary Wage-Fringe Benefits |
|---|---|---|
| | | |
| Guard II, GS-5 | | $14.68 Per Hour. |

(End of clause)

**3.6.2-30 FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (APRIL 1996)**

(a) This clause applies to both contracts subject to area prevailing wage determinations and contracts subject to collective bargaining agreements.

(b) The Contractor warrants that the prices in this contract do not include any allowance for any contingency to cover increased costs for which adjustment is provided under this clause.

(c) The wage determination, issued under the Service Contract Act of 1965, as amended, (41 U.S.C. 351, et seq.), by the Administrator, Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, current on the anniversary date of a multiple year contract or the beginning of each renewal option period, shall apply to this contract. If no such determination has been made applicable to this contract, then the Federal minimum wage as established by section 6(a)(1) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. 206) current on the anniversary date of a multiple year contract or the beginning of each renewal option period, shall apply to this contract.

(d) The contract price or contract unit price labor rates will be adjusted to reflect the Contractor's actual increase or decrease in applicable wages and fringe benefits to the extent that the increase is made to comply with or the decrease is voluntarily made by the Contractor as a result of:

(1) The Department of Labor wage determination applicable on the anniversary date of the multiple year contract, or at the beginning of the renewal option period. For example, the prior year wage determination required a minimum wage rate of $4.00 per hour. The Contractor chose to pay $4.10. The new wage determination increases the minimum rate to $4.50 per hour. Even if the Contractor voluntarily increases the rate to $4.75 per hour, the allowable price adjustment is $.40 per hour;

(2) An increased or decreased wage determination otherwise applied to the contract by operation of law; or

(3) An amendment to the Fair Labor Standards Act of 1938 that is enacted after award of this contract, affects the minimum wage, and becomes applicable to this contract under law.

(e) Any adjustment will be limited to increases or decreases in wages and fringe benefits as described in paragraph (c) of this clause, and the accompanying increases or decreases in social security and unemployment taxes and workers' compensation insurance, but shall not otherwise include any amount for general and administrative costs, overhead, or profit.

(f) The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days after receiving a new wage determination unless this notification period is extended in writing by the Contracting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause, but nothing in the clause shall preclude the Government from asserting a claim within the period permitted by law. The notice shall contain a statement of the amount claimed and any relevant supporting data, including payroll records, that the Contracting Officer may reasonably require. Upon agreement of the parties, the contract price or contract unit price labor rates shall be modified in writing. The Contractor shall continue performance pending agreement on or determination of any such adjustment and its effective date.

(g) The Contracting Officer or an authorized representative shall have access to and the right to examine any directly pertinent books, documents, papers and records of the Contractor until the expiration of 3 years after final payment under the contract.

(End of clause)

[End of Section]

# SECTION J

## SPECIFICATION AND OTHER ATTACHMENTS

## WAGE RATE DETERMINATION

| Attachment No. | Wage Determination No. | Date |
|---|---|---|
| 1 | DOL Wage Determination No. 1994-2051, Revision No. 21 | 06/07/2002 |
| 2 | Chapter 4 and Appendix 13 of FAA Order 1600.69A | N/A |
| 3 | Statement of Work Appendix | 3/20//03 |
| 4 | Lautenburg Amendment | N/A |

[End of Section]

# CERTIFICATIONS COVER SHEET

**The following pages contain**

**Certifications that MUST**

**be completed and returned**

**with your proposal.**