# SECTION K

## REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF BIDDERS

**3.2.2.3-10 TYPE OF BUSINESS ORGANIZATION (APRIL 1996)**

The offeror, by checking the applicable box, represents that

(a) It operates as ☐ a corporation incorporated under the laws of the State of ______________________, ☐ an individual, ☐ a partnership, ☐ a nonprofit organization, or ☐ a joint venture.

(b) If the offeror or quoter is a foreign entity, it operates as ☐ individual, ☐ a partnership, ☐ a nonprofit organization, ☐ a joint venture, or ☐ a corporation, registered for business in ______________________________________.
(country)

(End of provision)

**3.2.2.3-15 AUTHORIZED NEGOTIATORS (APRIL 1996)**

The offeror represents that the following person(s) are authorized to negotiate on its behalf with the Government in connection with this submittal:

NAME:________________________________________
TITLE:________________________________________
TELEPHONE NO.________________________________

(End of Provision)

**3.2.2.3-70 TAXPAYER IDENTIFICATION (August 1998)**
(a) Definitions.

(1) "Common parent," as used herein, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

(2) "Corporate status," as used herein, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

(3) "Taxpayer Identification Number (TIN)," as used herein, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). The FAA will use this information for the purpose of collecting and reporting on any delinquent amounts arising out of the respondent's relation with the Federal Government. This is pursuant to Public Law 104 -134, the Debt Collection Improvement Act of 1996, Section 31001(I)(3). If the resulting contract is subject to the reporting requirements, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

[ ] TIN: ______________________________
[ ] TIN has been applied for.
[ ] TIN is not required because:
[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not leave income effectively connected with the conduct of a trade or business in the U.S. and does not have all office or place of business or a fiscal paying agent in the U.S.;
[ ] Offeror is an agency or instrumentality of a foreign government;
[ ] Offeror is an agency or instrumentality of a Federal, state, or local government;
[ ] Other State basis. ______________________________.

(d) Corporate Status.

[ ] Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;
[ ] Other corporate entity
[ ] Not a corporate entity
[ ] Sole proprietorship
[ ] Partnership
[ ] Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

[ ] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.
[ ] Name and TIN of common patent:
Name ______________________________________________
TIN ______________________________________________

(End of Provision)

## 3.2.2.7-7 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (APRIL 1996)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are ☐, are not ☐ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ☐, have not ☐ within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers: or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ☐, are not ☐ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ☐, has not ☐ within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) 'Principals,' for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this SIR. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this SIR for default.

(End of Provision)

**3.6.2-5 CERTIFICATION OF NONSEGREGATED FACILITIES (APRIL 1996) (Applicable if award exceeds $10,000.00)**

(a) 'Segregated facilities,' as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will--

(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES.**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).
NOTE: The penalty for making false statements in offers is prescribed in 18 .U.S.C. 1001.

(End of provision)

**3.6.2-6 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APRIL 1996)**

The offeror represents that--

(a) It ☐ has, ☐ has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It ☐ has, ☐ has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

**3.2.2.3-75 Requests for Contract Information (April 2002)**

Any contract resulting from this SIR will be considered a public document, subject to release under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552. Unless covered by an exemption described in the Act, all information contained in the contract, including unit price, hourly rates and their extensions, may be released to the public upon request. Offerors are therefore urged to mark any sensitive documents submitted as a result of this Screening Information Request SIR that may be deemed as trade secrets, proprietary information, or privileged or confidential financial information.

[End of Clause]

**3.2.2.3-76 Representation- Release of Contract Information (April 2002)**

(a) Any contract resulting from the issuance of this Screening Information Request (SIR) may be the subject of a request for release pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. Section 552.

(b) As an aid in responding to requests for information, this provision facilitates the review and screening process used in determining the releasibility of the contract(s) in whole or in part. Accordingly, the offeror's response to this SIR relative to potential release of information contained in any resultant contract is set forth at (c) below.

(c) REPRESENTATION CONCERNING RELEASE OF CONTRACT INFORMATION--

The offeror represents that--(1)[ ] It has made a complete review of its submittal(s) in response to this SIR and that no exemption from mandatory release under FOIA exists, and, (2)[ ] It has no objection to the release of any contract it may be awarded in whole or in part resulting from this SIR.

OR

The offeror represents that [ ] its submittal(s) in response to this SIR contains information that is exempt from mandatory release under FOIA. Accordingly, the offeror represents that--(1)[ ] It has specifically identified via placement of restrictive markings on any sensitive documents submitted in response to this SIR such as trade secrets, proprietary information, or commercial or financial information that is privileged or confidential, and (2)[ ] It, as the party that provided the information, has furnished the contracting officer by separate letter concurrent with this submittal detailed information specifically listing the page(s) to be withheld complete with any and all legal justifications which would permit the FAA to invoke an exemption to the FOIA.

[End of Provision]

# SECTION K

## PRE-AWARD SURVEY AND BUSINESS DECLARATION

1. **NAMES OF OFFICERS, OWNERS OR PARNERS:**

   President: ______________________________

   Vice President: __________________________

   Secretary: ______________________________

   Treasurer: ______________________________

   Owners or Partners: ________________________________________

2. **PERSONS AUTHORIZED TO SIGN BIDS, OFFERS AND CONTRACTS IN YOUR NAME:**

   Name: ____________________________________

   Official Capacity: ___________________________

   Telephone No: ______________________________
   (If more than one, list others below)

3. **BANKING REFERENCE:**

   Name of Bank: ________________________________________

   Person to Contact: ______________________________________
   (Person to contact must be authorized by your firm to release information to our office.)

   Address: _____________________________________________

   Phone No.: ___________________________________________

   FAX No.: _____________________________________________

   Checking Account No.: _________________________________

   Savings Account No.: __________________________________

   Loan: _______________________________________________

   Line of Credit: $ _______________________________________

4. **CREDIT REFERENCES:**

4.1 Credit Reference 1

Firm Name: ____________________

Phone No.: ____________________

Address: ____________________

Person to Contact: ____________________

Acct #: ____________________

Open Acct ☐ Closed Acct ☐

Line of Credit: $ ____________

4.2 Credit Reference 2

Firm Name: ____________________

Phone No.: ____________________

Address: ____________________

Person to Contact: ____________________

Acct #: ____________________

Open Acct ☐ Closed Acct ☐

Line of Credit: $ ____________

4.3 Credit Reference 3

Firm Name: ____________________

Phone No.: ____________________

Address: ____________________

Person to Contact: ____________________

Acct #: ____________________

Open Acct ☐ Closed Acct ☐

Line of Credit: $ ____________

**5. SIGNATURE:**

The person who submits this information for your company must be authorized to do so. That person must be knowledgeable about the past and present operations of you company, its policies and is required to sign below.

I authorize the Federal Aviation Administration to obtain all information, including bank information for my company.

I certify that the information provided above is true and correct to the best of my knowledge:

______________________________ __________

Signature Date

______________________________

Name (type or print)

______________________________

Title

**6. VERIFIED BY:** (FAA use)

______________________________ __________

Name Date

# SECTION K

## BUSINESS DECLARATION

1. Name of Firm: ______________________ Tax Identification No. ______________

2. Address of Firm: ______________________

3. Telephone Number(s): ______________________

4. (a) Name of Person Making Declaration: ______________________

   (b) Telephone Number of Person Making Declaration: ______________________

   (c) Position Held in Company: ______________________

5. Controlling Interest In Company (Place X in All Appropriate Boxes.

   [ ] Black American [ ] Hispanic American [ ] Native American

   [ ] Asian American [ ] Female-Non Minority [ ] Male-Non Minority

6. Is the person identified in Number 5 above, responsible for day-today management and policy decision making, including but not limited to financial and management decisions.

   [ ] Yes [ ] No. If no, provide the name and telephone number of the person who has this authority.

   ______________________

7. Nature of Business – Specify major services/products: ______________________

   ______________________

8. (a) Years the Firm has been in business: __________ (b) No. of Employees: __________

9. Type of Ownership: [ ] Sole Ownership [ ] Partnership [ ] Other/Explain below:

   ______________________

10. Gross receipts of the firm for the last three years: Year Ending _______ Gross Receipts $ __________

    Year Ending _______ Gross Receipts $ __________ Year Ending _______ Gross Receipts __________

11. Is the Firm a Small Business? [ ] Yes [ ] No.

I Declare that the forgoing statements concerning, ______________ ______________(Name of Business) Are True and Correct to the best of my knowledge, information and belief. I am aware that I am subject to criminal prosecution under the provisions of 18 U.S.C. 1001.

______________________ ______________
SIGNATURE DATE

Name/Title: ______________________

# SECTION L

## INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFERORS

### SPECIAL CONDITIONS

1. This contract is a DISCO contract. Facility contains classified material
2. The Contractor/Company and all armed security guards shall be DISCO cleared prior to contract award.
3. The Contractor shall not start work at the site unless all required documents have been received for all guards. Incumbent contractor may not be current.

**3.2.4-1 TYPE OF CONTRACT** (APRIL 1996)
The FAA contemplates award of a Firm Fixed Price contract resulting from this Screening Information Request.

(End of Provision)

**3.2.2.3-14 Late Submissions, Modifications, and Withdrawals of Submittals** (October 1996)

(a) Any submittals received at the office designated in the SIR after the exact time specified for receipt will not be considered unless it is received before award is made and it--
(1) Was sent by registered or certified mail not later than the fifth calendar day before the date specified for receipt of submittals (e.g., an offer submitted in response to a SIR requiring receipt of offers by the 20th of the month must have been mailed by the 15th);
(2) Was sent by mail or, if authorized by the SIR, was sent by telegram or via facsimile and it is determined by the Government that the late receipt was due solely to mishandling by the Government after receipt at the Government installation;
(3) Was sent by U.S. Postal Service Express Mail Next Day Service-Post Office to Addressee, not later than 5:00 p.m. at the place of mailing two working days prior to the date specified for receipt of submittals. The term 'working days' excludes weekends and U.S. Federal holidays;
(4) Was transmitted through an electronic commerce method authorized by the SIR and was received by the Contracting Officer not later than 5:00 p.m. on the date specified for receipt of submittals; or
(5) Is the only submittal received.

(b) Any modification of submittals, except a modification resulting from the Contracting Officer's request, is subject to the same conditions as in subparagraphs (a)(1), (2), and (3) of this provision.

(c) A modification resulting from the Contracting Officer's request received after the time and date specified in the request will not be considered unless received before award and the late receipt is due solely to mishandling by the Government after receipt at the Government installation.

(d) The only acceptable evidence to establish the date of mailing of a late proposal or modification sent either by U.S. Postal Service registered or certified mail is the U.S. or Canadian Postal Service postmark both on the envelope or wrapper and on the original receipt from the U.S. or Canadian Postal Service. Both postmarks must show a legible date or the proposal, quotation, or modification shall be processed as if mailed late. 'Postmark' means a printed, stamped, or otherwise placed impression (exclusive of a postage meter machine impression) that is readily identifiable without further action as having been supplied and affixed by employees of the U.S. or Canadian Postal Service on the date of mailing. Therefore, offerors should request the postal clerk to place a legible hand cancellation bull's eye postmark on both the receipt and the envelope or wrapper.

(e) The only acceptable evidence to establish the time of receipt at the Government installation is the time/date stamp of that installation on the submittal wrapper or other documentary evidence of receipt maintained by the installation.

(f) The only acceptable evidence to establish the date of mailing of a late offer, modification, or withdrawal sent by Express Mail Next Day Service-Post Office to Addressee is the date entered by the post office receiving clerk on the 'Express Mail Next Day Service-Post Office to Addressee' label and the postmark on both the envelope or wrapper and on the original receipt from the U.S. Postal Service. 'Postmark' has the same meaning as defined in paragraph (d) of this provision, excluding postmarks of the Canadian Postal Service. Therefore, offerors should request the postal clerk to place a legible hand cancellation bull's eye postmark on both the receipt and the envelope or wrapper.

(g) Notwithstanding paragraph (a) of this provision, a late modification of an otherwise acceptable submittal makes its terms more favorable to the Government will be considered at any time it is received and may be accepted.

(h) Submittals may be withdrawn by written notice or telegram (including mailgram) received at any time before award. If the SIR authorizes facsimile submittals, submittals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision entitled 'Facsimile Submittals.' Submittals may be withdrawn in person by an offeror or an authorized representative, if the representative's identity is made known and the representative signs a receipt for the submittal before award.
(End of provision)

**3.2.2.3-17 Preparation of Offers** (October 1996)

(a) Offerors are expected to examine any drawings, specifications, Schedule, and all instructions. Failure to do so will be at the offeror's risk.

(b) Each offeror shall furnish the information required by the Screening Information Request (SIR). The offeror shall print or type its name and sign the offer. Erasures or other changes must be initialed by the person signing the offer. Offers signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(c) For each item offered, offerors shall (1) show the unit price/cost, including, unless otherwise specified, packaging, packing, and preservation and (2) enter the extended price/cost for the quantity of each item offered in the 'Amount' column of the Schedule. In case of discrepancy between a unit price/cost and an extended price/cost, the unit price/cost will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

(d) Offers for supplies or services other than those specified will not be considered unless authorized by the SIR.
(End of provision)

**3.2.2.3-18 Explanation to Prospective Offerors** (April 1996)

Any prospective offeror desiring an explanation or interpretation of the Screening Information Request (SIR), drawings, specifications, etc., must request it soon enough to allow a reply to reach all prospective offerors before the submission of their offers. Oral explanations or instructions given before the award of the contract will be binding if confirmed in writing. Any information given to a prospective offeror concerning a SIR will be furnished promptly to all other prospective offerors as an amendment of the SIR if the lack of that information would be prejudicial to any other prospective offerors.

(End of provision)

**SITE VISITS**

You may arrange to visit both sites by contacting the appropriate Contracting Officer's Representative (COR). You must contact the COR's no later than April 11, 2003.

Oakland ARTCC, Fremont, CA

Ms. Diane Sanchez
Telephone: 510-745-3365

**IMORTANT!!!** ***DO NOT ASK QUESTIONS.*** The purpose of the site visit is to view the facility and the post where the guard is to stand watch. Neither the COR or any other person at the site is authorized to answer questions regarding this solicitation. All questions about this contract shall be submitted to the Contracting Officer ***"only"*** (see below). If any firm submits an offer based on information obtained from someone other than the Contracting Officer, they do so at their own risk.

**SOLICITATION QUESTIONS**

All offerors proposing this project who desire an interpretation or clarification of the solicitation, specifications, site conditions, contract terms and conditions, etc., must request them in writing. **All questions must be received by the Contracting Officer no later than 1:00 PM, (local time), on April 17, 2003.** ***Verbal questions will not be accepted!!!*** Submit questions to:

FAA Western-Pacific Region
Acquisition Management Branch, AWP-55
P.O. Box 92007
Los Angeles, CA 90009
Attn: Mr. Kenneth S. Wilcox

Submission of questions via fax or Internet is acceptable at 310.725.6842 or e-mail kenneth.wilicox@faa.gov . If you choose to transmit your questions via fax or Internet, the Government will not be responsible for any failure attributable to the transmission or receipt of your fax or Internet message.

**DIRECTIONS FOR SUBMITTING OFFERS, MODIFICATIONS, AND WITHDRAWALS**

An offeror may wish to submit an offer, modification or withdrawal by using the methods described below. ***DO NOT* submit offers or modifications via fax or Internet.** Withdrawals may be submitted via fax or Internet.

Mailed offers including Certified and Registered mail:

Federal Aviation Administration
Procurement Branch, AWP-55
P.O. Box 92007
Los Angeles, CA 90009-2007

Package & Courier Delivery Address: (Physical address for courier only)

Federal Aviation Administration
Procurement Branch, AWP-55
15000 Aviation Blvd.
5th Floor, Federal Building, Room 5018
Lawndale, CA 90250

Alternate Mailing Address: (Direct to building)

Federal Aviation Administration
Procurement Branch, AWP-55
15000 Aviation Blvd.
5th Floor, Federal Building, Room 5018
Hawthorne, CA 90261

# All Offers must be received by the Contracting Officer no latter than 1:00 PM, (local time), 0n April 22, 2003

**CONTRACTOR QUALIFICATIONS**

Per the Federal Aviation Administration's *Facility Security Management Program, Order 1600.69A,* all parties submitting an offer for armed security guard contracts shall qualify according to the requirements listed below. Any offeror who does not meet the qualifications listed below will be eliminated from consideration.

- The vendor's primary business shall be providing contract armed security guard services.
- The vendor must have at least five (5) years of continuous armed security guard experience.
- The vendor shall provide written evidence of providing satisfactory service to large facilities with plant and employee populations similar to FAA Security Level 4 and 3 facilities.

Level 4 Facility: These facilities have over 450 employees during any single established work period; likely has more than 150k square feet of space; and may have high volume public contact. These facilities are considered mission critical and total destruction, loss, or major damage may have a catastrophic impact on the National Air Space (NAS).

Level 3 Facility: A facility with 151 to 450 employees during any single established work period; likely has between 80k and 150k square feet of space and may have moderate to high volume of public contact. These facilities may be collocated with high-risk law enforcement and intelligence agencies, courts, judicial offices, or other highly sensitive government offices. These facilities are considered mission critical and

total destruction, loss, or major damage may have a very serious or catastrophic impact on the NAS. Note: Large or combined TRACON's will normally have more than 150 employees on duty during any single established work period. SL 3 Standalone TRACON's will normally have less than 150 employees during any single established work period.

***IF THE OFFEROR INTENDS TO USE A SUBCONTRACTOR FOR SOME OR ALL OF THE SERVICES REUIRED BY THE PROPOSED CONTRACT, THE SUBCONTRACTOR SHALL COMPLY WITH ALL OF THE SAME QUALIFICATION STANDARDS LISTED ABOVE.***

**SOLICITATION SUBMITALS**

- The Offeror shall provide verifiable evidence proving that their primary business is the provision of contract security services.

- The Offeror shall provide verifiable evidence proving that they have been in the business of providing contract security guard service for a continuous period of at least the immediate past five (5) years.

- The Offeror shall provide verifiable performance references for armed security guard contracts at facilities with plant and employee population characteristics similar to FAA Level 3 and 4 facilities. Verifiable performance references shall cover the immediate past five (5) years. Be sure to list ***current*** "Points of Contact" and ***current*** telephone and fax numbers. If the Contracting Officer cannot verify the Offeror's information, the Offeror will be eliminated from consideration. ***Offerors failing to submit verifiable performance references covering the past 5-years shall be eliminated from consideration.***

- The Offeror shall provide a copy their armed security guard business license.

***IF THE OFFEROR INTENDS TO USE A SUBCONTRACTOR FOR SOME OR ALL OF THE SERVICES REUIRED BY THE PROPOSED CONTRACT, THE ABOVE INFORMATION SHALL BE SUBMITTED FOR THE SUBCONTRACTOR AS WELL AS THE PRIME.***

**SUBMISSION OF OFFERS**

Submit your offer by returning one complete set of the solicitation, including completed Sections A, B & K. Before mailing your offer, please take note of the following reminders, because omission of these items may cause rejection of your offer.

- Have you acknowledged all amendments, if any?
- Have you completed and included all the representations and certifications (Section K)?
- Have you included all solicitation submittals (prime and subcontractor) (see Section L)?
- Have you included the Pre-Award Survey and Business Declaration (Section K)?
- Have you reviewed your offer for possible errors in calculations or work left out? If you have erased anything, please be sure to initial each change.

**All Offers must be received by the Contracting Officer no latter than 1:00 PM, (local time), 0n April 22, 2003**

[End of Section]

# SECTION M
## EVALUATION FACTORS FOR AWARD

**3.2.2.3-19 CONTRACT AWARD** (APRIL 1996)

(a) The Government will award a contract resulting from this Screening Information Request (SIR) to the responsible offeror whose submittal conforming to the SIR will, at the discretion of the source selection official, be the best value to the FAA considering the technical, cost/price, and other criteria in the SIR.

(b) The Government may (1) reject any or all submittals if such action is in the public interest, (2) accept other than the lowest cost/price submittal, and (3) waive informalities and minor irregularities in offers received.

(c) The Government intends to evaluate submittals and award a contract, either on initial submittals without communications, or on initial or subsequent submittals with communications. In evaluating the submittals, the Government may conduct written or oral communications with any and/or all offerors, and may down-select the firms participating in the competition to only those offerors most likely to receive award. A submittal in response to an SIR should contain the offeror's best terms from a cost or price and technical standpoint.

(d) The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the SIR, offers may be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the offer.

(e) A written award or acceptance of offer mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer, as provided in paragraph (d) above), whether or not there are communications after its receipt, unless a written notice of withdrawal is received before award. Communications conducted after receipt of an offer do not constitute a rejection or counteroffer by the Government.

(f) The Government may determine that an offer is unacceptable if the prices proposed are materially unbalanced between line items or subline items. An offer is materially unbalanced when it is based on prices significantly less than cost for some work and prices which are significantly overstated in relation to cost for other work, and if there is a reasonable doubt that the offer will result in the lowest overall cost to the Government, even though it may be the low evaluated offer, or it is so unbalanced as to be tantamount to allowing an advance payment.

(g) The Government may disclose the following information in post-award debriefings to other offerors: (1) the source selection official's decision; (2) the offeror's evaluated standings relative to the successful offeror(s); and (3) a summary of the evaluation findings relating to the offeror.

(End of Provision)

**M-2 REVIEW FOR RESPONSIVENESS, RESPONSIBILITY AND QUALIFICATIONS**

Offers will be reviewed for responsiveness, responsibility and qualifications. Offerors deemed non-responsive, non-responsible and un-qualified will be eliminated from consideration for award.

**M-3 CRITERIA - EVALUATION FOR CONTRACT AWARD**

- Responsive, responsible and qualified offers will be evaluated based on "best value" to the FAA considering total cost.
- Except when it is determined not to be in the Government's best interests, the Government will evaluate price offers by adding the total price for all options to the total price for the base contract. Evaluation of options will not obligate the Government to exercise the option(s).

[End of Section]