# SECURITY GUARD SERVICES PROPOSAL
# FOR

## Federal Aviation Administration
## Solicitation NO. DTFA08-03-R-0000
## ZOA-ARTCC
## OAKLAND, CA

**Presented By:**

**International Services, Inc.**
**April 30, 2003**

# Table of Contents


| | |
|---|---|
| 1 | TRANSMITTAL LETTER |
| 2 | SF 33 – SOLICITATION |
| 3 | AMENDMENT'S 1-2 |
| 4 | SECTION B-SUPPLIES/ SERVICES – PRICE & COSTS |
| 5 | SECTION K – CERTIFICATIONS AND REPRESENTATIONS |
| 6 | ATTACH. 2 PRE-AWARD SURVEY & BUSINESS DECLARATIONS |
| 7 | EXECUTIVE SUMMARY/ MANAGEMENT PLAN |
| 8 | KEY PERSONNEL |
| 9 | REFERENCES |
| 10 | EXHIBITS PERMITS & LICENSES FINANCIAL QUA. |

DTFA08-02-R-00000 ZOA
ATTACHMENT No. 1

REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

William W.Gross
Director

Division of Wage
Determinations

Wage Determination No.: 1994-2051
Revision No.: 21
Date of Last Revision: 06/07/2002

State: California

Area: California Counties of Alameda, Contra Costa

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| **Administrative Support and Clerical Occupations** | |
| Accounting Clerk I | 11 .74 |
| Accounting Clerk II | 13 .04 |
| Accounting Clerk III | 15 .55 |
| Accounting Clerk IV | 17 .86 |
| Court Reporter | 19 .34 |
| Dispatcher, Motor Vehicle | 18 .28 |
| Document Preparation Clerk | 13 .96 |
| Duplicating Machine Operator | 12 .69 |
| Film/Tape Librarian | 12 .23 |
| General Clerk I | 11 .14 |
| General Clerk II | 12 .52 |
| General Clerk III | 15 .97 |
| General Clerk IV | 19 .02 |
| Housing Referral Assistant | 21 .12 |
| Key Entry Operator I | 11 .91 |
| Key Entry Operator II | 13 .81 |
| Messenger (Courier) | 11 .71 |
| Order Clerk I | 14 .47 |
| Order Clerk II | 16 .09 |
| Personnel Assistant (Employment) I | 14 .44 |
| Personnel Assistant (Employment) II | 16 .96 |
| Personnel Assistant (Employment) III | 18 .82 |
| Personnel Assistant (Employment) IV | 20 .78 |
| Production Control Clerk | 18 .27 |
| Rental Clerk | 16 .79 |
| Scheduler, Maintenance | 15 .26 |

| | |
|---|---|
| Secretary I | 15 .26 |
| Secretary II | 17 .58 |
| Secretary III | 21 .12 |
| Secretary IV | 23 .43 |
| Secretary V | 26 .97 |
| Service Order Dispatcher | 15 .21 |
| Stenographer I | 14 .33 |
| Stenographer II | 16 .06 |
| Supply Technician | 23 .43 |
| Survey Worker (Interviewer) | 15 .26 |
| Switchboard Operator-Receptionist | 12 .09 |
| Test Examiner | 17 .58 |
| Test Proctor | 17 .58 |
| Travel Clerk I | 11 .43 |
| Travel Clerk II | 12 .44 |
| Travel Clerk III | 13 .43 |
| Word Processor I | 13 .50 |
| Word Processor II | 14 .92 |
| Word Processor III | 17 .74 |

**Automatic Data Processing Occupations**

| | |
|---|---|
| Computer Data Librarian | 12 .90 |
| Computer Operator I | 13 .39 |
| Computer Operator II | 15 .10 |
| Computer Operator III | 18 .39 |
| Computer Operator IV | 19 .65 |
| Computer Operator V | 21 .78 |
| Computer Programmer I (1) | 17 .26 |
| Computer Programmer II (1) | 21 .38 |
| Computer Programmer III (1) | 27 .62 |
| Computer Programmer IV (1) | 27 .62 |
| Computer Systems Analyst I (1) | 27 .50 |
| Computer Systems Analyst II (1) | 27 .62 |
| Computer Systems Analyst III (1) | 27 .62 |
| Peripheral Equipment Operator | 13 .79 |

**Automotive Service Occupations**

| | |
|---|---|
| Automotive Body Repairer, Fiberglass | 21 .51 |
| Automotive Glass Installer | 19 .68 |
| Automotive Worker | 22 .63 |
| Electrician, Automotive | 23 .69 |
| Mobile Equipment Servicer | 20 .61 |
| Motor Equipment Metal Mechanic | 24 .74 |

| | |
|---|---|
| Motor Equipment Metal Worker | 22 .63 |
| Motor Vehicle Mechanic | 24 .75 |
| Motor Vehicle Mechanic Helper | 19 .50 |
| Motor Vehicle Upholstery Worker | 21 .62 |
| Motor Vehicle Wrecker | 22 .63 |
| Painter, Automotive | 23 .69 |
| Radiator Repair Specialist | 22 .63 |
| Tire Repairer | 17 .31 |
| Transmission Repair Specialist | 24 .75 |

**Food Preparation and Service Occupations**

| | |
|---|---|
| Baker | 15 .08 |
| Cook I | 14 .06 |
| Cook II | 15 .47 |
| Dishwasher | 10 .51 |
| Food Service Worker | 10 .79 |
| Meat Cutter | 16 .29 |
| Waiter/Waitress | 11 .39 |

**Furniture Maintenance and Repair Occupations**

| | |
|---|---|
| Electrostatic Spray Painter | 19 .21 |
| Furniture Handler | 13 .87 |
| Furniture Refinisher | 19 .21 |
| Furniture Refinisher Helper | 15 .83 |
| Furniture Repairer, Minor | 17 .53 |
| Upholsterer | 19 .21 |

**General Services and Support Occupations**

| | |
|---|---|
| Cleaner, Vehicles | 10 .51 |
| Elevator Operator | 12 .62 |
| Gardener | 17 .04 |
| House Keeping Aid I | 10 .23 |
| House Keeping Aid II | 12 .08 |
| Janitor | 12 .62 |
| Laborer, Grounds Maintenance | 14 .41 |
| Maid or Houseman | 11 .26 |
| Pest Controller | 16 .45 |
| Refuse Collector | 13 .89 |
| Tractor Operator | 14 .93 |
| Window Cleaner | 13 .68 |

**Health Occupations**

| | |
|---|---|
| Dental Assistant | 14 .65 |

| | |
|---|---|
| Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 15 .34 |
| Licensed Practical Nurse I | 16 .44 |
| Licensed Practical Nurse II | 18 .71 |
| Licensed Practical Nurse III | 20 .11 |
| Medical Assistant | 13 .98 |
| Medical Laboratory Technician | 16 .08 |
| Medical Record Clerk | 12 .71 |
| Medical Record Technician | 15 .11 |
| Nursing Assistant I | 9 .15 |
| Nursing Assistant II | 10 .28 |
| Nursing Assistant III | 11 .94 |
| Nursing Assistant IV | 13 .13 |
| Pharmacy Technician | 15 .47 |
| Phlebotomist | 12 .55 |
| Registered Nurse I | 21 .18 |
| Registered Nurse II | 31 .45 |
| Registered Nurse II, Specialist | 31 .45 |
| Registered Nurse III | 37 .37 |
| Registered Nurse III, Anesthetist | 37 .37 |
| Registered Nurse IV | 38 .22 |

**Information and Arts Occupations**

| | |
|---|---|
| Audiovisual Librarian | 19 .23 |
| Exhibits Specialist I | 19 .13 |
| Exhibits Specialist II | 22 .96 |
| Exhibits Specialist III | 28 .23 |
| Illustrator I | 19 .13 |
| Illustrator II | 22 .96 |
| Illustrator III | 28 .23 |
| Librarian | 27 .44 |
| Library Technician | 13 .65 |
| Photographer I | 17 .78 |
| Photographer II | 19 .13 |
| Photographer III | 22 .96 |
| Photographer IV | 28 .23 |
| Photographer V | 29 .36 |

**Laundry, Dry Cleaning, Pressing and Related Occupations**

| | |
|---|---|
| Assembler | 8 .34 |
| Counter Attendant | 8 .34 |
| Dry Cleaner | 11 .34 |
| Finisher, Flatwork, Machine | 8 .34 |
| Presser, Hand | 8 .34 |

| | |
|---|---|
| Presser, Machine, Drycleaning | 8 .34 |
| Presser, Machine, Shirts | 8 .34 |
| Presser, Machine, Wearing Apparel, Laundry | 8 .34 |
| Sewing Machine Operator | 12 .34 |
| Tailor | 13 .34 |
| Washer, Machine | 9 .34 |
| **Machine Tool Operation and Repair Occupations** | |
| Machine-Tool Operator (Toolroom) | 20 .52 |
| Tool and Die Maker | 26 .29 |
| **Material Handling and Packing Occupations** | |
| Forklift Operator | 17 .25 |
| Fuel Distribution System Operator | 18 .60 |
| Material Coordinator | 18 .51 |
| Material Expediter | 18 .51 |
| Material Handling Laborer | 15 .75 |
| Order Filler | 11 .71 |
| Production Line Worker (Food Processing) | 16 .36 |
| Shipping Packer | 15 .92 |
| Shipping/Receiving Clerk | 15 .92 |
| Stock Clerk (Shelf Stocker; Store Worker II) | 15 .05 |
| Store Worker I | 11 .42 |
| Tools and Parts Attendant | 15 .72 |
| Warehouse Specialist | 16 .92 |
| **Mechanics and Maintenance and Repair Occupations** | |
| Aircraft Mechanic | 20 .06 |
| Aircraft Mechanic Helper | 16 .92 |
| Aircraft Quality Control Inspector | 23 .94 |
| Aircraft Servicer | 19 .26 |
| Aircraft Worker | 20 .20 |
| Appliance Mechanic | 24 .30 |
| Bicycle Repairer | 16 .15 |
| Cable Splicer | 20 .30 |
| Carpenter, Maintenance | 21 .81 |
| Carpet Layer | 20 .20 |
| Electrician, Maintenance | 29 .18 |
| Electronics Technician, Maintenance I | 18 .11 |
| Electronics Technician, Maintenance II | 27 .92 |
| Electronics Technician, Maintenance III | 31 .21 |
| Fabric Worker | 17 .53 |
| Fire Alarm System Mechanic | 22 .07 |

| | |
|---|---|
| Fire Extinguisher Repairer | 18 .09 |
| Fuel Distribution System Mechanic | 21 .90 |
| General Maintenance Worker | 18 .36 |
| Heating, Refrigeration and Air Conditioning Mechanic | 22 .23 |
| Heavy Equipment Mechanic | 23 .33 |
| Heavy Equipment Operator | 26 .53 |
| Instrument Mechanic | 22 .77 |
| Laborer | 13 .29 |
| Locksmith | 21 .33 |
| Machinery Maintenance Mechanic | 22 .96 |
| Machinist, Maintenance | 20 .06 |
| Maintenance Trades Helper | 15 .83 |
| Millwright | 22 .07 |
| Office Appliance Repairer | 22 .09 |
| Painter, Aircraft | 19 .32 |
| Painter, Maintenance | 19 .21 |
| Pipefitter, Maintenance | 26 .12 |
| Plumber, Maintenance | 25 .04 |
| Pneudraulic Systems Mechanic | 22 .07 |
| Rigger | 25 .82 |
| Scale Mechanic | 19 .16 |
| Sheet-Metal Worker, Maintenance | 21 .86 |
| Small Engine Mechanic | 18 .36 |
| Telecommunication Mechanic I | 21 .85 |
| Telecommunication Mechanic II | 22 .77 |
| Telephone Lineman | 22 .07 |
| Welder, Combination, Maintenance | 20 .06 |
| Well Driller | 25 .37 |
| Woodcraft Worker | 22 .77 |
| Woodworker | 16 .72 |

**Miscellaneous Occupations**

| | |
|---|---|
| Animal Caretaker | 12 .08 |
| Carnival Equipment Operator | 13 .57 |
| Carnival Equipment Repairer | 15 .77 |
| Carnival Worker | 10 .51 |
| Cashier | 8 .25 |
| Desk Clerk | 8 .60 |
| Embalmer | 19 .42 |
| Lifeguard | 10 .33 |
| Mortician | 21 .36 |
| Park Attendant (Aide) | 10 .34 |
| Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 9 .01 |

| | |
|---|---|
| Recreation Specialist | 10 .56 |
| Recycling Worker | 17 .18 |
| Sales Clerk | 9 .01 |
| School Crossing Guard (Crosswalk Attendant) | 10 .51 |
| Sport Official | 10 .33 |
| Survey Party Chief (Chief of Party) | 28 .09 |
| Surveying Aide | 17 .10 |
| Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 24 .90 |
| Swimming Pool Operator | 17 .06 |
| Vending Machine Attendant | 15 .77 |
| Vending Machine Repairer | 18 .30 |
| Vending Machine Repairer Helper | 15 .77 |
| **Personal Needs Occupations** | |
| Child Care Attendant | 9 .70 |
| Child Care Center Clerk | 11 .90 |
| Chore Aid | 10 .08 |
| Homemaker | 11 .23 |
| **Plant and System Operation Occupations** | |
| Boiler Tender | 25 .36 |
| Sewage Plant Operator | 25 .40 |
| Stationary Engineer | 27 .67 |
| Ventilation Equipment Tender | 16 .92 |
| Water Treatment Plant Operator | 26 .55 |
| **Protective Service Occupations** | |
| Alarm Monitor | 19 .44 |
| Corrections Officer | 24 .27 |
| Court Security Officer | 24 .27 |
| Detention Officer | 24 .27 |
| Firefighter | 24 .81 |
| Guard I | 10 .21 |
| Guard II | 20 .42 |
| Police Officer | 31 .75 |
| **Stevedoring/Longshoremen Occupations** | |
| Blocker and Bracer | 20 .46 |
| Hatch Tender | 19 .16 |
| Line Handler | 19 .16 |
| Stevedore I | 17 .49 |
| Stevedore II | 19 .14 |

**Technical Occupations**

| | |
|---|---|
| Air Traffic Control Specialist, Center (2) | 30 .92 |
| Air Traffic Control Specialist, Station (2) | 21 .33 |
| Air Traffic Control Specialist, Terminal (2) | 23 .48 |
| Archeological Technician I | 19 .57 |
| Archeological Technician II | 21 .90 |
| Archeological Technician III | 27 .12 |
| Cartographic Technician | 26 .40 |
| Civil Engineering Technician | 22 .96 |
| Computer Based Training (CBT) Specialist/ Instructor | 25 .52 |
| Drafter I | 19 .25 |
| Drafter II | 21 .61 |
| Drafter III | 23 .86 |
| Drafter IV | 28 .64 |
| Engineering Technician I | 12 .71 |
| Engineering Technician II | 16 .19 |
| Engineering Technician III | 19 .44 |
| Engineering Technician IV | 24 .02 |
| Engineering Technician V | 27 .06 |
| Engineering Technician VI | 32 .01 |
| Environmental Technician | 26 .40 |
| Flight Simulator/Instructor (Pilot) | 27 .62 |
| Graphic Artist | 22 .02 |
| Instructor | 22 .01 |
| Laboratory Technician | 18 .42 |
| Mathematical Technician | 25 .26 |
| Paralegal/Legal Assistant I | 15 .77 |
| Paralegal/Legal Assistant II | 19 .39 |
| Paralegal/Legal Assistant III | 23 .65 |
| Paralegal/Legal Assistant IV | 28 .69 |
| Photooptics Technician | 22 .96 |
| Technical Writer | 28 .04 |
| Unexploded (UXO) Safety Escort | 19 .65 |
| Unexploded (UXO) Sweep Personnel | 19 .65 |
| Unexploded Ordnance (UXO) Technician I | 19 .65 |
| Unexploded Ordnance (UXO) Technician II | 23 .78 |
| Unexploded Ordnance (UXO) Technician III | 28 .50 |
| Weather Observer, Combined Upper Air and Surface Programs (3) | 16 .80 |
| Weather Observer, Senior (3) | 20 .34 |
| Weather Observer, Upper Air (3) | 16 .80 |

**Transportation/ Mobile Equipment Operation Occupations**

| | |
|---|---|
| Bus Driver | 16 .26 |

| | |
|---|---|
| Parking and Lot Attendant | 9.59 |
| Shuttle Bus Driver | 14.07 |
| Taxi Driver | 11.31 |
| Truckdriver, Heavy Truck | 18.33 |
| Truckdriver, Light Truck | 13.60 |
| Truckdriver, Medium Truck | 17.29 |
| Truckdriver, Tractor-Trailer | 18.33 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.15 an hour or $86.00 a week or $372.67 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, 4 weeks after 15 years, and 5 weeks after 25 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

Case 1:05-cv-02824-CFL Document 37-16 Filed 07/30/2007 Page 13 of 38

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

STANDARD FORM 98 ELECTRONIC VERSION U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION

Rev. Feb. 1973

# NOTICE OF INTENTION TO MAKE A SERVICE CONTRACT AND RESPONSE TO NOTICE

1. NOTICE NO. 6132

RIGHT CLICK ON FIELDS FOR HELP OR
CLICK HERE FOR INSTRUCTIONS

Procurement type: Request for Proposal

If Sole Source type of procurement, enter Name of Company agreement is with.

2. Estimated solicitation date (MM/DD/YYYY): 3/21/2003

3. Estimated date bids or proposals to be opened or negotiations begun (MM/DD/YYYY): 4/15/2003

4. Date contract performance to begin (MM/DD/YYYY): 5/1/2003

5. Places of performance
Contra Costa, CA Alameda, CA

6. Services to be performed. Select service if listed. If not, select Other.
Other

Description of service to be performed. Required if Other or Food and Lodging selected.
Armed Security Guard

7. Information about performance

A. (•) Services now performed by a contractor B. ( ) Services now performed by Federal employees C. ( ) Services not presently being performed

8. If box A in item 7 is marked, complete item 8 as applicable.

a. Name and address of incumbent contractor
Security USA 3560 Grand Ave Oakland CA 94610

b. Year and Sequence Number of any wage determination(s) in incumbent's contract ie. 1999 2017
1994-2051

c. Name(s) of union(s) if services are being performed under collective bargaining agreement(s). Important: Attach copies of current applicable collective bargaining agreements

9. OFFICIAL SUBMITTING NOTICE

NAME LAST/FIRST: kenneth wilcox

E-MAIL (JOE.SMITH@YOURGOV.COM): kenneth.wilcox@faa.gov

DATE: 03/19/2003

PHONE/EXT. 202-555-1212 0164: 310-725-7549

FAX 202-555-1212: 310-722-6842

10. TYPE NAME AND TITLE OF PERSON TO WHOM RESPONSE IS TO BE SENT AND NAME AND ADDRESS OF DEPARTMENT OR AGENCY, BUREAU, DIVISION, ETC.

Federal Aviation Administration

TYPE NAME AND ADDRESS OF PERSON TO WHOM RESPONSE IS TO BE SENT.

kenneth wilcox
PO Box 92007
Los Angeles CA 90009

| SELECTED OCCUPATION NON-STANDARD LONG DESCRIPTION (IF NON-STANDARD OCCUPATION) | NUMBER OF EMPLOYEES IN EACH CLASS | HOURLY WAGE RATE THAT WOULD BE PAID IF FEDERALLY EMPLOYED |
|---|---|---|
| Guard II | 15 | |

RESPONSE TO NOTICE

Your request number:

**6132**
has been forwarded to a Wage Analyst.
You should expect a response within
3 to 5 business days.

**For help with the SF98 Form**
**please contact the Wage Hour hotline at**
**202-219-7096** *or* **202-219-6997**
*they are available Monday through Friday, 8:15 AM until 4:45 PM EST.*

# CHAPTER 4. CONTRACTING FOR ARMED SECURITY GUARD SERVICES

400. **PURPOSE.** This chapter establishes mandatory Facility Security Management Program (FSMP) requirements for the procuring of contract guard services for FAA facilities and assets.

401. **CONTRACT GUARD REQUIREMENTS.** This chapter and appendices 12 and 13 establish the requirements for all providers of contract armed security guard services to an FAA facility. For facilities that have contract armed security guard service, the facility manager shall coordinate with the SSE to ensure that the armed security guards are being used in the most effective manner to accomplish facility goals under the FSMP. The SSE must ensure, during its facility security assessment and inspection coverage of a facility, that all FAA requirements for contract armed security guard service have been met.

402. **DETERMINING NEED.** For facilities not normally required to have armed security guards, in accordance with chapter 3, managers shall coordinate with the SSE to evaluate the need for contract guard services. Facilities that acquire contract guard services must comply with the requirements of this chapter and appendices 12 and 13.

403 **CONTRACTING RESPONSIBILITIES.** The selection of an armed security guard contractor shall be a joint effort involving facility management, the servicing security element (SSE), and the division or office having contract responsibilities.

a. Managers requesting contract armed security guard services shall obtain concurrence from the SSE for any Request for Bid (RFB) or Statement of Work (SOW) before submission to the contracting office. In all cases the National Contract Security Guard SOW will be used to solicit contract guard services.

b. SSE's are responsible for reviewing the RFB or SOW to ensure compliance with appendices 12 and 13.

c. The contracting officer shall ensure the:

(1) Contract is coordinated with the requesting office, COTR, and the SSE to ensure the wording and provisions of contracts for FAA contract guard services comply with the requirements of this order prior to the letting of the contract.

(2) Request for Bid reserves the right to award the contract to the company or entity best demonstrating the capability to fulfill the requirements of the contract. The FAA is not obligated to accept the lowest bid.

d. The Contracting Officers Technical Representative (COTR) for the armed security guard contract must be assigned to the facility. The Facility Security Coordinator is the single focal point for security matters and therefore would be the logical choice for filling COTR responsibilities.

## SECTION 1. SELECTION

**404. SELECTION OF A CONTRACT GUARD PROVIDER.** When advertising for an armed security guard contract the following minimum criteria shall be included.

a. The vendor's primary business shall be providing contract armed security guard services.

b. The vendor must have at least 5 years of continuous experience.

c. The vendor shall provide written evidence of providing satisfactory service to large facilities with plant and employee populations similar to FAA Security Level 4 and 3 facilities.

d. The vendor must meet the minimum security standards of Appendix 13, FAA Contract Guards.

e. The vendor must supervise their personnel to ensure compliance with the contract. The COTR and SSE must accept the supervisor.

f. The vendor must ensure all guards meet state and local licensing requirements.

g. The vendor must develop, maintain and issue a comprehensive guard manual to each guard. The manual shall be coordinated with the COTR and the SSE before issuance.

h. The vendor must ensure that supervisors have facility protection experience commensurate with the scope of this contract and shall:

(1) Periodically inspect guards to ensure their efficiency, appearance, proper conduct and compliance with the contract guard manual, orders, and other applicable regulations and instructions.

(2) Enter the results of each inspection in the security officer daily duty log and sign the entry.

(3) Ensure that post of duty has copies of pertinent regulations, orders, instructions and guard manual.

(4) Ensure the guard is thoroughly familiar with the orders and regulations.

(5) Ensure the guard understands their responsibilities and duties.

**405. - 499. RESERVED.**

# APPENDIX 13. FAA CONTRACT GUARDS

## SECTION 1. INTRODUCTION

1. **PURPOSE.** To establish minimum security standards for the selection and utilization of armed FAA contract guards for FAA facilities.

2. **GENERAL.** FAA contract guard personnel employed by the FAA are governed by the policies and procedures established in this appendix.

a. Use of force. FAA contract guards shall use only such force as is necessary to overcome any opposing force or threat by rendering the person(s) incapable of continuing the activity that prompted the use of such force or weapon.

b. Deadly force. Deadly force is authorized only when FAA contract guards have cause to believe that a person poses an imminent threat of death or serious bodily injury to the guard or others.

c. Drawing a weapon. A firearm shall only be drawn when it is intended to be used in the protection of life.

d. Fleeing person. Firing at a fleeing person is not justified.

e. Firing from a moving vehicle. Firing from a moving vehicle or at a fleeing motor vehicle is prohibited.

f. Warning shots. Firing warning shots is prohibited.

g. FAA private armed security guard personnel shall not carry or have in their possession firearms or other weapons except those specifically authorized in the FAA contract.

h. Firearms owned by contract armed security guard personnel or the armed security guard contractor shall not be stored on FAA property for any reason. All firearms utilized by contract armed security guard personnel shall be kept on the armed security guard's person at all times while on FAA property.

3. **FAA CONTRACTING OFFICE AND CONTRACT MONITORING REQUIREMENTS.** FAA logistics, contracting offices, and contracting officer technical representatives for FAA contract guard services for FAA facilities shall:

a. Include in the contract the FAA contract guard provisions of this appendix.

b. Coordinate with the requesting office, COTR, and the SSE to ensure that the wording and provisions of contracts for FAA contract guard services comply with the requirements of this appendix prior to the contract being let.

c. Provide a copy of the contract for FAA contract guards to the SSE.

d. Maintain documentation to be submitted by contractor. The following documentation shall be submitted to the Contracting Officer (CO) no less than 15 days prior to entrance on duty of a contract guard. No FAA contract guard personnel shall begin duty at an FAA facility without prior submission and a favorable review of all documentation listed below by the COTR. Copies of all documentation (reference appendix 3, figures A3-2 and A3-3) listed below shall be maintained at the facility receiving the FAA contract guard services. The COTR shall make these records available for review by the SSE upon request.

(1) FAA contract guard certifications. Annual submission of firearms qualification and medical certifications, to include results of drug screens, are required (reference section 3, paragraph 1, and section 2 paragraphs 7 and 8).

(2) FAA contract guard manual covering topics as required in section 4, paragraph 3. (2 copies)

(3) A written summary of results of contractor pre-employment investigation as required in section 2, paragraph 10.

(4) Written certification of report of citizenship, age, and education as required in section 2, paragraphs 2, 9, and 5 respectively.

(5) Completed forms for FAA background investigation as required in section 2, paragraph 11.


FOR OFFICIAL USE ONLY
(Public availability to be determined under 5 USC 552)

# FIGURE A13-1. CERTIFICATION OF PHYSICAL QUALIFICATIONS

(SAMPLE)

FEDERAL AVIATION ADMINISTRATION CONTRACT GUARDS

EMPLOYEE NAME:____________________ DATE OF BIRTH:__________

ADDRESS:________________________________________________

CONTRACTOR:____________________________________________

CONTRACT NO.:____________________

/ / YES / / NO The individual named has submitted to drug test/screen and has successfully passed.

/ / YES / / NO The individual listed above is physically fit to perform guard duties and is in good general health without any physical defects or abnormalities.

/ / YES / / NO The individual listed above is free of any communicable diseases.

/ / YES / / NO The individual named above possesses binocular vision correctable to 20/30 (Snellen) and is not color blind.

/ / YES / / NO The individual named possesses the capability to hear normal conversation at 20 feet and whispered conversation at 10 feet without the benefit of a hearing aid.

/ / YES / / NO The individual named above has been inoculated for immunizations to include Hepatitis A and B.

CERTIFIED BY:____________________________________________
Contractor

______________________________ ____________________
Physician Signature Date

______________________________
Address

______________________________
Phone No.

## SECTION 2. FAA CONTRACT GUARD REQUIREMENTS

1. GENERAL. FAA contract guards shall be armed and consist of designated persons specifically hired, organized, trained, and equipped to perform functions in support of the FAA Facility Security Management Program for the protection of personnel, assets, and facilities. The authority of FAA contract guards varies in accordance with the location and ownership of the facility concerned and applicable local, state, and federal laws. The following basic qualifications shall apply to all individuals employed or being considered for employment as an FAA contract guards at an FAA facility.

2. CITIZENSHIP. FAA contract guards utilized by the FAA shall, without exception, be U.S. citizens.

3. PERSONAL TRAITS. The statement of work, request for bid, and any contract between the FAA and a provider of FAA contract guard services shall make it clear that each contract guard assigned to duties at an FAA facility will be expected to:

a. Exercise good judgment.

b. Interact with people in a positive manner.

c. Maintain a high level of performance.

d. Input security related data in security computer systems.

4. TRAINING. The contractor shall certify in writing to the FAA Contracting Officer (CO) that all FAA contract guards assigned duties at FAA facilities have successfully met all state and local contract guard training requirements prior to assignment at an FAA facility. In addition, FAA contract guards shall have successfully completed facility and other training specified by the FAA contracting office. If there is no state or local mandated training, all FAA contract guard personnel shall be initially trained, at a minimum, in the following categories:

a. Care of Firearms. FAA contract guards will comply with all firearms certification and proficiency training requirements in accordance with this appendix.

b. Use of Firearms. Firearms will be used only in extreme emergencies requiring the protection of life and then only in accordance with the established requirements.

c. Jurisdiction and Authority. Training sessions shall include descriptions of the FAA contract guards responsibilities and authority with respect to apprehension, search, seizure, and use of deadly force.

d. First Aid. FAA contract guard personnel will be qualified in first aid and cardio pulmonary resuscitation.

e. Emergency Responsibilities. FAA contract guards shall demonstrate proficiency in the use of emergency equipment such as fire extinguishers and water hoses.

# APPENDIX

## TO SECTION C

## STATEMENT OF WORK

## TABLE OF CONTENTS

| | |
|---|---|
| Additional Requirements | 1 page |
| Figure 3-1 – FAA Guard Staffing Standard | 2 Pages |
| Figure A 3-2 – Initial Checklist for Guard Contract Security Requirements-Sample Format | 1 Page |
| Acronym List | 1 Page |

# APPENDIX

# STATEMENT OF WORK

# ADDITIONAL REQUIREMENTS

The information listed below is additional requirements and shall be fully considered and complied with as is it had been included in the Statement of Work.

1. The Supervisor is not required to hold a "Guard mount". (Reference Section C.3.2.1)

2. All guards and Supervisors shall be issued their own individual weapon. Unused weapons are not to be stored on site.

3. Batons shall not be used during the performance of this contract.

4. Chemical sprays shall not be used during the performance of this contract.

5. Weapons shall not be cleaned on any FAA facility.

6. Each quarter the contractor shall submit to the CO a current list of employees working on the contract. The list shall indicate the make, serial number and caliber of the weapons issued to each guard and Supervisor.

7. The guard(s) on duty shall have a key to the spare ammunition security container with them at all times. The key will be passed from shift to shift by guards and not stored at the guard station/shack unattended at any time.

(End of Additional Requirements)

DI )8-02-R-00000 ZOA
ATTACHMENT # 3

# Minimum Contract Guard Staff Levels Required for Accreditation

Figure 3-1 FAA Guard Staffing Standard

| Facilities | Guard Functions | Positions Staffing | Remarks |
|---|---|---|---|
| Regional Office | <u>Visitor Control</u>: Validate visit, screening, metal detector, visually inspect visitor articles, sign-in visitor, issue badge<br><br><u>Exterior Controls</u>: Vehicular ID system, enforce parking plan including visitors, perimeter patrols, GENOT enforcement<br><br><u>Interior Controls</u>: Display of ID media, secure critical areas, security patrols, GENOT enforcement<br><br>Alarm/CCTV Assessment<br><br>Incident Response Capability<br><br><u>Equipment/Service Deliveries</u>: Validate equipment/service deliveries, potential visual inspection, vendor departure<br><br>Enforce property removal procedures<br><br><u>Non-adm. Hour Access Control</u>: Sing-in logs, supervise service contractors<br><br>Prepare written activities log/report | 1.9 guard years<br>16644 guard hours<br><br>**Supervisor:**<br>1 x 8 hours x 5 days a week<br>(0800-1600 Mon-Fri)<br><br>**Guards:**<br>1 x 24 hours x 7 days a week<br>1 x 16 hours x 7 days a week<br>(0600-2200) | Large number of visitors<br><br>Possible sharing of office spaces with other entities and/or gov't agencies<br><br>Multiple ID media for facility |
| ARTCC and CERAP's | <u>Visitor Control</u>: Validate visit, screening, metal detector, x-ray/visually inspect visitor articles, sign-in visitor, issue badge.<br><br><u>Exterior Controls</u>: Vehicular ID system, enforce parking plan including visitors, perimeter patrols, GENOT enforcement.<br><br><u>Interior Controls</u>: Display of ID media, secure critical areas, security patrols, GENOT enforcement.<br><br>Alarm/CCTV Assessment<br><br>Incident Response Capability<br><br>Mail and small parcel screening (x-ray) and control/delivery<br><br><u>Equipment/Service Deliveries</u>: Validate equipment/service deliveries, potential visual inspection, vendor departure<br>Enforce property removal procedures<br>Prepare written activities log/report | 1.9 guard years<br>16644 guard hours<br><br>**Supervisor:**<br>1 x 8 hours x 5 days a week<br>(0800-1600 Mon-Fri)<br><br>**Guards:**<br>1 x 24 hours x 7 days a week<br>1 x 16 hours x 7 days a week<br>(0600-2200) | Large number of visitors<br><br>Large number of equipment and service contract deliveries<br><br>Responsible for monitor and response for CCC |

# Minimum Contract Guard Staff Levels Required for Accreditation

Figure 3-1 FAA Guard Staffing Standard (Con't)

| Facilities | Guard Functions | Positions Staffing | Remarks |
|---|---|---|---|
| Combined/Large TRACON | Visitor Control: Validate visit, screening, metal detector, x-ray/visually inspect visitor articles, sign-in visitor, issue badge.<br><br>Exterior Controls: Vehicular ID system, enforce parking plan including visitors, perimeter patrols, GENOT enforcement.<br><br>Interior Controls: Display of ID media, secure critical areas, security patrols, GENOT enforcement.<br><br>Alarm/CCTV Assessment<br><br>Incident Response Capability<br><br>Mail and small parcel screening (x-ray) and control/delivery<br><br>Equipment/Service Deliveries: Validate equipment/service deliveries, potential visual inspection, vendor departure<br><br>Enforce property removal procedures<br><br>Prepare written activities/log report | 1.5 guard years<br>13246 guard hours<br><br>**Supervisor:**<br>1 x 8 hours x 7 days a week<br>(0700-1500)<br><br>**Guards:**<br>1 x 24 hours x 7 days a week<br>1 x 6 hours x 5 days a week<br>(0800-1400 Mon-Fri) | Large number of visitors<br><br>Large number of equipment and service contract deliveries |
| ATCT's | Visitor Control: Validate visit, screening, visually inspect visitor articles, sign-in visitor, issue badge<br><br>Exterior Controls: Enforce unauthorized parking and GENOT when applicable<br><br>Interior Controls: Display of ID media, secure critical areas, security patrols, GENOT enforcement<br><br>Alarm/CCTV Assessment<br>Incident Response Capability<br><br>Enforce property removal procedures<br><br>Prepare written activities log/report | 1.0 guard years<br>8760 guard hours<br><br>**Supervisor:**<br>1 x 8 hours x 7 days a week<br>(0700-1500)<br><br>**Guards:**<br>1 x 16 hours x 7 days a week<br>(1500-0700) | None |

DTFA08-02-R-00000 ZOA
ATTACHMENT # 3



# INITIAL CHECKLIST FOR GUARD CONTRACT SECURITY REQUIREMENTS-SAMPLE FORMAT

________ 1.) **Contractor's Guard Manual for FAA Facilities** (Must be reviewed and coordinated by SSE).

2.) **Contractor's Suitability Investigation**
(Copies of or a written summary of <u>each</u> of the following must be submitted)
________ Police Check
________ 5 Year Employer Check

________ 3.) **Certification of Physical Qualification** (FAA supplied form)

________ 4.) **SF-85P, Questionnaire for Public Trust Positions**

________ 5.) **FD-258, Fingerprint Cards – Must submit 2**

6.) **Certificate of Citizenship** (One of the following must be submitted)
________ Birth Certificate
________ U.S. Passport
________ Certificate of Naturalization
________ Report of Birth Abroad of Citizens of the U.S.

7.) **Certification of Education** (One of the following must be submitted)
________ High School Diploma
________ GED Equivalent

________ 8.) **Proof of minimum Age** (Driver's License, Birth Certificate, Diploma)

________ 9.) **Formal Training as Required by State.** Written certification of completion of required training must be contained in each guard's personnel file on site. (Minimum requirements include training in the following subjects: jurisdiction and authority, first aid, emergency responsibilities, knowledge of orders, security and contingency situations, safety, facility access control procedures, communications, and report writing.

________ 10.) **Firearms Qualification** (Submissions must include score; date of qualification; pass or fail; name, address, and telephone number of qualifying authority)

________ 11.) **Adherence to Appendix 13**

DTFA08-02-R-00000 ZOA
ATTACHMENT # 3

# Acronym List

The following is a list of official acronyms used in association with this statement of Work (SOW):

| | |
|---|---|
| ARTCC | Air Route Traffic Control Tower |
| ATCT | Air Traffic Control Tower |
| CO | Contracting Officer |
| COMSEC | Classified Communications Security |
| COR | Contracting Officer Representative (used interchangeably with COTR) |
| COTR | Contracting Officer Technical Representative (used interchangeably with COTR) |
| DISCO | Defense Investigative Service Clearance Office |
| DOT | Department of Transportation |
| FAA | Federal Aviation Administration |
| FPS | Federal Protective Service |
| FSC | Facility Security Plan |
| GED | General Equivalency Diploma |
| GSA | Federal Services Administration |
| MCC | Maintenance Control Center |
| MDD | Metal Detection Device |
| NAC | National Agency Check |
| NAS | National Air Space |
| NCT | Northern California TRACON |
| OEP | Occupant Emergency Plan |
| OPM | Office of personnel Management |
| SCT | Southern California TRACON |
| SOW | Statement of Work |
| SSE | Servicing Security Element |
| TRACON | Terminal Radar Approach Control Facility |

# AMENDMENTS TO 18 U.S.C. §§921(a), 922(g) and 925(a)(1)

On September 30, 1996, Congress passed the so-called Lautenberg Amendment, which added new subsection (9) to 18 U.S.C. §922(g) making it a crime (imprisonment of p to ten (10) years and/or a fine of up to $250,000) for anyone who has been convicted of a misdemeanor crime of domestic violence to possess a firearm or ammunition. In so doing, Congress specifically stated that law enforcement agents are not exempted from this new provision.

In this regard, 18 U.S.C. §922(g) now reads:

> It shall be unlawful for any person -
>
> (9) who has been convicted in any court of a misdemeanor crime of domestic violence, to... possess... any firearm or ammunition

Title 18 U.S.C. §925(a)(1) now reads:

> The provisions of this chapter, except for [section] 922(g)(9)..., shall not apply with respect to the possession of any firearm or ammunition issued for the use of, the United States or any department or agency thereof ..

Title 18 U. S. C. § 921 (a) now reads:

(33)(A) Except as provided in subparagraph (C), the term "misdemeanor crime of domestic violence" means an offense that --

(i) is a misdemeanor under Federal or State Law; and

(ii) has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim.

(B)(i) A person shall not be considered to have been convicted of such an offense for purposes of this chapter unless --

(I) the person was represented by counsel in the case, or knowingly and intelligently waived the right to counsel in the case; and,

(II) in the case of a prosecution for an offense described in this paragraph for which a person was entitled to a jury trial in the jurisdiction in which the case was tried, either

(aa) the case was tried by a jury, or

(bb) the person knowingly and intelligently waived the right to have the case tried by a jury, buy guilty plea or otherwise,

(ii) A person shall not be considered to have been convicted of such an offense for purposes of this chapter if the conviction has been expunged or set aside, or is an offense for which the person has been pardoned or has had civil rights restored (if the law of the applicable jurisdiction provides for the loss of civil rights under such an offense) unless the pardon, expungement, or restoration of civil rights expressly provides that the person may not ship, transport, possess, or receive firearms.

COMPLETE AND RETURN

# QUALIFICATION INQUIRY

In completing this form, you are advised:

The purpose is to obtain information which will assist in the determination of whether personnel reassignment and/or administrative action are warranted.

You have a duty to complete this form. Agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or if you fail to reply fully and truthfully.

Neither your answers nor any information or evidence gained by reason of your answers can be used against you in any criminal prosecution for a violation of Title 18, United States Code, Section 922(g)(9). However, the answers you furnish and any information or evidence resulting therefrom may be used against you in a prosecution for knowingly and willfully providing false statements or information, and in the course of agency disciplinary proceedings.

1. Have you ever been convicted of a misdemeanor crime of domestic violence within the meaning of the statute?

Initial and date: YES ____________ NO________ _____

2. if you answered YES to the first question, provide the following information with respect to the conviction.

Court/Jurisdiction: ______________________________

Docket/Case Number: ______________________________

Statute/Charge: ______________________________

Date Sentenced: ______________________________

I hereby certify that, to the best of my information and belief, all of the information provided by me is true, correct, and made in good faith. I understand that false or fraudulent information provided herein may be grounds for adverse action, up to and including removal, and is also criminally punishable pursuant to federal law, including 18 U. S. C. § 1001.

Name:
(print or type) ______________________________

Duty Station: ______________________________

______________________________ ____________________
Signature Date

# SECTION K

## REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF BIDDERS

**3.2.2.3-10 TYPE OF BUSINESS ORGANIZATION (APRIL 1996)**

The offeror, by checking the applicable box, represents that

(a) It operates as ☒ a corporation incorporated under the laws of the State of California, ☐ an individual, ☐ a partnership, ☐ a nonprofit organization, or ☐ a joint venture.

(b) If the offeror or quoter is a foreign entity, it operates as ☐ individual, ☐ a partnership, ☐ a nonprofit organization, ☐ a joint venture, or ☐ a corporation, registered for business in ______________________.
(country)

(End of provision)

**3.2.2.3-15 AUTHORIZED NEGOTIATORS (APRIL 1996)**

The offeror represents that the following person(s) are authorized to negotiate on its behalf with the Government in connection with this submittal:

NAME: BP
TITLE: VP
TELEPHONE NO. 310-791-5015

(End of Provision)

OAKland

**3.2.2.3-70 TAXPAYER IDENTIFICATION (August 1998)**
(a) Definitions.

(1) "Common parent," as used herein, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

(2) "Corporate status," as used herein, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

(3) "Taxpayer Identification Number (TIN)," as used herein, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). The FAA will use this information for the purpose of collecting and reporting on any delinquent amounts arising out of the respondent's relation with the Federal Government. This is pursuant to Public Law 104 -134, the Debt Collection Improvement Act of 1996, Section 31001(I)(3). If the resulting contract is subject to the reporting requirements, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

[X] TIN: 95-431 6092
[ ] TIN has been applied for.
[ ] TIN is not required because:
[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not leave income effectively connected with the conduct of a trade or business in the U.S. and does not have all office or place of business or a fiscal paying agent in the U.S.;
[ ] Offeror is an agency or instrumentality of a foreign government;
[ ] Offeror is an agency or instrumentality of a Federal, state, or local government;
[ ] Other State basis. ________________.

(d) Corporate Status.

[ ] Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;
[X] Other corporate entity
[ ] Not a corporate entity
[ ] Sole proprietorship
[ ] Partnership
[ ] Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

[ ] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.
[X] Name and TIN of common patent:
Name Danavia Industries
TIN ________

(End of Provision)

get #

**3.2.2.7-7 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (APRIL 1996)**

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are ☐, are not ☒ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ☒, have not ☐ within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers: or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ☐, are not ☒ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ☐, has not ☒ within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) 'Principals,' for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this SIR. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this SIR for default.

(End of Provision)

**3.6.2-5 CERTIFICATION OF NONSEGREGATED FACILITIES (APRIL 1996) (Applicable if award exceeds $10,000.00)**

(a) 'Segregated facilities,' as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will--

(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES.**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).
NOTE: The penalty for making false statements in offers is prescribed in 18 .U.S.C. 1001.

(End of provision)

**3.6.2-6 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APRIL 1996)**

The offeror represents that--

(a) It ☒ has, ☐ has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It ☒ has, ☐ has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

**3.2.2.3-75 Requests for Contract Information (April 2002)**

Any contract resulting from this SIR will be considered a public document, subject to release under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552. Unless covered by an exemption described in the Act, all information contained in the contract, including unit price, hourly rates and their extensions, may be released to the public upon request. Offerors are therefore urged to mark any sensitive documents submitted as a result of this Screening Information Request SIR that may be deemed as trade secrets, proprietary information, or privileged or confidential financial information.

[End of Clause]

**PRE-AWARD SURVEY AND BUSINESS DECLARATION**

1. **NAMES OF OFFICERS, OWNERS OR PARNERS:**

President: Ousama Karawia

Vice President: Bunce Pierce

Secretary: Ousama Karawia

Treasurer: Ousama Karawia

Owners or Partners: __________

2. **PERSONS AUTHORIZED TO SIGN BIDS, OFFERS AND CONTRACTS IN YOUR NAME:**

Name: Bunce Pierce

Official Capacity: Vice President

Telephone No: 310-791-5015
(If more than one, list others below)

3. **BANKING REFERENCE:**

Name of Bank: Wells Fargo Bank

Person to Contact: Calvin Franklin
(Person to contact must be authorized by your firm to release information to our office.)

Address: 245 S. Los Robles Avenue, Pasadena, CA

Phone No.: 626-685-9902

FAX No.: 626-844-9087

Checking Account No.: 495-0040238

Savings Account No.: __________

Loan: $1,500.000.00

Line of Credit: $ $12,500,000.00

**4. CREDIT REFERENCES:**

4.1 Credit Reference 1

Firm Name: Software Consulting

Phone No.: 310-781-9291

Address: 360 Maple Avenue, Torrance, CA

Person to Contact: Selwyn Rosenstein

Acct #: None

Open Acct ☒ Closed Acct ☐

Line of Credit: $ 50,000

4.2 Credit Reference 2

Firm Name: Enterprise Fleet

Phone No.: 310-851-3654

Address: File 56696, Los Angeles, CA

Person to Contact: Johanna Cifventes

Acct #: C30454 & C30454A

Open Acct ☒ Closed Acct ☐

Line of Credit: $ 100,000

4.3 Credit Reference 3

Firm Name: Wright Express FLT

Phone No.: 800-492-0669

Address: P.O. Box 6293, Carol Stream, Illinois

Person to Contact: Customer Service

Acct #: 690046043001830173

Open Acct ☒ Closed Acct ☐

Line of Credit: $ 60,000

**5. SIGNATURE:**

The person who submits this information for your company must be authorized to do so. That person must be knowledgeable about the past and present operations of you company, its policies and is required to sign below.

I authorize the Federal Aviation Administration to obtain all information, including bank information for my company.

I certify that the information provided above is true and correct to the best of my knowledge:

Signature ____________________ Date ____________

Bunce Pierce
Name (type or print)

Vice President
Title

**6. VERIFIED BY: (FAA use)**

Name ____________________ Date ____________