# EXHIBIT 39

U.S. Department
of Transportation
**Federal Aviation
Administration**

P.O. Box 92007
Los Angeles, CA 90009

September 24, 2003

International Services, Inc.
Attn: Mr. Bunce Pierce
3771 West 242nd Street, Suite 205
Torrance, CA 90505

Reference: Solicitation Number DTFA08-03-R-00000-NCT; Northern Calif. TRACON; Armed Security Guard Services; Finding of Non-responsibility

Dear Mr. Pierce:

On September 8, 2003, a letter was sent to you stating that the Federal Aviation Administration (FAA) had received unfavorable information about your performance and legal problems in the State of New

Based on my review of ISI's conduct when it engaged in business in New York as IPS, as well as your response, I cannot make an affirmative determination that ISI's business ethics are those that the FAA is entitled to expect from a responsible contractor. Therefore, I am finding ISI to be a non-responsible contractor.

If you have any comments or questions, please contact me by any of the following methods: phone 310.725.7556, fax 310.725.6842 or james.travers@faa.gov.

Sincerely,

JAMES L. TRAVERS
Contracting Officer
Acquisition Management Branch, AWP-55

# EXHIBIT 40

U.S. Department of Transportation
Federal Aviation Administration

P.O. Box 92007
Los Angeles, CA 90009

June 20, 2003

International Services, Inc.
Attn: Mr. Bunce Pierce
3771 West 242nd Street, Suite 205
Torrance, CA 90505

Reference: Solicitation Number DTFA08-03-R-00000-NCT; Northern Calif. TRACON; Armed Security Guard Services; Performance References – ISI's Response

Dear Mr. Pierce:

Thank you for meeting with Ms. B.J. Fisher and myself to discuss the above referenced solicitation and possible resulting contract. One of the open issues concerns the performance references received from the National Park Services and the General Services Administration. Please respond in writing regarding the alleged investigation(s) of your company by the U.S. Department of Labor, and the loss of your New York state license. Please submit your response no later than June 30, 2003.

If you have any comments or questions, please contact me by any of the following methods: phone 310.725.7556, fax 310.725.6842 or james.travers@faa.gov.

Sincerely,

JAMES L. TRAVERS
Contracting Officer
Acquisition Management Branch, AWP-55

(c:\300000 NCT\Letters\006)

# EXHIBIT 41

**INTERNATIONAL SERVICES, INC.**
**SECURITY AND INVESTIGATION**
3771 242nd Street, Suite 205
Torrance, CA 90505
(310) 791-5015

State License No. PP0 11025
and Bonded
24 hrs. Service

June 23, 2003

**Via Facsimile: 310-725-6842**
James L. Travers, Contracting Officer
Acquisition Management Branch, AWP-55
Federal Aviation Administration
U.S. Department of Transportation
Post Office 92007
Los Angles, California 90009-2007

**Re: Solicitation Number: DTFA08-03-R-00000-NCT;**
**Northern California TRACON; Armed Security Guard Services;**
**Performance References – ISI's Response**

Dear Mr. Travers:

This letter follows up your meeting with Mr. Bunce Pierce, our Vice President, and also is in response to your written inquiry of June 20, 2003. Over the many years that we have had Federal contracts, we have from time to time had employees who have made allegations of not receiving proper wages and benefits. Rather than bring these complaints to us for resolution, these employees have gone directly to the U.S. Department of Labor. Naturally, therefore, these complaints have resulted in investigations by the U.S. Department of Labor and we have responded. To date, we can unequivocally state that not one of our employees has ever been short paid or denied any wages or benefits due.

Secondly, we surrendered our New York State License because we found the regulatory atmosphere in New York to be quiet hostile to companies that were not based in New York for doing business in New York. The State of New York only wants "home-grown" companies doing business in New York when it comes to security guard companies. Consequently, we chose to surrender our license and do business elsewhere.

If you have any comments or further questions, please feel free to contact me at your earliest convenience.

Very truly yours,

Sam Karawia
President and Chief Executive Officer

SK:cj

Enclosures