# EXHIBIT 42

COPY

UNITED STATES OF AMERICA
UNITED STATES DEPARTMENT OF LABOR
NEW YORK, NEW YORK
-------------------------------------------X

In the Matter of:

INTERNATIONAL SERVICES, INC., and
OUSAMA KARAWIA, Individually and as
President; RICHARD E. DELONG, Individually
and as Vice President of Operations;
and, WILLIAM PEDRICK, Individually and as
Contract Manager, PEGGY ORLANDO, Individually
and as Chief Financial Officer,

Respondents.
-------------------------------------------X
CASE NO. 2003-SCA-18

201 Varick Street
New York, New York

February 11, 2005
3:24 P.M.

Examination Before Trial of BUNCE PIERCE, pursuant to Notice, Via Telephone, taken by and before Renee S. Harris, a Notary Public and Shorthand Reporter of the State of New York.

ELLEN GRAUER COURT REPORTING CO., LLC.
133 East 58th Street, Suite 1201
New York, New York 10022
212-750-6434
REF: 76692D

A P P E A R A N C E S:

OFFICE OF THE SOLICITOR
Attorneys for United States
Department of Labor
201 Varick Street, Room 983
New York, New York 10014
BY: HAROLD LeMAR, ESQ.
JENNIFER AMATO

GDANSKI & GDANSKI, LLP
Attorneys for Defendant
25 Sherwood Ridge Road
Pomona, New York 10970
BY: SAM GDANSKI, ESQ.
(VIA TELEPHONE)

ALSO PRESENT:

OUSAMA KARAWIA (VIA TELEPHONE)
DAN WEEKS (VIA TELEPHONE)

IT IS HERE BY STIPULATED and agreed by and between the attorneys for the respective parties here.

THAT this deposition may be signed and sworn to before any officer authorized to administer an oath with the same force and he infect as if signed and sworn to before the officer before whom the deposition was taken.

PIERCE

B U N C E P I E R C E, having first been duly sworn by a Notary Public for and within the State of New York, upon being examined, testified as follows:

EXAMINATION BY

MR. GDANSKI:

Q. Mr. Pierce, this is Sam Gdanski. I'm going to ask you a couple of questions.

You're currently employed by who?

A. International Services.

Q. And back when they had the GSA contract, were you also employed by ISI?

A. Yes, I was.

Q. And what was your position?

A. Senior vice president.

Q. Do you remember who Raymond Potadillo (ph) was?

A. Yes.

Q. Who was he?

A. I was an assistant operations manager in our Albany, New York office.

Q. Do you know who Ralph Purdy was?

A. Yes.

Q. Who was he?

PIERCE

A. He was some type of union official that the union we were involved with in New York.

Q. Did Ralph Purdy report to you that members of his union told him that Mr. Robert Soden called Mr. Karawia a camel jockey?

MR. LeMAR: Objection. Hearsay.

Q. You can answer the question after he's made the objection.

First of all, do you know who Robert Soden was?

A. Yes, I do.

Q. Who was he?

A. He was the contracting officer representative on the contract.

Q. Okay. So you answered -- go ahead and answer.

Were you aware that -- did Mr. Purdy tell that you members of the union told him that Mr. Soden called Mr. Karawia a camel jockey?

MR. LeMAR: Also object as to relevance.

THE WITNESS: Yes. I'm not sure of

PIERCE

the mode; was either verbally or by e-mail.

Q. Okay. Do you have with you a copy of the document that you gave me, the e-mail that Mr. Purdy sent to ISI?

A. Not in front of me. No, I don't.

Q. Do you remember seeing an e-mail that Mr. Purdy sent to you?

A. Yes, I believe it was Mr. Purdy or from Mr. Pedrick.

Q. What did you do about that?

A. I advised Mr. Karawia of the action. I thought it was outrageous and he said that we should lodge a formal complaint with GSA.

Q. Did you do that?

A. Yes, I did.

Q. I know you're not in the office, but did you prepare a letter and submit it to anybody at the Federal government about this racial slur?

A. Yes, I did.

Q. And do you remember who you might have sent it to?

A. Mr. Art Nobbs (ph) or possibly Roger

PIERCE

Pinnau, but I believe it was Art Nobbs.

Q. I have it in front of me; it's addressed to Roger Pinnau.

Now, Mr. Pinnau immediately responded to you. Do you remember him telling you that he was going to have somebody at the government look into this; that it was forwarded to Mr. Martin McRibdon (ph)?

MR. LEMAR: Objection. Leading.

THE WITNESS: Yes, he said he would act upon our complaint.

Q. Okay. Do you remember getting a letter? Because I have a letter here in front of me from Mr. Pinnau where he tells you -- since you don't have documents in front of you, let me read it. It's Respondent's Exhibit 4.

MR. GDANSKI: Harold, let me know when you have it.

MR. LeMAR: Go ahead.

Q. It says: "Mr. Pierce, dated September 12, 2002. This regards task order 001, for the provision of armed and unarmed uniformed security guard services for General

PIERCE

Services Administration (GSA) controlled and supported in New York State, excluding New York City and Westchester County. Your letter dated August 28, 2002 and received by me on September 6, 2002, regarding concerns with a U.S. government official has been forwarded to Mr. Martin McRibdon, a Federal Protective Service associate, for further action. Mr. McRibdon, who is located in New York, will be the designated point of contact regarding your specific concerns and will be in touch with you shortly. Sincerely, Roger Pinnau."

Now, do you remember that letter?

A. Yes.

Q. Did Mr. McRibdon or anybody else at Federal Protective Service ever get back to you on that complaint?

A. Negative. No.

MR. GDANSKI: Okay. That's all I have for you, Mr. Pierce. Mr. LeMar may have some questions.

EXAMINATION BY

MR. LEMAR:

PIERCE

Q. Good afternoon, Mr. Pierce.
A. Good afternoon.
Q. You're currently employed by ISI?
A. That's correct.
Q. And how many years have you worked for them?
A. Well, they bought a company I was affiliated with, if you consider that it would be close to 11 years.
Q. And what are your major duties?
A. Overseeing the general operation of the company and surety contract compliance and acquisition of new business, marketing, and I sit in for Mr. Karawia's absence.
Q. Have you ever bid on any contracts?
A. Have I?
Q. Yes.
A. Numerous.
Q. Have you bid on any Federal contracts?
A. Yes.
Q. How many?
A. Perhaps in the hundreds.
Q. And what's the most recent contract,

PIERCE

Federal contract you've been on?

A. I believe the last one we bid on was an FAA effort in Oakland or Sacramento area.

Q. And the different agencies that you've bid on contracts in the hundreds, has it been only one agency?

A. No. It's been numerous agencies. Most specifically the majority were GSA efforts, but there were other agencies; FAA comes to mind and the US Marshals Service, Department of Justice, the Drug Enforcement Administration. I could go on and on if I had my notes.

Q. And you said there was another company that ISI bought. What was the name of that company?

A. That bought my company, which was Guardian Services, and they bought a company that I was affiliated with called Secura Corp., International. Prior to that, that was back in '88. Or maybe I'm wrong, '94.

Q. And Guardian Security was your company?

A. Yes, and I was minority shareholder,

PIERCE

minority owner.

Q. And did Guardian bid on Federal contracts?

A. Yes

Q. And before you were with Guardian, were you employed?

A. Yes, I was.

Q. And where were you employed?

A. Spirit Corp. I was -- I'm not sure just exactly what it was. I believe it was Secura Corp., and I might have been temporarily employed with one other company in between, Professional Security Associates.

Q. How did you develop your ability to bid on Federal contracts?

A. I guess I just learned on the job and through some tutorage of a gentlemen by the name of William House (ph).

MR. GDANSKI: I'm not going to object, but he was called as a rebuttal witness only on the issue if plaintiff responded about the racial slur.

MR. LeMAR: Okay. Nothing further.

MR. GDANSKI: That's all I have.

PIERCE

Thank you, Mr. Pierce.

MR. LEMAR: Oh, I'm sorry. Just one other question, Mr. Pierce.

Q. Have you ever entered a guilty plea in any criminal matter?

A. Shall I answer that?

MR. GDANSKI: Yes, go ahead and answer.

THE WITNESS: Yes, I have.

Q. And could you explain?

A. I pled guilt to allowing an unlicensed guard to perform services in the State of New York.

Q. Was that on your personal behalf?

A. Yes.

Q. And was it also on behalf of any company?

A. Yes.

Q. Which company?

A. Well, the company pled separately. They were represented by separate legal counsel than I was, but as the agent for the company, I pled for the company and myself.

Q. And the name of the company?

PIERCE

A. International Protective Services as I recall. International Security Services and Investigations, perhaps. We had a couple DBAs in New York.

Q. Okay. And this is all companies that are affiliated with ISI?

A. Correct.

MR. LEMAR: Okay. Nothing further.

MR. GDANSKI: I have no further questions.

(TIME NOTED: 3:33 P.M.)

-----------------------------

BUNCE PIERCE

Subscribed and sworn
to before me this
day of , 2005.

PIERCE

----------------------

NOTARY PUBLIC

PIERCE

I N D E X


| | PAGES From | To |
|---|---|---|
| EXAMINATION BY MR. GDANSKI | 4 | 8 |
| EXAMINATION BY MR. LEMAR | 8 | 13 |

PIERCE

C E R T I F I C A T E

STATE OF NEW YORK
COUNTY OF NEW YORK

I, RENEE S. HARRIS, Shorthand Reporter and a Notary Public within and for the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such an examination is a true record of the testimony given by such a witness.

I further certify that I am not related to any of these parties to this action by blood or marriage, and that I am not in any way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of February, 2005.

Renee S Harris
RENEE S. HARRIS

Concordance Report

Unique Words: 348
Total Occurrences: 700
Noise Words: 384
Total Words In File: 1,703

Single File Concordance

Case Insensitive

Noise Word List(s): NOISE.NOI

Cover Pages = 0

Includes ALL Text Occurrences

Dates ON

Includes Pure Numbers

Possessive Forms ON


** 0 **

**001** [1]
7:24

** 1 **

**10014** [1]
2:5
**10022** [1]
1:23
**10970** [1]
2:9
**11** [2]
1:12; 9:10
**12** [1]
7:23
**1201** [1]
1:23
**133** [1]
1:23

** 2 **

**2002** [3]
7:23; 8:5, 6
**2003-sca-18** [1]
1:9
**2005** [3]
1:12; 13:22; 16:21
**201** [2]
1:11; 2:5
**212-750-6434** [1]
1:24
**25** [1]
2:8
**28** [1]
8:5

** 3 **

**3:24** [1]
1:13
**3:33** [1]
13:12

** 4 **

**4** [2]
7:18; 15:5

** 5 **

**58th** [1]
1:23

** 6 **

**6** [1]
8:6

** 7 **

**76692d** [1]
1:24

** 8 **

**8** [1]
15:9
**88** [1]
10:22

** 9 **

**94** [1]
10:22
**983** [1]
2:5

** A **

**ability** [1]
11:15
**absence** [1]
9:15
**acquisition** [1]
9:14
**act** [1]
7:12
**action** [3]
6:13; 8:10; 16:16
**addressed** [1]
7:4
**administer** [1]
3:6
**administration** [2]
8:2; 10:13
**advised** [1]
6:13
**affiliated** [3]
9:9; 10:20; 13:7
**afternoon** [2]
9:2, 3
**agencies** [3]
10:5, 8, 10
**agency** [1]
10:7
**agent** [1]
12:23
**agreed** [1]
3:2
**albany** [1]
4:22
**allowing** [1]
12:12
**amato** [1]
2:6
**america** [1]
1:1
**answer** [4]
5:9, 18; 12:7, 9
**answered** [1]
5:17
**anybody** [2]
6:20; 8:17
**area** [1]
10:4
**armed** [1]
7:24
**art** [2]
6:25; 7:2
**assistant** [1]
4:21
**associate** [1]
8:9
**associates** [1]
11:14
**attorneys** [3]
2:4, 8; 3:2
**august** [1]
8:5
**authorized** [1]
3:5
**aware** [1]
5:19

** B **

**behalf** [2]
12:15, 17
**believe** [4]
6:10; 7:2; 10:3; 11:11
**bid** [6]
9:16, 20; 10:3, 6; 11:3, 16
**blood** [1]
16:16
**bought** [4]
9:8; 10:16, 18, 19
**bunce** [2]
1:16; 13:18
**business** [1]
9:14

** C **

**camel** [2]
5:7, 21
**case** [1]
1:9
**certify** [2]
16:9, 14
**chief** [1]
1:7
**city** [1]
8:4
**co** [1]
1:22
**companies** [1]
13:6
**company** [14]
9:8, 13; 10:16, 17, 18, 19, 24; 11:13; 12:18, 20, 21, 24, 25
**complaint** [3]
6:15; 7:12; 8:19
**compliance** [1]
9:13
**concerns** [2]
8:6, 12
**consider** [1]
9:9
**contact** [1]
8:11
**contract** [6]
1:7; 4:13; 5:16; 9:13, 25; 10:2
**contracting** [1]
5:15
**contracts** [5]
9:16, 21; 10:6; 11:4, 16
**controlled** [1]
8:2
**copy** [1]
6:4
**corp** [3]
10:21; 11:10, 12
**counsel** [1]
12:23
**county** [2]
8:4; 16:5
**couple** [2]
4:9; 13:4
**court** [1]
1:22
**criminal** [1]
12:6
**currently** [2]
4:10; 9:4

** D **

**dan** [1]
2:13
**dated** [2]
7:22; 8:5
**day** [2]
13:22; 16:20
**dbas** [1]
13:5
**defendant** [1]
2:8
**delong** [1]
1:5
**department** [3]
1:1; 2:4; 10:12
**deposition** [2]
3:4, 8
**designated** [1]
8:11
**develop** [1]
11:15
**document** [1]
6:5
**documents** [1]
7:16
**drug** [1]
10:12
**duly** [2]
4:3; 16:11
**duties** [1]
9:11

** E **

**e-mail** [3]
6:3, 5, 8
**east** [1]
1:23
**effort** [1]
10:4
**efforts** [1]
10:10
**ellen** [1].
1:22
**employed** [6]
4:10, 13; 9:4; 11:7, 9, 13
**enforcement** [1]
10:12
**entered** [1]
12:5
**esq** [2]
2:6, 9
**exactly** [1]
11:11
**examination** [7]
1:16; 4:6; 8:24; 15:5, 9; 16:10, 12
**examined** [1]
4:4
**excluding** [1]
8:3
**exhibit** [1]
7:18
**explain** [1]
12:11

** F **

**faa** [2]
10:4, 10
**february** [1]
1:12

**federal** [7]
6:20; 8:8, 18; 9:20; 10:2; 11:3, 16
**financial** [1]
1:7
**first** [2]
4:2; 5:11
**follows** [1]
4:5
**force** [1]
3:6
**formal** [1]
6:15
**forth** [1]
16:11
**forwarded** [2]
7:8; 8:8
**front** [4]
6:7; 7:3, 15, 17

* * G * *

**gave** [1]
6:5
**gdanski** [12]
2:7, 9; 4:7, 8; 7:19; 8:21; 11:20, 25; 12:8; 13:10; 15:5
**gentlemen** [1]
11:18
**given** [1]
16:13
**government** [3]
6:20; 7:7; 8:7
**grauer** [1]
1:22
**gsa** [4]
4:12; 6:15; 8:2; 10:9
**guard** [2]
7:25; 12:13
**guardian** [4]
10:19, 23; 11:3, 6
**guess** [1]
11:17
**guilt** [1]
12:12
**guilty** [1]
12:5

* * H * *

**hand** [1]
16:20
**harold** [2]
2:6; 7:19
**harris** [3]
1:18; 16:7, 24
**he's** [1]
5:10
**hearsay** [1]
5:8
**hereby** [1]
16:9
**hereinbefore** [1]
16:11
**hereunto** [1]
16:20
**house** [1]
11:19
**hundreds** [2]
9:24; 10:6

* * I * *

**immediately** [1]
7:5
**inc** [1]
1:4
**individually** [4]
1:5, 6, 7
**infect** [1]
3:7
**interested** [1]
16:17
**international** [5]
1:4; 4:11; 10:21; 13:2, 3
**investigations** [1]
13:4
**involved** [1]
5:3
**isi** [5]
4:13; 6:6; 9:4; 10:16; 13:7
**issue** [1]
11:22

* * J * *

**jennifer** [1]
2:6
**job** [1]
11:17
**jockey** [2]
5:7, 22
**justice** [1]
10:12

* * K * *

**karawia** [5]
1:5; 2:12; 5:7, 21; 6:13
**karawia's** [1]
9:15

* * L * *

**labor** [2]
1:1; 2:4
**last** [1]
10:3
**leading** [1]
7:10
**learned** [1]
11:17
**legal** [1]
12:22
**lemar** [11]
2:6; 5:8, 23; 7:10, 21; 8:22, 25; 11:24; 12:3; 13:9; 15:9
**letter** [5]
6:19; 7:14; 8:5, 15
**llc** [1]
1:22
**llp** [1]
2:7
**located** [1]
8:10
**lodge** [1]
6:15

* * M * *

**major** [1]
9:11
**majority** [1]
10:9
**manager** [2]
1:7; 4:22
**marketing** [1]
9:14
**marriage** [1]
16:16
**marshals** [1]
10:11
**martin** [2]
7:9; 8:8
**matter** [3]
1:3; 12:6; 16:18
**mcribdon** [4]
7:9; 8:8, 10, 17
**members** [2]
5:6, 20
**mind** [1]
10:11
**minority** [2]
10:25; 11:2
**mode** [1]
6:2
**mr** [42]
4:7, 8; 5:6, 7, 8, 19, 21, 23; 6:6, 9, 10, 11, 13, 25; 7:5, 9, 10, 15, 19, 21, 22; 8:8, 10, 17, 21, 22, 25; 9:2, 15; 11:20, 24, 25; 12:2, 3, 4, 8; 13:9, 10; 15:5, 9
**myself** [1]
12:24

* * N * *

**name** [3]
10:16; 11:19; 12:25
**negative** [1]
8:20
**nobbs** [2]
6:25; 7:2
**notary** [4]
1:18; 4:3; 14:4; 16:8
**noted** [1]
13:12
**notes** [1]
10:14
**notice** [1]
1:17
**numerous** [2]
9:19; 10:8

* * O * *

**oakland** [1]
10:4
**oath** [1]
3:6
**object** [2]
5:23; 11:21
**objection** [3]
5:8, 10; 7:10
**office** [3]
2:3; 4:22; 6:18
**officer** [4]
1:7; 3:5, 8; 5:15
**official** [2]
5:2; 8:7
**oh** [1]
12:3
**okay** [7]
5:17; 6:4; 7:13; 8:21; 11:24; 13:6, 9
**operation** [1]
9:12
**operations** [2]
1:6; 4:21
**order** [1]
7:23
**orlando** [1]
1:7
**ousama** [2]
1:5; 2:12
**outcome** [1]
16:17
**outrageous** [1]
6:14
**overseeing** [1]
9:12
**owner** [1]
11:2

* * P * *

**p.m.** [2]
1:13; 13:12
**pages** [1]
15:3
**parties** [2]
3:3; 16:15
**pedrick** [2]
1:6; 6:11
**peggy** [1]
1:7
**perform** [1]
12:13
**personal** [1]
12:15
**ph** [4]
4:18; 6:25; 7:9; 11:19
**pierce** [8]
1:17; 4:8; 7:22; 8:22; 9:2; 12:2, 4; 13:18
**pinnau** [5]
7:2, 4, 5, 15; 8:14
**plaintiff** [1]
11:22
**plea** [1]
12:5
**pled** [3]
12:12, 21, 24
**point** [1]
8:11
**pomona** [1]
2:9
**position** [1]
4:15
**potadillo** [1]
4:18
**prepare** [1]
6:19
**present** [1]
2:11
**president** [3]
1:5, 6; 4:16
**prior** [1]
10:21
**professional** [1]
11:14
**protective** [3]
8:9, 18; 13:2
**provision** [1]
7:24
**public** [4]
1:19; 4:3; 14:4; 16:8
**purdy** [6]
4:23; 5:5, 19; 6:6, 9, 10
**pursuant** [1]
1:17

* * Q * *

**question** [2]
5:9; 12:4
**questions** [3]
4:9; 8:23; 13:11

* * R * *

**racial** [2]
6:21; 11:23
**ralph** [2]
4:23; 5:5
**raymond** [1]
4:17
**read** [1]
7:17
**rebuttal** [1]

11:21
**recall** [1]
13:3
**received** [1]
8:5
**recent** [1]
9:25
**record** [1]
16:12
**ref** [1]
1:24
**regarding** [2]
8:6, 12
**regards** [1]
7:23
**related** [1]
16:15
**relevance** [1]
5:24
**remember** [6]
4:17; 6:8, 23; 7:6, 13; 8:15
**renee** [3]
1:18; 16:7, 24
**report** [1]
5:5
**reporter** [2]
1:19; 16:8
**reporting** [1]
1:22
**representative** [1]
5:16
**represented** [1]
12:22
**respective** [1]
3:3
**responded** [2]
7:5; 11:23
**respondent's** [1]
7:18
**respondents** [1]
1:8
**richard** [1]
1:5
**ridge** [1]
2:8
**road** [1]
2:8
**robert** [2]
5:6, 11
**roger** [3]
6:25; 7:4; 8:13
**room** [1]
2:5

* * S * *

**sacramento** [1]
10:4
**sam** [2]
2:9; 4:8
**secura** [2]
10:20; 11:12
**security** [4]
7:25; 10:23; 11:14; 13:3
**senior** [1]
4:16
**separate** [1]
12:22
**separately** [1]
12:21
**september** [2]
7:23; 8:6
**service** [3]
8:9, 18; 10:11
**services** [8]
1:4; 4:11; 7:25; 8:2; 10:19; 12:13; 13:2, 3
**shareholder** [1]
10:25
**sherwood** [1]
2:8
**shorthand** [2]
1:19; 16:7
**signed** [2]
3:4, 7
**sincerely** [1]
8:13
**sit** [1]
9:15
**slur** [2]
6:21; 11:23
**soden** [3]
5:7, 12, 21
**solicitor** [1]
2:3
**somebody** [1]
7:7
**sorry** [1]
12:3
**specific** [1]
8:12
**specifically** [1]
10:9
**spirit** [1]
11:10
**state** [6]
1:19; 4:4; 8:3; 12:14; 16:4, 9
**states** [3]
1:1; 2:4
**stipulated** [1]
3:1
**street** [3]
1:11, 23; 2:5
**submit** [1]
6:19
**subscribed** [1]
13:20
**suite** [1]
1:23
**supported** [1]
8:3
**surety** [1]
9:13
**sworn** [5]
3:5, 7; 4:3; 13:20; 16:11

* * T * *

**task** [1]
7:23
**telephone** [4]
1:17; 2:10, 12, 13
**telling** [1]
7:6
**tells** [1]
7:15
**temporarily** [1]
11:13
**testified** [1]
4:5
**testimony** [1]
16:13
**thank** [1]
12:2
**touch** [1]
8:13
**trial** [1]
1:16
**true** [1]
16:12
**tutorage** [1]
11:18
**type** [1]
5:2

* * U * *

**u.s.** [1]
8:7
**unarmed** [1]
7:24
**uniformed** [1]
7:25
**union** [4]
5:2, 3, 6, 20
**united** [3]
1:1; 2:4
**unlicensed** [1]
12:13

* * V * *

**varick** [2]
1:11; 2:5
**verbally** [1]
6:2
**via** [4]
1:17; 2:10, 12, 13
**vice** [2]
1:6; 4:16

* * W * *

**weeks** [1]
2:13
**westchester** [1]
8:4
**what's** [1]
9:25
**whereof** [1]
16:19
**william** [2]
1:6; 11:19
**witness** [7]
5:25; 7:11; 11:22; 12:10; 16:10, 13, 19
**worked** [1]
9:6
**wrong** [1]
10:22

* * Y * *

**years** [2]
9:6, 10
**york** [21]
1:2, 11, 20, 23; 2:5, 9; 4:4, 22; 5:4; 8:3, 4, 11; 12:14; 13:5; 16:4, 5, 9
**you've** [2]
10:2, 6

*** ERRATA SHEET ***

ELLEN GRAUER COURT REPORTING
133 East 58th Street, Suite 1201
NEW YORK, NEW YORK 10022
212-750-6434

NAME OF CASE:
DATE OF DEPOSITION:
NAME OF WITNESS:

| PAGE | LINE | FROM | TO | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

______________________________

Subscribed and sworn before me
this_____day of __________, 2005.

______________________ (Notary Public)

______________________ My Commission Expires: