# EXHIBIT 43

COPY

UNITED STATES OF AMERICA

UNITED STATES DEPARTMENT OF LABOR

NEW YORK, NEW YORK

---

In the Matter of:

Case No.: 2003-SCA-18

INTERNATIONAL SERVICES, INC., and Ousama Karawia, Individually and as President: Richard E. DeLong, Individually and as Vice President of Operations; and William Pedrick, Individually and as Contract Manager, Peggy Orlando, Individually and as Chief Financial Officer,

Respondents.

---

Deposition of: RAYMOND J. POSTAWA, held at the Leo O'Brien Federal Building, Albany, New York, commencing at 11:30 a.m., on Monday, December 27, 2004, before Stephen N. Fiato, a Certified Shorthand Reporter and Notary Public for the State of New York.

ELLEN GRAUER COURT REPORTING, CO.
133 East 58th Street, Suite 1201
New York, New York
212-750-6434
Ref: 76229

A P P E A R A N C E S:

UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
201 Varick Street Room 983
New York, New York 10014
BY: HAROLD LeMAR, ESQ.
Via telephone.
Attorneys for Petitioner.

SAM Z. GDANSKI, ESQ.
3 Rockwood Lane
Suffern, New York 10901
Attorneys for Respondents.

ALSO PRESENT:

DANIEL WEEKS, Investigator
United States Department of Labor
Wage and Hour Division
Via telephone.

DOROTHY DINOLFO, Technician
United States Department of Labor

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the stipulations previously agreed to in the above-entitled matter will be adhered to for the foregoing testimony.

RAYMOND J. POSTAWA,
after first being duly sworn by the Notary Public,
was examined and testified as follows:
EXAMINATION BY
MR. GDANSKI:
Q Mr. Postawa, can we have your full name and your current occupation?
A Raymond J. Postawa. I work the security desk at the Dormitory Authority, State of New York.
Q Sometime heretofore, were you employed by a company known as ISI?
A Yes, I was, from 1998 to approximately 2002.
Q Before 1998 -- I'll tell you what he said as we speak.
(Recess off the record.)
MR. GDANSKI: We'll start from the beginning.
EXAMINATION BY
MR. GDANSKI:
Q Mr. Postawa, can you state your name and address for the record?
A Raymond J. Postawa, 324 Michigan Avenue, Schenectady, New York.
Q Your current employer?
A Is the New York State Dormitory Authority.

Q Did you previously work form a firm known as ISI?
A Yes, I did.
Q When did you work for ISI?
A Approximately from June of 1998 to November of 2002.
Q Let's go through your background a bit. Before working for ISI, what is your background?
A I am retired New York State Trooper.
Q When did you first work for the New York State Troopers?
A 1973 to 1997.
Q Can you briefly take us through your period and what your duties were with the New York State Troopers?
A I was a uniform trooper on the road from 1973 to 1982, then I made an investigator. I was investigator detective from 1982 to 1997.
Q In your capacity as a detective investigator, were you involved in any high profile investigations?
A We did a lot of homicides, sexual abuses, things of that nature.
Q Did you ever work in conjunction with the Organized Crime Task Force?
A Yes. When I first made investigator, I was assigned to the State Investigation Commission for

the Mob and Construction; then after that, I worked out of White Plains, the Organized Crime Task Force for a while, the same thing, the Mob and Construction.

Q Did you exercise any managerial or supervisory duties while you were with the State Troopers?

A Yes. I was what they called the active unit coordinator, so I would be in charge of our five-man squad when the senior investigator took off or was out sick or something.

Q And from the time you worked for the Troopers, did you go to work for ISI immediately thereafter or was there an interim period?

A It was a little -- I retired in 1997. I took about a year and a half off. I went to work for them in 1998.

Q Your positions with ISI, what were they?

A I started out as a nighttime supervisor for the O'Brien Building, and the federal courthouse. I took care of all of the supervisory functions from midnight, actually from 9 to 3 in the morning, that shift.

Q And during that shift who was your supervisor?

A Well, actually Bill Pedrick; I would say he was my supervisor.

Q What was Pedrick's job title?
A He was the contract manager at the time.
Q I want you to look at a document which is the responds Respondent's A-1. Can you get to that, Harold?
MR. LeMAR: Yes, I have it.
THE WITNESS: Take it out?
Q Yes. I want you to take a look at that and read it into the record.
MR. LeMAR: I think we have it in the record already.
MR. GDANSKI: That's all right. It will make it easier for the following questions for him.
A A couple of my post commanders have told me what Bob Soden is discussing in his classes. He has stated that the state is coming after ISI for their license and that people who work for ISI on the state contract went to work one day and ISI was not there and Wackenhut was. He stated that this could happen on this contract, but the guards would still have their jobs. He also stated that he thought that ISI would probably not lose their license but would have to pay a large fine and that ISI should pay it so they could keep the GSA contract. He stated that a contractor has to be licensed in the

state to work on a federal contract. He then stated that he thought ISI was falling behind with money and that he thought that ISI would have problems coming up with needed money. He told the guards that they should all go out and get state registered because if a new company comes in, they may not take anyone who is not. He told them that they should do it now on their own because the company would have to reimburse them for it.

To me this is not the big issue. I feel that there's some underlying motivation for Soden's informational clinics. When he called me Friday to let me know that the conference had been cancelled, he stated that the reason was that Art Dobbs was ill. When I asked him what was the matter with Art, Bob stated I don't know, old age. He then told me that Art was longer COR. I think that was done because Art seemed to be cooperative with us in spite of the problems with the state.

Q Now, Mr. Postawa, first of all, this is an e-mail that you sent to who?

A To Bunce Pierce, Sam Karawia.

Q And Sam Karawia was the owner of the company?

A Yes, he was. Bunce was, I believe was the vice president.

Q Did you feel that that GSA and Federal Protective Services was interfering with ISI's management of its work force?

A I don't know if you could actually say interfering with management, but they created an atmosphere of animosity towards the company. I don't know why but they did. They didn't make it a secrete that they didn't like ISI for some reason.

MR. LeMAR: Did the court reporter get my objection? I am objecting to the question, but he has given the answer.

Q Now, could you clarify further on that description or animosity, how did it manifest itself?

A Well, they would make disparaging remarks about the company and they made no secrete about it. You got to realize the atmosphere that the guards work under. An FPO, federal police officer, could remove a guard for no reason. It's tantamount to going into a barber shop and saying I don't like this barber, I want to wait for that barber. If they didn't like a guard for some reason, they didn't have to give an express reason. They could go to the chief and say remove that guard. They called the company up and say that guard has to be removed. The guards always wanted to garner favor

with the FPOs and the FPOs are bad mouthing the company. So, the guards, to garner favor, would have a little animosity towards the company, too.

Q When you say they on behalf of the Federal Protective Services, what individuals are we talking about?

A Well, it was mostly Joe Kanopka and Bob Soden. The everyday guards weren't really that bad. But, for some reason Joe Kanopka and Bob Soden didn't like ISI.

Q Joe Kanopka, he was the chief of the Federal Protective Services responsible --

A That's correct, and Bob Soden was the COR, the contract representative.

Q So, Bob Soden had the most direct relationship with ISI employees?

A Yes. Actually not the employees, per se, but the management.

Q And since the two, these are the two top individuals that we are talking about?

A Right.

Q Would those feelings work their way down to everybody so it became known to everybody?

A Of course, because like in any kind of police job, everybody tries to garner favor with somebody up at

the top; so naturally, Soden and Kanopka are not liking the company, and then other FPOs are not going to like the company either for whatever reason because they want to garner favor with the chief. I don't know Soden would be the number two guy, but he was always in the office with the chief.
Q When I say he's number two, that's because his title was the contracting officers technical representative?
A Right.
Q Typically he would have more interface or hands-on with ISI employees and management?
A Well, the management, definitely; not hands-on with the employees, per se. The FPOs had hands-on with the employees because they were on patrol.
Q Specifically in your e-mail you're specifically saying that Soden told ISI employees that ISI was falling behind with money?
A Yes. That's what I heard. None of this I heard personally, but my post commanders called me up; I believe it might have been Syracuse or Rochester, I can't remember, told me that in his classes -- Soden taught some of the classes -- he had informational classes when the new contract came

out and he was going around the state doing this.

Q These are classes for which ISI had to pay the employees to attend?

A Yes.

MR. GDANSKI: I have no further questions.

EXAMINATION BY

MR. LeMAR:

Q Good morning, Mr. Postawa.

A Good morning.

Q Mr. Postawa, you indicated that you first started off as a night supervisor with ISI?

A Yes, sir.

Q And what was your next position?

A Then I was in charge of the federal courthouse, then after that the O'Brien Building, then after that contract manager.

Q Now, when you became contract manager, for what contract was that?

A That was the, when ISI won the contract again, after all of the extensions, so I guess it was 2002 maybe.

Q Did you replace somebody when you became contract manager?

A Yes, I replaced Bill Pedrick.

Q That would have happened sometime in 2002?
A I am trying to remember. Yeah. I think the contract was awarded in April.
Q Let me ask you, when you sent this Respondent's 1, the e-mail to Mr. Karawia, what was your position at that time?
A Contract manager. That was July 15 of 2002. I took over in April.
Q I am looking at this e-mail, Respondent's 1, and I see there is a cc to a Darsha; do you see that?
A Yeah.
Q Do you know who Darsha is?
A Darsha was somebody in the main office in California. I didn't know a lot of those people because when I took over as contract manager, that was the first like hands-on relationship with California. But from April to October, I was working seven days a week going around the state because they had a whole bunch of training that they wanted all the guards to do before October, or actually September I believe it was. I had to write the manuals, the lesson plans, then every weekend I had to go around and I had to keep the statistics during the week, so I was kind of busy for those first six months. I never really got

hands-on or the working relationship with California that I would have gotten had they kept the contract.

Q Let me ask you this; were you contract manager for about six months?

A Yeah, from April to I guess October.

Q During that time how much time would you spend on the road, approximately?

A Oh, I was, every weekend I was on the road. From Monday to Friday I was in the office; every weekend out in Syracuse or Rochester training. So there wasn't a lot of road time had we not had to train; it was mostly in the Albany area.

Q When you were contract manager, did you have somebody doing the payroll?

A Yes. We had somebody in -- we had somebody in Albany entering the payroll, but the payroll was actually done out in California.

Q Who was the person you had in Albany entering the payroll?

A We had one girl named Marie. For the love of me I can't remember -- we had another girl names Sonya. Finally there was a woman, I can't remember her first name. She was only there briefly after Sonya.

Q And did these three employees all know how to do what they had to do?
A Basically, yes. It was just the payroll entry as far as who worked on what post. They had change sheets that they had to do every day where if somebody called in sick or something, like if you were on post five and you called in sick, I worked post five, then they had to put my name in so I got paid for that as opposed to you.
Q Let me ask you; what was the reason that Marie left?
A Marie left, had some personal problems.
Q Did she leave with work that hadn't been done?
A Yes, she left us in the lurches.
Q Were there a number of complaints, payroll complaints that accumulated and not been processed during the time just before she left?
A Well, I can't remember that because when Marie left, I wasn't the contract manager. I was in the O'Brien Building. I don't know, but I know there was a lot of payroll stuff to be done and I am sure there was payroll complaints that were unattended to because the payroll, naturally the current payroll was going first so the guys would get paid. After the day, they would do the payroll

complaints.

Q Why did Sonya leave?

A More or less the same kind of reason, she was having personal problems and she wasn't coming to work and she was calling in sick and stuff. Just not coming. Actually when I say call in sick, I retract that; she was actually not calling in sick. We had to go look for her.

Q You said there was a third person?

A Yeah, I can't remember her name.

Q Did you hire any of these people?

A No, Bill Pedrick did that.

Q Who trained them?

A Good question. Naturally nobody. I think Bill's daughter came in and she was a wiz on the computer. She came in and trained Sonya, and I believe Sonya trained the other girl because they were working simultaneously for a while before Sonya left.

Q When you say other girl, the girl you can't remember?

A Right.

Q As far as California, did you ever speak to the ombudsman?

A Once or twice. Not a lot, no.

Q What was his name?

A Another good question. It was like -- Hannibal, that's it, Hannibal.
Q What would you call him about?
A Just basically, actually didn't really deal with him. If there were payroll complaints the guys were complaining about, we would call payroll.
Q Who would you speak to at payroll?
A Peggy or one of her assistants. Peggy Orlando or one of her assistants.
Q How often would you call payroll?
A Actually we would call them on a daily basis really, with different things.
Q What would be the type of things that you would talk about to them?
A Well, if there were payroll complaints or anything like that, certain things that had to do with payroll.
Q At some point in time you no longer worked for ISI; what was the reason that you left ISI?
A Well, when they lost the federal contract, there was no work in New York State. Sam had no other contracts for us.
Q Did ISI have an internal complaint, payroll complaint procedure?
A Yes, we had payroll complaint forms that the guards

would fill out and then bring them up to the office. They would be filed in a logbook we had kept and then they would be faxed to California.
Q Did any of those payroll complaints ever have to be submitted a second time?
A Yes.
Q Why was that?
A California said they didn't get them; they said we never sent them. Our people said they sent them. There was a lot of impedance, 3,000 miles of impedance that had to be dealt with.
Q There has been testimony and some exhibits, documentary evidence that have basically indicated that Peggy Orlando thought that somebody in Albany who did payroll was either an idiot or a space cadet; were you aware of her making this sort of claim?
A Yes. I think Peggy Orlando thought everybody was an idiot or a space cadet but Peggy Orlando.
Q Now, while you were supervisor, sorry, while you were either a supervisor or contract manager, did you receive any payroll complaints?
A Oh, yes.
Q What would you do with them?
A I would bring them to the office every day.

Q How often would you get a payroll complaint?

A It wasn't like a weekly thing, but it was maybe a couple of times a month we would get them, unless something happened, like when Maria left, naturally then we would be inundated with them.

Q Was there a chain of command at ISI?

A Yes, there was.

Q Would you describe it?

A Well, you had part-time supervisors, then you had your post commanders which a person was in charge of a building; then you had Bill Pedrick.

Q Contract manager?

A Who was contract manager, right.

Q You had the position of both supervisors for a period of time?

A Right. I was the nighttime supervisor, then I went to the post commoner of the Foley Building, then post commander of the O'Brien Building, then contract manager.

MR. LeMAR: We want to take a few minutes. We will be right back.

(Discussion off the record.)

MR. LeMAR: No further questions. All set.

(Whereupon the above-entitled matter was

concluded at 12:00 p.m. )

EXAMINATION BY

MR. GDANSKI: 4

MR. LeMAR: 12

STATE OF NEW YORK )

SS.:

COUNTY OF )

I, RAYMOND J. POSTAWA, HAVE READ the foregoing record of my testimony taken at the time and place noted hereof, and I do hereby acknowledge it to be a true and correct transcript of the same.

______________________________

Sworn to before me this ____ day of _______________________

____________________ County.

My commission expires

Notary Public, State of New York

resident in _______________________ County.

_________________________________________________.

NOTARY PUBLIC

C E R T I F I C A T I O N

I, STEPHEN N. FIATO, a Certified Shorthand Reporter and Notary Public for the State of New York, do hereby certify that the above and foregoing is a true and correct transcript of the proceedings as mentioned in the heading hereof, to the best of my knowledge and belief.

Stephen N. Fiato

STEPHEN N. FIATO, C.S.R.

**Concordance Report**

Unique Words: **518**
Total Occurrences: **1,184**
Noise Words: **384**
Total Words In File: **3,347**

Single File Concordance

Case Insensitive

Noise Word List(s): **NOISE.NOI**

Cover Pages = **0**

Includes **ALL** Text Occurrences

Dates **ON**

Includes Pure Numbers

Possessive Forms **ON**


** 1 **

**1** [2] 13:4, 9
**10014** [1] 2:3
**10901** [1] 2:7
**11:30** [1] 1:14
**12** [1] 20:5
**1201** [1] 1:23
**12:00** [1] 20:1
**133** [1] 1:23
**15** [1] 13:7
**1973** [2] 5:11, 15
**1982** [2] 5:16, 17
**1997** [3] 5:11, 17; 6:14
**1998** [4] 4:12, 13; 5:4; 6:16

** 2 **

**2002** [5] 4:12; 5:5; 12:21; 13:1, 7
**2003-sca-18** [1] 1:5
**2004** [1] 1:15
**201** [1] 2:3
**212-750-6434** [1] 1:24
**27** [1] 1:14

** 3 **

**3** [2] 2:6; 6:21
**3,000** [1] 18:10
**324** [1] 4:22

** 4 **

**4** [1] 20:4

** 5 **

**58th** [1] 1:23

** 7 **

**76229** [1] 1:25

** 9 **

**9** [1] 6:21
**983** [1] 2:3

** A **

**a-1** [1] 7:4
**a.m.** [1] 1:14
**above-entitled** [2] 3:6; 19:25
**abuses** [1] 5:20
**accumulated** [1] 15:16
**acknowledge** [1] 21:7
**active** [1] 6:7
**address** [1] 4:20
**adhered** [1] 3:6
**age** [1] 8:16
**agreed** [2] 3:3, 5
**albany** [5] 1:13; 14:13, 17, 19; 18:14
**america** [1] 1:1
**animosity** [3] 9:6, 13; 10:3
**answer** [1] 9:11
**approximately** [3] 4:12; 5:4; 14:8
**april** [4] 13:3, 8, 17; 14:6
**area** [1] 14:13
**art** [4] 8:14, 16, 17, 18
**assigned** [1] 5:25
**assistants** [2] 17:8, 9
**atmosphere** [2] 9:5, 16
**attend** [1] 12:3
**attorneys** [3] 2:5, 7; 3:4
**authority** [2] 4:9, 25
**avenue** [1] 4:22
**awarded** [1] 13:3
**aware** [1] 18:16

** B **

**background** [2] 5:6, 7
**barber** [3] 9:19, 20
**basically** [3] 15:3; 17:4; 18:13
**basis** [1] 17:11
**behalf** [1] 10:4
**behind** [2] 8:2; 11:19
**belief** [1] 22:8
**believe** [4] 8:24; 11:22; 13:21; 16:16
**bill** [4] 6:24; 12:25; 16:12; 19:11
**bill's** [1] 16:14
**bit** [1] 5:6
**bob** [6] 7:15; 8:16; 10:7, 9, 13, 15
**briefly** [2] 5:12; 14:24
**building** [7] 1:13; 6:19; 12:16; 15:20; 19:11, 17, 18
**bunce** [2] 8:22, 24
**bunch** [1] 13:19
**busy** [1] 13:24

** C **

**c.s.r.** [1] 22:13
**cadet** [2] 18:16, 19
**california** [7] 13:14, 17; 14:2, 18; 16:22; 18:3, 8
**call** [5] 16:6; 17:3, 6, 10, 11
**calling** [2] 16:5, 7
**cancelled** [1] 8:13
**capacity** [1] 5:18
**care** [1] 6:20
**case** [1] 1:5
**cc** [1] 13:10
**certified** [2] 1:15; 22:3
**certify** [1] 22:5
**chain** [1] 19:6
**change** [1] 15:4
**charge** [3] 6:8; 12:15; 19:10
**chief** [5] 1:9; 9:23; 10:11; 11:5, 7
**claim** [1] 18:17
**clarify** [1] 9:12
**classes** [5] 7:15; 11:23, 24, 25; 12:2
**clinics** [1] 8:12
**co** [1] 1:23
**coming** [4] 7:16; 8:4; 16:4, 6
**command** [1] 19:6
**commander** [1] 19:18
**commanders** [3] 7:14; 11:21; 19:10
**commencing** [1] 1:14
**commission** [2] 5:25; 21:18
**commoner** [1] 19:17
**company** [11] 4:10; 8:6, 9, 23; 9:6, 15, 24; 10:2, 3; 11:2, 3
**complaining** [1] 17:6
**complaint** [4] 17:23, 24, 25; 19:1
**complaints** [8] 15:15, 16, 22; 16:1; 17:5, 15; 18:4, 22
**computer** [1] 16:15
**concluded** [1] 20:1
**conference** [1] 8:13
**conjunction** [1] 5:22
**construction** [2] 6:1, 4
**contract** [25] 1:9; 7:2, 18, 20, 24; 8:1; 10:14; 11:25; 12:17, 18, 19, 20, 23; 13:3, 7, 15; 14:3, 4, 14; 15:19; 17:20; 18:21; 19:12, 13, 19
**contracting** [1] 11:9
**contractor** [1] 7:25
**contracts** [1] 17:22
**cooperative** [1] 8:18
**coordinator** [1] 6:8
**cor** [2] 8:17; 10:13
**county** [3] 21:4, 16, 20
**couple** [2] 7:14; 19:3
**course** [1] 10:24
**court** [2] 1:23; 9:9
**courthouse** [2] 6:19; 12:15
**created** [1] 9:5
**crime** [2] 5:23; 6:2
**current** [3] 4:7, 24; 15:23

** D **

**daily** [1] 17:11
**daniel** [1] 2:10

**darsha** [3]
13:10, 12, 13
**daughter** [1]
16:15
**day** [5]
7:18; 15:5, 25; 18:25; 21:14
**days** [1]
13:18
**deal** [1]
17:4
**dealt** [1]
18:11
**december** [1]
1:14
**definitely** [1]
11:14
**delong** [1]
1:8
**department** [4]
1:2; 2:2, 10, 13
**deposition** [1]
1:12
**describe** [1]
19:8
**description** [1]
9:12
**desk** [1]
4:8
**detective** [2]
5:17, 18
**dinolfo** [1]
2:12
**direct** [1]
10:15
**discussing** [1]
7:15
**discussion** [1]
19:22
**disparaging** [1]
9:14
**division** [1]
2:11
**dobbs** [1]
8:14
**document** [1]
7:3
**documentary** [1]
18:13
**dormitory** [2]
4:9, 25
**dorothy** [1]
2:12
**duly** [1]
4:2
**duties** [2]
5:13; 6:6

* * E * *

**e-mail** [4]
8:20; 11:17; 13:5, 9
**easier** [1]
7:13
**east** [1]
1:23
**ellen** [1]
1:23
**employed** [1]
4:10
**employees** [8]
10:16, 17; 11:13, 15, 16, 18; 12:3; 15:1
**employer** [1]
4:24
**entering** [2]
14:17, 19
**entry** [1]
15:3
**esq** [2]
2:4, 6
**everybody** [4]
10:23, 25; 18:18
**everyday** [1]
10:8
**evidence** [1]
18:13
**examination** [4]
4:4, 18; 12:7; 20:3
**examined** [1]
4:3
**exercise** [1]
6:5
**exhibits** [1]
18:12
**expires** [1]
21:18
**express** [1]
9:22
**extensions** [1]
12:21

* * F * *

**falling** [2]
8:2; 11:19
**favor** [4]
9:25; 10:2, 25; 11:4
**faxed** [1]
18:3
**federal** [9]
1:13; 6:19; 8:1; 9:1, 17; 10:4, 11; 12:15; 17:20
**feel** [2]
8:10; 9:1
**feelings** [1]
10:22
**fiato** [3]
1:15; 22:3, 13
**filed** [1]
18:2
**fill** [1]
18:1
**financial** [1]
1:9
**fine** [1]
7:23
**firm** [1]
5:1
**first** [9]
4:2; 5:9, 24; 8:20; 12:11; 13:16, 25; 14:24; 15:24
**five** [2]
15:7, 8
**five-man** [1]
6:9
**foley** [1]
19:17
**following** [1]
7:13
**follows** [1]
4:3
**force** [3]
5:23; 6:2; 9:3
**foregoing** [3]
3:7; 21:5; 22:5
**form** [1]
5:1
**forms** [1]
17:25
**fpo** [1]
9:17
**fpos** [4]
10:1; 11:2, 15
**friday** [2]
8:12; 14:10
**full** [1]
4:6
**functions** [1]
6:20

* * G * *

**garner** [4]
9:25; 10:2, 25; 11:4
**gdanski** [7]
2:6; 4:5, 16, 19; 7:12; 12:5; 20:4
**girl** [5]
14:21, 22; 16:17, 19
**give** [1]
9:22
**given** [1]
9:11
**gotten** [1]
14:2
**grauer** [1]
1:23
**gsa** [2]
7:24; 9:1
**guard** [4]
9:18, 21, 23, 24
**guards** [8]
7:20; 8:5; 9:16, 25; 10:2, 8; 13:20; 17:25
**guess** [2]
12:21; 14:6
**guy** [1]
11:6
**guys** [2]
15:24; 17:5

* * H * *

**hadn't** [1]
15:13
**half** [1]
6:15
**hands-on** [5]
11:12, 14, 15; 13:16; 14:1
**hannibal** [2]
17:1, 2
**harold** [2]
2:4; 7:5
**he's** [1]
11:8
**heading** [1]
22:7
**heard** [2]
11:20
**held** [1]
1:12
**hereby** [3]
3:3; 21:7; 22:5
**hereof** [2]
21:7; 22:7
**hereto** [1]
3:5
**heretofore** [1]
4:10
**high** [1]
5:19
**hire** [1]
16:11
**homicides** [1]
5:20
**hour** [1]
2:11

* * I * *

**idiot** [2]
18:15, 19
**ill** [1]
8:15
**immediately** [1]
6:12
**impedance** [2]
18:10, 11
**inc** [1]
1:7
**indicated** [2]
12:11; 18:13
**individually** [4]
1:7, 8, 9
**individuals** [2]
10:5, 20
**informational** [2]
8:12; 11:25
**interface** [1]
11:12
**interfering** [2]
9:2, 4
**interim** [1]
6:13
**internal** [1]
17:23
**international** [1]
1:7
**inundated** [1]
19:5
**investigation** [1]
5:25
**investigations** [1]
5:19
**investigator** [6]
2:10; 5:16, 17, 18, 24; 6:9
**involved** [1]
5:19
**isi** [26]
4:11; 5:1, 3, 7; 6:12, 17; 7:16, 17, 18, 22, 23; 8:2, 3; 9:8; 10:10, 16; 11:13, 18; 12:2, 12, 20; 17:18, 19, 23; 19:6
**isi's** [1]
9:2
**issue** [1]
8:10

* * J * *

**job** [2]
7:1; 10:24
**jobs** [1]
7:21
**joe** [3]
10:7, 9, 11
**july** [1]
13:7
**june** [1]
5:4

* * K * *

**kanopka** [4]
10:7, 9, 11; 11:1
**karawia** [4]
1:7; 8:22, 23; 13:5
**keep** [2]
7:24; 13:23
**kept** [2]
14:2; 18:3
**knowledge** [1]
22:8

* * L * *

**labor** [4]
1:2; 2:2, 10, 13
**lane** [1]

2:6
**large** [1]
7:23
**leave** [2]
15:13; 16:2
**lemar** [8]
2:4; 7:6, 10; 9:9; 12:8;
19:20, 23; 20:5
**leo** [1]
1:13
**lesson** [1]
13:22
**let's** [1]
5:6
**license** [2]
7:17, 22
**licensed** [1]
7:25
**liking** [1]
11:2
**logbook** [1]
18:2
**lose** [1]
7:22
**lost** [1]
17:20
**lot** [6]
5:20; 13:14; 14:12; 15:21;
16:24; 18:10
**love** [1]
14:21
**lurches** [1]
15:14

* * M * *

**main** [1]
13:13
**management** [5]
9:2, 5; 10:18; 11:13, 14
**manager** [14]
1:9; 7:2; 12:17, 18, 24;
13:7, 15; 14:4, 14; 15:19;
18:21; 19:12, 13, 19
**managerial** [1]
6:5
**manifest** [1]
9:13
**manuals** [1]
13:22
**maria** [1]
19:4
**marie** [4]
14:21; 15:10, 12, 18
**matter** [4]
1:5; 3:6; 8:15; 19:25
**mentioned** [1]
22:7
**michigan** [1]
4:22
**midnight** [1]
6:21
**miles** [1]
18:10
**minutes** [1]
19:21
**mob** [2]
6:1, 3
**monday** [2]
1:14; 14:10
**money** [3]
8:3, 4; 11:19
**month** [1]
19:3
**months** [2]
13:25; 14:5
**morning** [3]
6:21; 12:9, 10
**mostly** [2]
10:7; 14:13
**motivation** [1]
8:11
**mouthing** [1]
10:1
**mr** [19]
4:5, 6, 16, 19, 20; 7:6, 10,
12; 8:20; 9:9; 12:5, 8, 9, 11;
13:5; 19:20, 23; 20:4, 5

* * N * *

**name** [6]
4:6, 20; 14:24; 15:8; 16:10,
25
**named** [1]
14:21
**names** [1]
14:22
**naturally** [4]
11:1; 15:23; 16:14; 19:4
**nature** [1]
5:21
**night** [1]
12:12
**nighttime** [2]
6:18; 19:16
**nobody** [1]
16:14
**notary** [5]
1:16; 4:2; 21:19, 23; 22:4
**noted** [1]
21:7
**november** [1]
5:4
**number** [3]
11:5, 8; 15:15

* * O * *

**o'brien** [5]
1:13; 6:19; 12:16; 15:20;
19:18
**objecting** [1]
9:10
**objection** [1]
9:10
**occupation** [1]
4:7
**october** [3]
13:17, 20; 14:6
**office** [6]
2:2; 11:6; 13:13; 14:10;
18:2, 25
**officer** [2]
1:9; 9:17
**officers** [1]
11:9
**oh** [2]
14:9; 18:23
**old** [1]
8:16
**ombudsman** [1]
16:23
**operations** [1]
1:8
**opposed** [1]
15:9
**organized** [2]
5:22; 6:2
**orlando** [5]
1:9; 17:8; 18:14, 18, 19
**ousama** [1]
1:7
**owner** [1]
8:23

* * P * *

**p.m.** [1]
20:1
**paid** [2]
15:9, 24
**part-time** [1]
19:9
**parties** [1]
3:4
**patrol** [1]
11:16
**pay** [3]
7:23, 24; 12:2
**payroll** [23]
14:15, 17, 20; 15:3, 15, 21,
22, 23, 24, 25; 17:5, 6, 7,
10, 15, 17, 23, 25; 18:4, 15,
22; 19:1
**pedrick** [5]
1:8; 6:24; 12:25; 16:12;
19:11
**pedrick's** [1]
7:1
**peggy** [6]
1:9; 17:8; 18:14, 18, 19
**people** [4]
7:17; 13:14; 16:11; 18:9
**period** [3]
5:12; 6:13; 19:15
**person** [3]
14:19; 16:9; 19:10
**personal** [2]
15:12; 16:4
**personally** [1]
11:21
**petitioner** [1]
2:5
**pierce** [1]
8:22
**place** [1]
21:6
**plains** [1]
6:2
**plans** [1]
13:22
**point** [1]
17:18
**police** [2]
9:17; 10:24
**position** [3]
12:14; 13:5; 19:14
**positions** [1]
6:17
**post** [8]
7:14; 11:21; 15:4, 7, 8;
19:10, 17, 18
**postawa** [10]
1:12; 4:1, 6, 8, 20, 22; 8:20;
12:9, 11; 21:5
**present** [1]
2:9
**president** [3]
1:7, 8; 8:25
**previously** [2]
3:5; 5:1
**problems** [4]
8:4, 19; 15:12; 16:4
**procedure** [1]
17:24
**proceedings** [1]
22:6
**processed** [1]
15:16
**profile** [1]
5:19
**protective** [3]
9:1; 10:5, 12
**public** [5]
1:16; 4:2; 21:19, 23; 22:4

* * Q * *

**question** [3]
9:10; 16:14; 17:1
**questions** [3]
7:13; 12:6; 19:23

* * R * *

**raymond** [5]
1:12; 4:1, 8, 22; 21:5
**read** [2]
7:8; 21:5
**realize** [1]
9:16
**reason** [10]
8:14; 9:8, 18, 21, 22; 10:9;
11:4; 15:10; 16:3; 17:19
**receive** [1]
18:22
**recess** [1]
4:15
**record** [6]
4:15, 21; 7:9, 11; 19:22;
21:6
**ref** [1]
1:25
**registered** [1]
8:6
**reimburse** [1]
8:9
**relationship** [3]
10:15; 13:16; 14:1
**remarks** [1]
9:14
**remember** [7]
11:23; 13:2; 14:22, 23;
15:18; 16:10, 20
**remove** [2]
9:18, 23
**removed** [1]
9:25
**replace** [1]
12:23
**replaced** [1]
12:25
**reporter** [3]
1:16; 9:9; 22:4
**reporting** [1]
1:23
**representative** [2]
10:14; 11:10
**resident** [1]
21:20
**respective** [1]
3:4
**respondent's** [3]
7:4; 13:4, 9
**respondents** [2]
1:10; 2:7
**responds** [1]
7:4
**responsible** [1]
10:12
**retired** [2]
5:8; 6:14
**retract** [1]
16:7
**richard** [1]
1:8
**right** [7]
7:12; 10:21; 11:11; 16:21;

19:13, 16, 21
**road** [4] 5:15; 14:8, 9, 12
**rochester** [2]
11:22; 14:11
**rockwood** [1]
2:6
**room** [1]
2:3

** S **

**sam** [4]
2:6; 8:22, 23; 17:21
**saying** [2]
9:19; 11:18
**schenectady** [1]
4:23
**se** [2]
10:17; 11:15
**second** [1]
18:5
**secrete** [2]
9:7, 15
**security** [1]
4:8
**senior** [1]
6:9
**september** [1]
13:21
**services** [4]
1:7; 9:2; 10:5, 12
**seven** [1]
13:18
**sexual** [1]
5:20
**sheets** [1]
15:5
**shift** [2]
6:22, 23
**shop** [1]
9:19
**shorthand** [2]
1:15; 22:3
**sick** [6]
6:10; 15:6, 7; 16:5, 6, 7
**simultaneously** [1]
16:18
**sir** [1]
12:13
**six** [2]
13:25; 14:5
**soden** [9]
7:15; 10:7, 9, 13, 15; 11:1, 5, 18, 24
**soden's** [1]
8:11
**solicitor** [1]
2:2
**somebody** [8]
10:25; 12:23; 13:13; 14:15, 16; 15:6; 18:14
**sonya** [6]
14:22, 25; 16:2, 16, 18
**sorry** [1]
18:20
**sort** [1]
18:16
**space** [2]
18:15, 19
**speak** [3]
4:14; 16:22; 17:7
**specifically** [2]
11:17
**spend** [1]
14:7
**spite** [1]
8:19
**squad** [1]
6:9
**ss** [1]
21:3
**start** [1]
4:16
**started** [2]
6:18; 12:11
**state** [20]
1:16; 4:9, 20, 25; 5:8, 9, 13, 25; 6:6; 7:16, 18; 8:1, 5, 19; 12:1; 13:18; 17:21; 21:2, 19; 22:4
**stated** [7]
7:16, 19, 21, 25; 8:2, 14, 16
**states** [5]
1:1, 2; 2:2, 10, 13
**statistics** [1]
13:24
**stephen** [3]
1:15; 22:3, 13
**stipulated** [1]
3:3
**stipulations** [2]
3:2, 5
**street** [2]
1:23; 2:3
**stuff** [2]
15:21; 16:5
**submitted** [1]
18:5
**suffern** [1]
2:7
**suite** [1]
1:23
**supervisor** [7]
6:18, 23, 25; 12:12; 18:20, 21; 19:16
**supervisors** [2]
19:9, 14
**supervisory** [2]
6:5, 20
**sworn** [2]
4:2; 21:14
**syracuse** [2]
11:22; 14:11

** T **

**talk** [1]
17:14
**talking** [2]
10:6, 20
**tantamount** [1]
9:18
**task** [2]
5:23; 6:2
**taught** [1]
11:24
**technical** [1]
11:9
**technician** [1]
2:12
**telephone** [2]
2:4, 11
**testified** [1]
4:3
**testimony** [3]
3:7; 18:12; 21:6
**there's** [1]
8:11
**thereafter** [1]
6:12
**third** [1]
16:9
**three** [1]
15:1
**times** [1]
19:3
**title** [2]
7:1; 11:9
**towards** [2]
9:6; 10:3
**train** [1]
14:12
**trained** [3]
16:13, 16, 17
**training** [2]
13:19; 14:11
**transcript** [2]
21:8; 22:6
**tries** [1]
10:25
**trooper** [2]
5:8, 15
**troopers** [4]
5:10, 14; 6:6, 11
**true** [2]
21:8; 22:6
**twice** [1]
16:24
**type** [1]
17:13
**typically** [1]
11:12

** U **

**unattended** [1]
15:22
**underlying** [1]
8:11
**uniform** [1]
5:15
**unit** [1]
6:7
**united** [5]
1:1, 2; 2:2, 10, 13

** V **

**varick** [1]
2:3
**via** [2]
2:4, 11
**vice** [2]
1:8; 8:24

** W **

**wackenhut** [1]
7:19
**wage** [1]
2:11
**wait** [1]
9:20
**wanted** [2]
9:25; 13:20
**we'll** [1]
4:16
**week** [2]
13:18, 24
**weekend** [3]
13:23; 14:9, 10
**weekly** [1]
19:2
**weeks** [1]
2:10
**weren't** [1]
10:8
**whereupon** [1]
19:25
**white** [1]
6:2
**william** [1]
1:8
**witness** [1]
7:7
**wiz** [1]
16:15
**woman** [1]
14:23
**won** [1]
12:20
**work** [16]
4:8; 5:1, 3, 9, 22; 6:12, 15; 7:17, 18; 8:1; 9:3, 16; 10:22; 15:13; 16:5; 17:21
**worked** [5]
6:1, 11; 15:4, 7; 17:18
**working** [4]
5:7; 13:18; 14:1; 16:17
**write** [1]
13:22

** Y **

**yeah** [4]
13:2, 11; 14:6; 16:10
**year** [1]
6:15
**york** [19]
1:3, 13, 16, 24; 2:3, 7; 4:9, 23, 25; 5:8, 9, 13; 17:21; 21:2, 19; 22:4

*** ERRATA SHEET ***

ELLEN GRAUER COURT REPORTING
133 East 58th Street, Suite 1201
NEW YORK, NEW YORK 10022
212-750-6434

NAME OF CASE:
DATE OF DEPOSITION:
NAME OF WITNESS:

| PAGE | LINE | FROM | TO | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

____________________________

Subscribed and sworn before me
this_____day of ___________, 2004.

____________________________ ____________________________
(Notary Public) My Commission Expires: