# EXHIBIT 45

COPY

UNITED STATES OF AMERICA
UNITED STATES DEPARTMENT OF LABOR
NEW YORK, NEW YORK
------------------------------------------X

In the Matter of:

INTERNATIONAL SERVICES, INC., and OUSAMA KARAWIA, Individually and as President; RICHARD E. DELONG, Individually and as Vice President of Operations; and, WILLIAM PEDRICK, Individually and as Contract Manager, PEGGY ORLANDO, Individually and as Chief Financial Officer,

Respondents.
------------------------------------------X
CASE NO. 2003-SCA-18

201 Varick Street
New York, New York

February 11, 2005
2:45 P.M.

Examination Before Trial of ROGER PINNAU, pursuant to Notice, Via Telephone, taken by and before Renee S. Harris, a Notary Public and Shorthand Reporter of the State of New York.

ELLEN GRAUER COURT REPORTING CO., LLC.
133 East 58th Street, Suite 1201
New York, New York
212-750-6434
Ref:76629B

A P P E A R A N C E S:

OFFICE OF THE SOLICITOR
Attorneys for United States
Department of Labor
201 Varick Street, Room 983
New York, New York 10014
BY: HAROLD LeMAR, ESQ.
JENNIFER AMATO

GDANSKI & GDANSKI, LLP
Attorneys for Defendant
25 Sherwood Ridge Road
Pomona, New York 10970
BY: SAM GDANSKI, ESQ.
(VIA TELEPHONE)

ALSO PRESENT:

OUSAMA KARAWIA (VIA TELEPHONE)
DAN WEEKS (VIA TELEPHONE)

IT IS HERE BY STIPULATED and agreed by and between the attorneys for the respective parties here.

THAT this deposition may be signed and sworn to before any officer authorized to administer an oath with the same force and he infect as if signed and sworn to before the officer before whom the deposition was taken.

PINNAU

R O G E R  P I N N A U, having first been duly sworn by a Notary Public for and within the State of New York, upon being examined, testified as follows:

EXAMINATION BY

MR. LeMAR:

Q. Mr. Pinnau?

A. Yes.

Q. This is Harold LeMar from the Department of Labor. By whom are you employed?

A. The Federal Protective Service which is a division of Homeland Security.

Q. And what is your title?

A. Contracting officer.

Q. And how long have you been with the Federal Protective Service?

A. I don't really recall right now.

Q. Is it several years?

A. Yes, it's probably a decade.

Q. Okay.

MR. GDANSKI: It's more like an eternity; right?

Q. And are you familiar with the term

PINNAU

"FSS"?

A. Yes, FSS, I am familiar with that term.

Q. What is that term?

A. That's the Federal Supply Service, which is a division of the General Services Administration.

Q. And are there contractors listed on the FSS?

A. Yes. The Federal Supply Service has schedule contracts that are listed on Internet Web sites, and you can look up the contractors and their contracts.

Q. If a contractor is removed from the FSS, Federal Supply Service, can that contractor still bid on Federal Service contracts?

A. Yes.

Q. Does the Federal government maintain a central contractor registration?

A. Yes.

Q. Where?

A. It's at crr.gov.

Q. Would that be www.crr.gov?

PINNAU

A. Yes.

Q. Is there a listing on that Web site of active vendors for security guard contracts?

A. Yes, there is.

Q. And have you had an opportunity earlier this month to visit that Web site?

A. Yes, I did.

Q. Do you remember the date?

A. February 1.

Q. And how many active vendors for security guard services were listed on the date that you visited that Web site?

A. Over 4,000.

Q. Does GSA maintain a list of security guard contractors on the FSS?

A. Yes.

Q. Where?

A. That's at GSA dot -- let me repeat that. It's at fss.gsa.gov.

Q. And that would be www.fss.gsa.gov?

A. Yes.

Q. And did you have an opportunity earlier this month to visit that Web site?

PINNAU

A. Yes, I did on February 1.
Q. And how many active vendors for security guard services were listed on the date you visited?
A. I think it was 122.
Q. Are all security guard contractors with the federal government listed on the FSS?
A. No.
Q. Does www.crr.gov list International Protective Services, doing business as International Services located in Torrance, California as an active vendor?
A. Yes, it does.
MR. LEMAR: No further questions.

EXAMINATION BY
MR. GDANSKI:

Q. Mr. Pinnau -- am I pronouncing that right?
A. Yes.
Q. My name is Sam Gdanski, and I'm the attorney for ISI and Mr. Karawia. You're in Chicago right now?
A. Yes, I am.

PINNAU

Q. No snow today?
A. No snow. Nice and sunny.
Q. Okay. How long have you been a contracting officer, a number of years?
A. Yes, over a decade.
Q. You're a contracting officer?
A. Yes.
Q. Now, GSA maintains what's known as an exclusive party list, an EPL list?
A. Yes.
Q. Do you know what that is? That's a list of formerly departed contractors; right?
A. Currently debarred contractors, I believe.
Q. When I said "formerly," I meant f-o-r-m-e-r-l-y.
A. Oh, okay.
Q. Apologize for that. Now, do you know what a de facto debarment is?
A. Do you want to explain that to me?
Q. Yes, a de facto means, as it were -- forgive me for this. I don't have the proper Latin. But it's as if someone was debarred, although they were not -- I used the word

PINNAU

formally, f-o-r-m-e-r-l-y, because if you're debarred, you're entitled to a due process here; is that correct, if you're formally, f-o-r-m-a-l-l-y debarred?

A. To my knowledge.

Q. So a de facto debarment is something that occurs when, by the actions of the government, although they haven't formally debarred, they have, in fact, debarred by their actions. So I'll -- do you understand that?

A. Yes, I understand what you're saying.

Q. And when someone is de facto debarred, a number of courts can find that that is illegal or improper because the government hasn't formally -- and I want to spell the word, f-o-r-m-a-l-l-y, followed the procedures that exist in the Federal Acquisition Regulations. So do you understand the concept?

A. Yes.

Q. Do you know that on occasion many courts have found that the actions of the

PINNAU

government where they have not followed the procedures of providing these procedural and due process hearings constitute what's called a de facto debarment. If the act of the debarment of the actions of the government in not giving a contract to the government is based on a lack of integrity or honesty, that's generally the criteria for which the government would debar, among others, a contractor; do you understand that?

MR. LEMAR: I'm going to object to the question. This seems more like argument that should go into brief. If the witness understands the question, he can answer it.

MR. GDANSKI: Just so you understand, although counsel has objected, you are required to give an answer.

THE WITNESS: I'm not an attorney. But I will accept whatever description that you're giving of that, of a de facto debarment.

Q. Now, in point of fact, just since

PINNAU

you're testifying on this, I want to call your attention to a number of cases that have found a de facto debarment where the actions of the government denied a contract the opportunity to obtain a contact, if it was based on, at least the government's perception, that the contract lacked the requisite integrity of the responsibility requirement.

MR. LeMAR: I'm going to object to any questions regarding court cases and anything to do with de facto debarment.

Mr. Gdanski, if you want to continue this line of questioning, we're going to have to call Judge Romano and ask him for a ruling.

MR. GDANSKI: That's fine. I just want the witness to understand that you're called not as a fact witness but to rebute (sic) -- before we move on, that -- maybe it won't be necessary. Let me go -- let me ask you some questions, okay.

So let's defer that unless you want

PINNAU

to do that, but I'll omit the references to the court cases and move on with another line of questioning if that's okay.

MR. LeMAR: That's fine.

Q. Now, just to be clear, as a contracting officer, the government and a contract officer who lets a contract is supposed to be satisfied that a contractor has the requisite -- I'm going to put the word "responsibility" in quotes because that's a term of art to government contracting; right, Mr. Pinnau?

A. Yes.

Q. And do you understand the term "responsibility" to equate to meaning that a contractor must have the necessary integrity to perform on a contract?

A. Responsibility to my knowledge actually includes more than that.

Q. Okay. But at least within the review of responsibility, they have to determine that the contractor has the required integrity; is that right?

PINNAU

A. I think that's part of it.

MR. LEMAR: Okay. Sam, I think we're going a little bit beyond the purpose of this deposition that Judge Romano allowed. Judge Romano allowed rebuttal of the testimony of Mr. Karawia; that ISI was not able to bid on contracts.

If you're -- if you're now going to be going into very basic and general topics, we are going to be here for a long time, and I think that goes beyond the original purpose of the deposition as Judge Romano allowed.

Q. Mr. Pinnau, did Counsel furnish you a list of documents or any documents today to aid in the deposition?

A. No.

Q. Okay. So I'm going to speak to you a document and ask you if you're aware of this. Are you are aware that the contract with ISI was cancelled; right?

A. Hello?

Q. Mr. Pinnau, you are aware that the

PINNAU

contract that ISI had was cancelled; right?

A. I'm aware that the FSS schedule contract between GSA, Federal Supply Service and ISI was cancelled.

Q. Okay. Well, let's look at -- hold on, or let me read to you a document and ask if you're aware of it. Hold on while I find the citation here. I have in front of me a letter -- hold on.

MR. LeMAR: Sam, do you have an exhibit number?

MR. GDANSKI: Yeah, I'm looking for it to see if it's in your tab or my tab.

Yes, it's respondent's documents, Tab 26.

MR. LeMAR: Okay. I'm going to need a minute. Go ahead.

Q. This is a letter in front of me, Mr. Pinnau, from Sheila Brannan; do you know who she is?

A. Yes.

Q. In which she -- I'm going to read the last paragraph.

PINNAU

"Accordingly, pursuant to clause 522.238-73 Cancellation, contract number GS-07F-0195M is cancelled effective October 19, 2002. Modification A001 is enclosed effecting this action."

And it is a modification to the contract that says exactly that; it cancelled that contract. Do you remember that, Mr. Pinnau?

MR. LeMAR: I'm objecting to the question. This is a document the witness doesn't have in front of him. It goes beyond the scope that Judge Romano allowed for this deposition, which was rebuttal of Mr. Karawia's testimony that ISI has been already been debarred.

If the witness doesn't have it in front of him, he can't really testify regarding the document and he's not the author of the document.

MR. GDANSKI: He can testify regarding his knowledge of whether the document existed and whether he's aware of it. He was the contracting officer.

PINNAU

MR. LeMAR: But it goes beyond the scope of Judge Romano's allowance of the deposition.

MR. GDANSKI: Just a preparatory question if you remember that the contract was cancelled.

MR. LeMAR: You can answer if you can.

THE WITNESS: Yes.

MR. GDANSKI: Now, Mr. LeMar, let's go to Respondent's 46.

MR. LeMAR: I have it.

Q. Okay. Mr. Pinnau, do you remember or do you know that after the contract was cancelled some months later, ISI reapplied to get back on the schedule?

A. Excuse me. I just sneezed. Could you repeat yourself?

Q. Yes. Do you remember that after the cancellation of the contract that ISI reapplied to get back on the schedule?

A. I'm not aware of that because I'm not with GSA Federal Supply Service.

Q. It would have been in May of 2003?

PINNAU

A. I'm not aware of that. I'm not with GSA Federal Supply Service.

Q. Were you with them in that time period?

A. No. I never have been with GSA Federal Supply Service.

Q. While GSA contracted, you were the implementing contract for FSS, as it were -- at the same time, I mean?

A. Can you rephrase that again?

Q. Yeah. You were a contracting officer with FSS; right?

A. No.

Q. I'm sorry. With what agency?

A. With the Federal Protective Service.

Q. And in 2003 was that still part of GSA, or was it already put off into Homeland Security?

A. On March 1 of 2003, FPS broke off from GSA and was observed by Department of Homeland Security.

Q. Were you aware in May that GSA denied ISI the opportunity to get back on the schedule, finding that they did not possess

PINNAU

the requisite responsibility and they cited the Federal Acquisition Regulations saying a contractor must have a satisfactory performance record and have a satisfactory record of integrity and business ethics?

MR. LeMAR: I'm objecting to the question. The witness was not employed by GSA at the time. However, if the witness can answer, he can go ahead and answer.

Q. Were you aware of that?

A. I don't actually remember. I don't know if I heard about that or not.

Q. Okay.

A. I wasn't any part of it.

Q. You heard the language I just heard; that the denial was specifically because GSA had the perception or the position that ISI lacked the integrity and responsibility?

A. I don't know.

Q. Okay. Now, are you aware of the fact that later in that year, ISI attempted to get an FAA contract and was similarly denied that opportunity because FAA also said

PINNAU

they could not make an affirmative determination of ISI's business ethics to be responsible; were you aware of that?

MR. LeMAR: I'm objecting to the question. The witness was not employed by the FAA at the time, and I don't see how he has the foundation to be able to answer the question. However, if he can answer it, he can go ahead.

THE WITNESS: I'm not aware of that at all.

MR. GDANSKI: Okay. I have no further questions. Thank you Mr. Pinnau.

MR. LeMAR: Thank you, Mr. Pinnau. Have a good weekend. Thank you.

(TIME NOTED: 3:01 P.M.)

------------------------------

ROGER PINNAU

PINNAU

Subscribed and sworn
to before me this
day of , 2005.

---------------------
NOTARY PUBLIC

PINNAU

I N D E X


| | PAGES | |
|---|---|---|
| | From | To |
| EXAMINATION BY MR. LEMAR | 4 | 7 |
| EXAMINATION BY MR. GDANSKI | 7 | 20 |

PINNAU

C E R T I F I C A T E

STATE OF NEW YORK
COUNTY OF NEW YORK

I, RENEE S. HARRIS, Shorthand Reporter and a Notary Public within and for the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such an examination is a true record of the testimony given by such a witness.

I further certify that I am not related to any of these parties to this action by blood or marriage, and that I am not in any way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of February, 2005.

Renee S. Harris

RENEE S. HARRIS

Concordance Report
---
Unique Words: 418
Total Occurrences: 1,021
Noise Words: 384
Total Words In File: 2,547
---
Single File Concordance
---
Case Insensitive
---
Noise Word List(s):
NOISE.NOI
---
Cover Pages = 0
---
Includes ALL Text Occurrences
---
Dates ON
---
Includes Pure Numbers
---
Possessive Forms ON


* * 1 * *

**1** [3]
6:11; 7:2; 17:20
**10014** [1]
2:6
**10970** [1]
2:9
**11** [1]
1:12
**1201** [1]
1:23
**122** [1]
7:6
**133** [1]
1:23
**19** [1]
15:5

* * 2 * *

**2002** [1]
15:5
**2003** [3]
16:25; 17:17, 20
**2003-sca-18** [1]
1:9
**2005** [3]
1:12; 20:4; 23:21
**201** [2]
1:11; 2:5
**212-750-6434** [1]
1:24
**25** [1]
2:9
**26** [1]
14:17
**2:45** [1]
1:13

* * 3 * *

**3:01** [1]
19:18

* * 4 * *

**4** [1]
21:5
**4,000** [1]
6:15
**46** [1]
16:12

* * 5 * *

**522.238-73** [1]
15:3
**58th** [1]
1:23

* * 7 * *

**7** [1]
21:8

* * 9 * *

**983** [1]
2:5

* * A * *

**a001** [1]
15:5
**able** [2]
13:8; 19:8
**accept** [1]
10:22
**acquisition** [2]
9:21; 18:3
**act** [1]
10:5
**action** [2]
15:6; 23:16
**actions** [5]
9:8, 11, 25; 10:6; 11:4
**active** [4]
6:4, 12; 7:3, 14
**administer** [1]
3:6
**administration** [1]
5:8
**affirmative** [1]
19:2
**agency** [1]
17:15
**agreed** [1]
3:2
**aid** [1]
13:18
**allowance** [1]
16:3
**allowed** [4]
13:6, 15; 15:14
**amato** [1]
2:7
**america** [1]
1:1
**answer** [7]
10:16, 20; 16:8; 18:10, 11; 19:9, 10
**apologize** [1]
8:19
**argument** [1]
10:14
**art** [1]
12:13
**attempted** [1]
18:23
**attention** [1]
11:3
**attorney** [2]
7:23; 10:21
**attorneys** [3]
2:4, 8; 3:2
**author** [1]
15:21
**authorized** [1]
3:5
**aware** [13]
13:21, 22, 25; 14:3, 8; 15:24; 16:23; 17:2, 23; 18:12, 22; 19:4, 11

* * B * *

**based** [2]
10:8; 11:7
**basic** [1]
13:11
**believe** [1]
8:15
**bid** [2]
5:17; 13:9
**bit** [1]
13:4
**blood** [1]
23:16
**brannan** [1]
14:21
**brief** [1]
10:14
**broke** [1]
17:20
**business** [3]
7:12; 18:6; 19:3

* * C * *

**california** [1]
7:14
**call** [2]
11:2, 16
**cancellation** [2]
15:3; 16:21
**cancelled** [7]
13:23; 14:2, 5; 15:4, 8; 16:7, 16
**case** [1]
1:9
**cases** [3]
11:3, 12; 12:3
**central** [1]
5:21
**certify** [2]
23:9, 14
**chicago** [1]
7:24
**chief** [1]
1:7
**citation** [1]
14:9
**cited** [1]
18:2
**clause** [1]
15:2
**clear** [1]
12:7
**co** [1]
1:23
**concept** [1]
9:22
**constitute** [1]
10:4
**contact** [1]
11:6
**continue** [1]
11:15
**contract** [18]
1:7; 10:7; 11:5, 8; 12:9, 19; 13:22; 14:2, 4; 15:3, 7, 9; 16:7, 15, 21; 17:9; 18:24
**contracted** [1]
17:8
**contracting** [7]
4:16; 8:5, 7; 12:8, 14; 15:25; 17:12
**contractor** [8]
5:15, 17, 21; 10:11; 12:10, 18, 24; 18:4
**contractors** [6]
5:9, 14; 6:17; 7:7; 8:13, 14
**contracts** [5]
5:12, 14, 18; 6:5; 13:9
**counsel** [2]
10:18; 13:16
**county** [1]
23:5
**court** [3]
1:23; 11:12; 12:3
**courts** [2]
9:16, 25
**criteria** [1]
10:9
**crr.gov** [1]
5:24
**currently** [1]
8:14

* * D * *

**dan** [1]
2:13
**date** [3]
6:10, 14; 7:5
**day** [2]
20:4; 23:20
**de** [8]
8:20, 22; 9:7, 15; 10:5, 23; 11:4, 13
**debar** [1]
10:10
**debarment** [7]
8:20; 9:7; 10:5, 6, 24; 11:4, 13
**debarred** [8]
8:14, 24; 9:3, 5, 10, 16; 15:17
**decade** [2]
4:21; 8:6
**defendant** [1]
2:8
**defer** [1]
11:25
**delong** [1]
1:5
**denial** [1]
18:18
**denied** [3]
11:5; 17:24; 18:25
**departed** [1]
8:13
**department** [4]
1:1; 2:5; 4:11; 17:21
**deposition** [7]
3:4, 8; 13:5, 14, 18; 15:14; 16:4
**description** [1]
10:22
**determination** [1]
19:3
**determine** [1]
12:24
**division** [2]
4:14; 5:7
**document** [6]
13:21; 14:7; 15:11, 20, 21, 24
**documents** [3]
13:17; 14:16
**doesn't** [2]
15:12, 18
**dot** [1]
6:20
**due** [2]
9:3; 10:4
**duly** [2]

**east** [1]
1:23
**effecting** [1]
15:6
**effective** [1]
15:4
**ellen** [1]
1:23
**employed** [3]
4:12; 18:8; 19:6
**enclosed** [1]
15:5
**entitled** [1]
9:3
**epl** [1]
8:10
**equate** [1]
12:17
**esq** [2]
2:6, 10
**eternity** [1]
4:24
**ethics** [2]
18:6; 19:3
**exactly** [1]
15:8
**examination** [7]
1:16; 4:6; 7:17; 21:5, 8; 23:10, 12
**examined** [1]
4:4
**exclusive** [1]
8:10
**excuse** [1]
16:18
**exhibit** [1]
14:12
**exist** [1]
9:20
**existed** [1]
15:24
**explain** [1]
8:21

* * F * *

**f-o-r-m-a-l-l-y** [2]
9:5, 19
**f-o-r-m-e-r-l-y** [2]
8:17; 9:2
**faa** [3]
18:24, 25; 19:7
**fact** [4]
9:10; 10:25; 11:20; 18:23
**facto** [8]
8:20, 22; 9:7, 15; 10:5, 24; 11:4, 13
**familiar** [2]
4:25; 5:3
**february** [3]
1:12; 6:11; 7:2
**federal** [15]
4:13, 18; 5:6, 11, 16, 17, 20; 7:8; 9:20; 14:4; 16:24; 17:3, 7, 16; 18:3
**financial** [1]
1:7
**find** [2]
9:16; 14:8
**finding** [1]
17:25
**fine** [2]
11:18; 12:6
**first** [1]
4:2
**followed** [2]
9:19; 10:2
**follows** [1]
4:5
**force** [1]
3:6
**forgive** [1]
8:23
**formally** [4]
9:2, 4, 9, 18
**formerly** [2]
8:13, 16
**forth** [1]
23:11
**found** [2]
9:25; 11:4
**foundation** [1]
19:8
**fps** [1]
17:20
**front** [4]
14:9, 20; 15:12, 19
**fss** [9]
5:2, 3, 10, 16; 6:17; 7:9; 14:3; 17:9, 13
**fss.gsa.gov** [1]
6:21
**furnish** [1]
13:16

* * G * *

**gdanski** [15]
2:8, 10; 4:23; 7:18, 22; 10:17; 11:14, 18; 14:13; 15:22; 16:5, 11; 19:13; 21:8
**give** [1]
10:19
**given** [1]
23:13
**giving** [2]
10:7, 23
**goes** [3]
13:13; 15:13; 16:2
**government** [11]
5:20; 7:8; 9:9, 18; 10:2, 6, 7, 10; 11:5; 12:8, 13
**government's** [1]
11:7
**grauer** [1]
1:23
**gs-07f-0195m** [1]
15:4
**gsa** [13]
6:16, 20; 8:9; 14:4; 16:24; 17:3, 6, 8, 18, 21, 23; 18:9, 18
**guard** [5]
6:4, 13, 17; 7:4, 7

* * H * *

**hand** [1]
23:20
**harold** [2]
2:6; 4:10
**harris** [2]
1:18; 23:7
**hasn't** [1]
9:18
**haven't** [1]
9:9
**he's** [2]
15:20, 24
**heard** [3]
18:14, 17
**hearings** [1]
10:4
**hello** [1]
13:24
**hereby** [1]
23:9
**hereinbefore** [1]
23:11
**hereunto** [1]
23:20
**hold** [3]
14:6, 8, 10
**homeland** [3]
4:14; 17:18, 22
**honesty** [1]
10:8

* * I * *

**illegal** [1]
9:17
**implementing** [1]
17:9
**improper** [1]
9:17
**inc** [1]
1:4
**includes** [1]
12:21
**individually** [4]
1:5, 6, 7
**infect** [1]
3:7
**integrity** [6]
10:8; 11:9; 12:18, 25; 18:6, 20
**interested** [1]
23:17
**international** [3]
1:4; 7:11, 13
**internet** [1]
5:13
**isi** [11]
7:23; 13:8, 23; 14:2, 5; 15:16; 16:16, 21; 17:24; 18:19, 23
**isi's** [1]
19:3

* * J * *

**jennifer** [1]
2:7
**judge** [6]
11:16; 13:5, 6, 15; 15:13; 16:3

* * K * *

**karawia** [4]
1:5; 2:13; 7:23; 13:8
**karawia's** [1]
15:15
**knowledge** [3]
9:6; 12:20; 15:23

* * L * *

**labor** [3]
1:1; 2:5; 4:11
**lack** [1]
10:8
**lacked** [2]
11:8; 18:20
**language** [1]
18:17
**last** [1]
14:25
**latin** [1]
8:24
**lemar** [19]
2:6; 4:7, 10; 7:16; 10:12; 11:11; 12:6; 13:3; 14:11, 18; 15:10; 16:2, 8, 11, 13; 18:7; 19:5, 16; 21:5
**let's** [3]
11:25; 14:6; 16:11
**lets** [1]
12:9
**letter** [2]
14:10, 20
**line** [2]
11:15; 12:4
**list** [6]
6:16; 7:11; 8:10, 13; 13:17
**listed** [5]
5:9, 12; 6:13; 7:4, 8
**listing** [1]
6:3
**llc** [1]
1:23
**llp** [1]
2:8
**located** [1]
7:13

* * M * *

**maintain** [2]
5:20; 6:16
**maintains** [1]
8:9
**manager** [1]
1:7
**march** [1]
17:20
**marriage** [1]
23:16
**matter** [2]
1:3; 23:18
**mean** [1]
17:10
**meaning** [1]
12:17
**means** [1]
8:22
**meant** [1]
8:16
**minute** [1]
14:19
**modification** [2]
15:5, 7
**month** [2]
6:8, 25
**months** [1]
16:16
**move** [2]
11:21; 12:3
**mr** [41]
4:7, 8, 23; 7:16, 18, 19, 23; 10:12, 17; 11:11, 14, 18; 12:6, 14; 13:3, 8, 16, 25; 14:11, 13, 18, 21; 15:9, 10, 15, 22; 16:2, 5, 8, 11, 13, 14; 18:7; 19:5, 13, 15, 16; 21:5, 8

* * N * *

**name** [1]
7:22
**nice** [1]
8:3
**notary** [4]
1:18; 4:3; 20:10; 23:8
**noted** [1]
19:18
**notice** [1]
1:17

**number** [5]
8:5; 9:16; 11:3; 14:12; 15:3

* * O * *

**oath** [1]
3:6
**object** [2]
10:12; 11:11
**objected** [1]
10:19
**objecting** [3]
15:10; 18:7; 19:5
**observed** [1]
17:21
**obtain** [1]
11:6
**occasion** [1]
9:24
**occurs** [1]
9:8
**october** [1]
15:4
**office** [1]
2:4
**officer** [10]
1:7; 3:5, 8; 4:16; 8:5, 7; 12:8, 9; 15:25; 17:13
**oh** [1]
8:18
**okay** [14]
4:22; 8:4, 18; 11:24; 12:5, 22; 13:3, 20; 14:6, 18; 16:14; 18:15, 22; 19:13
**omit** [1]
12:2
**operations** [1]
1:6
**opportunity** [5]
6:7, 24; 11:6; 17:24; 18:25
**original** [1]
13:14
**orlando** [1]
1:7
**ousama** [2]
1:5; 2:13
**outcome** [1]
23:17

* * P * *

**p.m.** [2]
1:13; 19:18
**pages** [1]
21:3
**paragraph** [1]
14:25
**part** [3]
13:2; 17:17; 18:16
**parties** [2]
3:3; 23:15
**party** [1]
8:10
**pedrick** [1]
1:6
**peggy** [1]
1:7
**perception** [2]
11:8; 18:19
**perform** [1]
12:19
**performance** [1]
18:5
**period** [1]
17:5
**pinnau** [12]
1:17; 4:8; 7:19; 12:14; 13:16, 25; 14:21; 15:9; 16:14; 19:15, 16, 24
**point** [1]
10:25
**pomona** [1]
2:9
**position** [1]
18:19
**possess** [1]
17:25
**preparatory** [1]
16:5
**present** [1]
2:12
**president** [2]
1:5, 6
**procedural** [1]
10:3
**procedures** [2]
9:20; 10:3
**process** [2]
9:3; 10:4
**pronouncing** [1]
7:19
**proper** [1]
8:23
**protective** [4]
4:13, 18; 7:12; 17:16
**providing** [1]
10:3
**public** [4]
1:19; 4:3; 20:10; 23:8
**purpose** [2]
13:5, 14
**pursuant** [2]
1:17; 15:2

* * Q * *

**question** [7]
10:13, 15; 15:11; 16:6; 18:8; 19:6, 9
**questioning** [2]
11:15; 12:4
**questions** [4]
7:16; 11:12, 24; 19:14
**quotes** [1]
12:12

* * R * *

**read** [2]
14:7, 24
**reapplied** [2]
16:16, 22
**rebute** [1]
11:21
**rebuttal** [2]
13:7; 15:15
**recall** [1]
4:19
**record** [3]
18:5, 6; 23:12
**ref:76629b** [1]
1:25
**references** [1]
12:3
**regarding** [3]
11:12; 15:20, 23
**registration** [1]
5:21
**regulations** [2]
9:21; 18:3
**related** [1]
23:15
**remember** [6]
6:10; 15:9; 16:6, 14, 20; 18:13
**removed** [1]
5:15
**renee** [2]
1:18; 23:7
**repeat** [2]
6:20; 16:19
**rephrase** [1]
17:11
**reporter** [2]
1:19; 23:8
**reporting** [1]
1:23
**required** [2]
10:19; 12:25
**requirement** [1]
11:10
**requisite** [3]
11:9; 12:11; 18:2
**respective** [1]
3:3
**respondent's** [2]
14:16; 16:12
**respondents** [1]
1:8
**responsibility** [7]
11:9; 12:12, 17, 20, 23; 18:2, 20
**responsible** [1]
19:4
**review** [1]
12:23
**richard** [1]
1:5
**ridge** [1]
2:9
**right** [10]
4:19, 24; 7:20, 24; 8:13; 12:14, 25; 13:23; 14:2; 17:13
**road** [1]
2:9
**roger** [2]
1:16; 19:24
**romano** [5]
11:17; 13:6, 15; 15:14
**romano's** [1]
16:3
**room** [1]
2:5
**ruling** [1]
11:17

* * S * *

**sam** [4]
2:10; 7:22; 13:3; 14:11
**satisfactory** [2]
18:4, 5
**satisfied** [1]
12:10
**saying** [2]
9:14; 18:3
**schedule** [5]
5:12; 14:3; 16:17, 22; 17:25
**scope** [2]
15:13; 16:3
**security** [8]
4:14; 6:4, 13, 16; 7:4, 7; 17:19, 22
**service** [11]
4:13, 18; 5:6, 11, 16, 17; 14:4; 16:24; 17:3, 7, 16
**services** [6]
1:4; 5:7; 6:13; 7:4, 12, 13
**sheila** [1]
14:21
**sherwood** [1]
2:9
**shorthand** [2]
1:19; 23:7
**sic** [1]
11:21
**signed** [2]
3:4, 7
**site** [4]
6:3, 8, 14, 25
**sites** [1]
5:13
**sneezed** [1]
16:18
**snow** [2]
8:2, 3
**solicitor** [1]
2:4
**someone** [2]
8:24; 9:15
**sorry** [1]
17:15
**speak** [1]
13:20
**specifically** [1]
18:18
**spell** [1]
9:19
**state** [4]
1:19; 4:4; 23:4, 9
**states** [3]
1:1; 2:4
**stipulated** [1]
3:1
**street** [3]
1:11, 23; 2:5
**subscribed** [1]
20:2
**suite** [1]
1:23
**sunny** [1]
8:3
**supply** [7]
5:6, 11, 16; 14:4; 16:24; 17:3, 7
**supposed** [1]
12:10
**sworn** [5]
3:5, 7; 4:3; 20:2; 23:11

* * T * *

**tab** [3]
14:14, 15, 17
**telephone** [4]
1:17; 2:10, 13
**term** [5]
4:25; 5:4, 5; 12:13, 16
**testified** [1]
4:5
**testify** [2]
15:19, 22
**testifying** [1]
11:2
**testimony** [3]
13:7; 15:16; 23:13
**thank** [3]
19:14, 16, 17
**title** [1]
4:15
**topics** [1]
13:12
**torrance** [1]
7:13
**trial** [1]
1:16
**true** [1]
23:12

** U **

**understand** [7]
9:11, 13, 22; 10:11, 18; 11:19; 12:16
**understands** [1]
10:15
**united** [3]
1:1; 2:4

** V **

**varick** [2]
1:11; 2:5
**vendor** [1]
7:14
**vendors** [3]
6:4, 12; 7:3
**via** [4]
1:17; 2:10, 13
**vice** [1]
1:6
**visit** [2]
6:8, 25
**visited** [2]
6:14; 7:5

** W **

**we're** [2]
11:16; 13:4
**web** [5]
5:13; 6:3, 8, 14, 25
**weekend** [1]
19:17
**weeks** [1]
2:13
**what's** [2]
8:9; 10:4
**whereof** [1]
23:19
**william** [1]
1:6
**witness** [14]
10:15, 21; 11:19, 20; 15:12, 18; 16:10; 18:8, 10; 19:6, 11; 23:10, 13, 19
**won't** [1]
11:22
**word** [3]
8:25; 9:19; 12:12
**www.crr.gov** [2]
5:25; 7:11
**www.fss.gsa.gov** [1]
6:22

** Y **

**yeah** [2]
14:13; 17:12
**year** [1]
18:23
**years** [2]
4:20; 8:5
**york** [14]
1:2, 11, 20, 24; 2:6, 9; 4:4; 23:4, 5, 9
**yourself** [1]
16:19

*** ERRATA SHEET ***

ELLEN GRAUER COURT REPORTING
133 East 58th Street, Suite 1201
NEW YORK, NEW YORK 10022
212-750-6434

NAME OF CASE:
DATE OF DEPOSITION:
NAME OF WITNESS:

| PAGE | LINE | FROM | TO | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

______________________________

Subscribed and sworn before me
this_____day of __________, 2005.

______________________ (Notary Public)

______________________ My Commission Expires: