**EXHIBIT LIST ATTACHED TO AMENDED COMPLAINT**

Exhibit

1. July 15, 2002 Original Message E-mail from Raymond Postawa to O. Karawia.
2. August 27, 2002 Original Message E-mail from Ralph Purdy to Karawia
3. August 28, 2002 letter from ISI to R. Pinnau, Contracting Officer GSA regarding racial slurs
4. September 12, 2002 e-mail from R. Pinnau to Bunce Pierce
5. June 26, 2002 Complaint, New York State Department of State against ISI; July 19, 2002 Amended Complaint
6. July 12, 2002 DAILY NEWS article
7. July 30, 2002 Daily News article
8. June 28, 2002 American City Business Journal Article
9. June 23, 2002 Daily News Article
10. July 1, 2002 ISI letter to Roger Pinnau, Contracting Officer GSA
11. July 1, 2002 e-mail from R. Pinnau to Darsha@wwisi.com
12. July 18, 2002 R. Pinnau, GSA to Ousama Karawia
13. July 19, 2002 letter from Baker to Hon. Felix Neals
14. August 20, 2002 e-mail from Bunce Pierce, ISI to Teresa Hill GSA
15. August 21, 2002 e-mail from Andrea Carbonell, ISI, to Bunce Pierce, ISI
16. August 27, 2002, from Darlene Ignacio, ISI to Sheila Brannan
17. September 12, 2002 Decision in NYS Department of State, Division of Licensing
18. September 17, 2002 e-mail from Bunce Pierce to Konrad Trope.
19. September 19, 2002 from GSA to Ousama Karawia

20. October 2, 2002, fax from Konrad Trope, ISI to Shelia Brannan, GSA, evidencing Court Order imposing a Stay.

21. October 1, 2002 Stipulation to Adjourn with Order to Show Cause Signed Vacating ISI License Revocation.

22. October 7, 2002 e-mail from K. Trope to Sheila Brannan regarding stay.

23. October 8, 2002 Original Message e-mail K. Trope to Sheila Brannan re: additional misconception regarding our alleged "inability to perform the contract".

24. Nov 3, 2002 e-mail from Roger Pinnau to Peggy Orlando

25. Nov 4, 2002 e-mail from Roger Pinnau to Peggy Orlando

26. January 14, 2003 letter from ISI to Sheila Brannan re: claim

27. January 22, 2003 e-mail from K. Trope to effie.washington@gsa.gov Re: reinstatement

28. February 7, 2003 e-mail from R. Pinnau to Peggy Orlando re: release of funds.

29. February 10, 2003 e-mail from Bunce Pierce to Carol Bates, GSA

30. February 11, 2003 e-mail Carol Bates to Bunce Pierce

31. February 14, 2003 Dun and Bradstreet Open Ratings ISI

32. February 20, 2003 Stipulation of Settlement and Order

33. May 1, 2003 letter from Sheila Brannan, GSA to Bunce Pierce re: responsibility.

34. Late Payment Amounts GSA to ISI

35. ISI Dollars Past Due Graph March 1998 – March 2003

36. FAA Letter Dated March 21, 2003

37. FAA Solicitation

38. ISI Re: to FAA Solicitation

39. FAA Letter September 24, 2003

40. FAA Letter June 20, 2003

41. ISI Letter Dated June 23, 2003

42. Bunce Pierce Deposition

43. Raymond Postawa Deposition

44. GAO Revision

45. Pinnau TRANSCRIPT

Dated: July 30, 2007

Respectfully submitted,

S/ Sam Z. Gdanski
SAM Z. GDANSKI
3 Rockwood Lane
Suffern, NY 10901
845-362-4800