**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** | ) | |
| | ) | **No. 03-2824C** |
| **Plaintiff,** | ) | **(Judge Lettow)** |
| **V.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

PLAINTIFF'S MOTION TO FILE A CD ROM AS PART OF EXHIBIT A TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, International Protective Services, Inc., doing business as International Services Inc. ("ISI"), by its attorneys, Gdanski & Gdanski, LLP, electronically submitted its Amended Complaint on July 30, 2007. The Amended Complaint references Exhibit A, an attached CV and Declaration of Jimmy J. Jackson. Exhibit A was previously attached to Plaintiff's Request for an Equitable Adjustment, and includes a Bates Stamped CD ROM. The portion of Exhibit A, the Declaration and CV were attached along with the Amended Complaint, but Plaintiff is unable to attach the referenced CD ROM so Plaintiff is making this Motion to file the CD ROM other than electronically. The CD Rom was previously furnished to government counsel. Another copy of the CD ROM will also be forwarded to Mr. Poirier, counsel for the DOJ.

Dated: July 30, 2007 Respectfully submitted,

S/ Sam Z. Gdanski
SAM Z. GDANSKI
3 Rockwood Lane
Suffern, NY 10901
845-362-4800

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2007, a copy of Plaintiff's Motion to File a CD ROM As Part of Exhibit A Attached to Plaintiff's Amended Complaint was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700