IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: July 31, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiff's motion, filed July 30, 2007, asking that the plaintiff be permitted to file a CD-ROM other than electronically. The plaintiff is requested to clarify what it seeks by its motion. The plaintiff should identify the documents contained on the CD-ROM and explain why those documents cannot be submitted electronically or in paper form.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge