**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 03-2824C** |
| **V.** | ) | **(Judge Lettow)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE THE AMENDED COMPLAINT

This is Plaintiff International Protective Services Inc.'s Response and Opposition to Defendant's Motion to Strike Plaintiff's Amended Complaint. Defendant filed its motion on August 1, 2007 and Plaintiff's response is due by August 20, 2007. A second related motion was filed by Defendant approximately one week later, on August 7, 2007 titled "Defendant's Motion for a Scheduling Conference." Despite the title, Defendant asked the Court to issue specific show cause orders. In it's August 7, 2007 filing, Defendant stated "we respectfully suggest that the Court consider holding our motion to strike in abeyance until the show cause orders have been issued, briefed and decided." Plaintiff is responding to the August 1, 2007 Motion to Strike and will respond to Defendant's related Motion for a Scheduling Conference by the August 24, 2007 response date.

Plaintiff included as part of its Amended Complaint a thorough and detailed analysis of the underlying contract leading to the "contract cancellation", including the post 9/11 history and attached the relevant documents. Plaintiff included this detailed recounting in its context in order to

establish to the Court the actions that Plaintiff has labeled as "bad faith". By analogy, when an action in fraud is pled, detailed specificity is required under the rules of civil procedure in order to meet the high burden of establishing such an action. Plaintiff's procedural action in filing this Amended Complaint which ground its entitlement to lost profits, must meet the historically quoted "well nigh irrefragable proof" standard that case law has determined is required in making such allegations. If Plaintiff had not thoroughly detailed the events that occurred, and had not included the history and documents relating to ISI's attempts to address the actions of GSA and the effects of 9/11, Plaintiff may well have been faced with an alternate motion by Defendant for not pleading with sufficient detail the background and reasons for making the allegations of bad faith. The well nigh irrefragable standard has also been equated to the clear and convincing evidentiary standard of proof and that is why the Plaintiff's Amended Complaint is so detailed.

The introductory paragraphs 1-10 reiterate to the Court the procedural history as to how Plaintiff arrived at the filing of its Amended Complaint. Paragraphs 11-17 and the attached backup of Mr. Jackson, sets out the claimed amounts. The remaining paragraphs describe the events with sufficient specificity so as to present prima facie proof of bad faith.

A separate reason for the length and specificity of the Amended Complaint was to provide sufficient detail in order to preclude a request for a show cause letter. Examining the factual background and the documents attached presents sufficient evidence of the bad acts of the government and presents to the Court why this case is not suitable for resolution by summary judgment or orders to show cause. Defendant's erroneous statements that the Amended Complaint is difficult to understand, and rambling, should not permit it to deflect from the cruel nature of the events that occurred and the bad faith of the government personnel.

Accordingly, Plaintiff asks that the Amended Complaint, all allegations and all documentary evidence attached remain, and requests that Defendant's motion to strike be denied.

Dated: August 20, 2007

Respectfully submitted,

S/ Sam Z. Gdanski

SAM Z. GDANSKI
3 Rockwood Lane
Suffern, NY 10901
845-362-4800

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2007, a copy of Plaintiff's Response to Defendant's Motion to Strike the Amended Complaint was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700