IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: August 30, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are (1) defendant's motion, filed August 1, 2007, to strike the amended complaint filed by plaintiff on July 30, 2007, (2) defendant's motion for a status conference to address scheduling matters, filed August 7, 2007, and (3) plaintiff's motion filed July 30, 2007, requesting that the plaintiff be permitted to file a CD-ROM as an attachment to the amended complaint rather than an electronic filing of the attachments.

Defendant's motion for a status conference is GRANTED IN PART and DENIED IN PART. A hearing will be held on September 18, 2007, commencing at 2:00 p.m. at the National Courts Building to address defendant's motion to strike and plaintiff's motion for leave to file a CD-ROM in lieu of an electronic filing of the attachments to its amended complaint. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the hearing.

In addition to the arguments presented in the motions and responsive briefs and replies, the court requests that the parties address at the hearing whether it is proper now to amend the original complaint to add claims respecting contracts other than G7-07-07F-0195M. The parties are also granted leave to file supplemental of briefs respecting this added issue, so long as the briefs are filed on or before September 12, 2007.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge