**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC.,** | ) | |
| | ) | **No. 03-2824C** |
| **Plaintiff,** | ) | **(Judge Lettow)** |
| **V.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

PLAINTIFF'S MOTION TO WITHDRAW IT'S PRIOR REQUEST TO FILE THE CD ROM AS PART OF EXHIBIT A TO PLAINTIFF'S AMENDED COMPLAINT

The Court's Order dated July 31, 2007, asked Plaintiff to identify the documents contained on the CD ROM it wished to file other than electronically and explain why those documents can not be submitted electronically or in paper form. The disc consists of three folders of documents. The first folder contains a set of Bates stamped documents primarily consisting of the FSS contract, the Task Order and materials related thereto. The second folder is entitled "FAA" and contains documents related to the FAA, discussed in Mr. Jackson's Declaration filed December 11, 2006. The third folder is entitled "Financial Data From ISI" and contains material that Mr. Jackson looked at in preparing his Declaration. A copy of the disc was sent to Contracting Officer Brannan along with the Request for Equitable Adjustment on December 11, 2006, the denial of which formed the basis of Plaintiff's Amended Complaint. A copy of the Disc was also furnished to Mr. Poirier at that time.

The only reason we asked to file the disc, was to enable the Court to have a full set of all the material submitted to the CO. However, at the appropriate time, since some of the documents have already been filed with the Court as Exhibits attached to the Amended Complaint there is duplication, and we will double screen all the documents on the CD. Pertinent documents will be submitted as Exhibits when referenced in future filings.

Dated: September 12, 2007

Respectfully submitted,

S/ Sam Z. Gdanski
SAM Z. GDANSKI
3 Rockwood Lane
Suffern, NY 10901
845-362-4800

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2007, a copy of Plaintiff's Motion to Withdraw It's Prior Request To File The CD Rom As Part Of Exhibit A To

Plaintiff's Amended Complaint, was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700