GSA

y 22, 2002

GSA Greater Southwest Region

Mr. Bunce Pierce
Vice President
International Services, Inc.
3771 W. 242nd St. Suite 205
Torrance, CA 90505

Dear FSS Contractor:

Congratulations on receiving your Federal Supply Schedule contract. In addition to a copy of your contract, number GS-07F-0195M effective February 25, 2002, for SIN 246-54 under solicitation 7FXP-D4-01-0539-B, the following items are enclosed:

- Your commercial catalog and/or price list, as accepted by the Government.
- A start-up kit for transmitting your electronic files for inclusion in GSA Advantage! ™, our on-line shopping service at https://www.gsaadvantage.gov or you will be provided instructions on how to download the application and instructions from the Vendor Support Center website. Prior to transmitting these files, you **MUST** first register with the VSC by logging on to the web site at http://vsc.fss.gsa.gov and execute the on-line registration found under Register your contract On-line. This registration must be accomplished in order for you to receive clearance to transmit catalog files into GSA Advantage. This User ID and Password will be for the exclusive purpose of submitting catalog files. A separate User ID and Password will be needed to report sales data, as instructed in the Contractor's Report of Sales paragraph listed below. You must transmit these files to GSA within 6 months after receipt of this letter.

The following clauses in your contract require your immediate attention:

- I-FSS-600, CONTRACT PRICE LISTS, provides instructions for preparing, printing, and distributing paper Federal Supply Schedule Price Lists and for transmitting electronic data for inclusion in GSA Advantage!™. (Also, refer to 52.238-71, SUBMISSION AND DISTRIBUTION OF AUTHORIZED FSS SCHEDULE PRICELISTS and I-FSS-599, ELECTRONIC COMMERCE-FACNET for additional information).
    - When mailing your price list and cover page notices, please forward one copy to the following address:

      GSA, FSS, Schedules Information Center
      1941 Jefferson Davis Highway
      FMLI – Room A-1
      Washington, DC 20406

- 552.238-74, CONTRACTOR'S REPORT OF SALES, provides instructions for reporting sales electronically to the FSS Vendor Support Center (VSC) website at http://vsc.fss.gsa.gov. You **MUST** contact the VSC immediately to register your contract award information. Register through the link on the main page of the 72a web site at http://72a.fss.gsa.gov. Click on "Registration" from the Support Center

menu or use the special link flagged "NEW" near the top of the page. You will receive an e-mail confirming your registration. This registration ID and Password will ONLY be used for reporting 72A sales. The User ID and Password assigned for 72A reporting is not to be confused with the separate ID and Password established for catalog file submissions to GSA Advantage. Special care should be taken to not use these IDs and Passwords interchangeably.

- 552.238-76, INDUSTRIAL FUNDING FEE, provides instructions for remitting a fee based on your sales reports, as required by your contract. We have enclosed guidelines to assist you in submitting your payments.

The contract is subject to the Equal Opportunity Clause 52.222-26. The Equal Opportunity Clause requires that the enclosed Equal Opportunity poster be displayed in a conspicuous place available to employees and applicants for employment. Subcontractors must similarly display the EEO poster. Prime contractors and subcontractors are required to file the Equal Employment Opportunity Employer Information Report EEO-1, Standard Form 100, (enclosed) in accordance with the instructions accompanying the form. Mail completed EEO-1 forms to the following address:

Equal Employment Opportunity Commission
Joint Reporting Committee
1801 L. St., NW
Washington, DC 20507
(202) 663-4958

Information is enclosed regarding GSA's "Vendor Express" program which establishes contractor payment via Direct Deposit/Electronic Funds Transfer (DD/EFT). Note that the "Vendor Express" application must be returned to the General Services Administration, Kansas City, Missouri, address shown in the enclosure.

We look forward to forming a marketing partnership with you. To assist us in this endeavor, please provide your company's corporate marketing point of contact to your contracting officer and to the Federal Supply Service, Office of Business Management and Marketing, Marketing Services Division (FMR), CM4, Room 607, 1941 Jefferson Davis Highway, Arlington, Virginia 22202, within 15 days from the date of this letter. Please be advised that the General Products Center, Marketing and Management Division (7FXA), will be providing your company a Marketing Packet.

As our business partner, you may use the "GSA Federal Supply Service Identifier" to identify your Schedule contract to the Federal community. The design is flexible allowing you space to insert your contract number under the GSA/FSS Identifier. The use of the identifier is restricted to identifying your GSA/FSS Schedule Contract to Government contract users. It is not to be used in any advertising as an expressed or implied endorsement by the Government of any supply and/or service, either under contract or for any other purpose. There are six optional GSA/FSS Identifiers to choose from which you may access on the worldwide web at http://www.fss.gsa.gov/partnership.

We invite you to visit the FSS Schedules website at http://www.fss.gsa.gov/schedules. Your firm will be listed as an FSS contractor under the "Schedules E-Library." You may search this site by contractor name, contract number, service or product name or number, or schedule name or number.

If you should have any questions, please do not hesitate to contact me at 817-978-8421, email Sheila.brannan@gsa.gov. Again, we look forward to working with you.

Sincerely,

Sheila Brannan

Sheila Brannan
Contracting Officer (7FXPI-E5)

Enclosures