GSA

General Services Administration - Great Lakes Region 5
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604

TX 312.353-5003
Fax 312.353-0143
Net art.dobbs@gsa.gov

February 28, 2002

Sent Federal Express
Airbill # 7903 2730 2643
&
Facsimile to 310-791-5009

Mr. Ousama Karawia
President & Chief Executive Officer
International Services, Inc.
3771 W. 242nd St., Suite #205
Torrance, CA 90505

Dear Mr. Karawia:

Your offer on General Services Administration (GSA) Federal Protective Service (FPS) solicitation GS02P02CID0001 with Amendment #1 for the provision of armed and unarmed uniformed security guard services for all GSA controlled and supported facilities in New York State, excluding New York City and Westchester County is hereby accepted at the following prices:

The one year base period April 1, 2002 through March 31, 2003 of this requirements task order will utilize the following prices:

| **Standard Service, Armed & Per Hour for Non-Supv. Security Guard Labor & Services** | **Standard Service, Unarmed & Per Hour for Non-Supv. Security Guard Labor & Services** | **Standard Service, Armed & Per Hour for Supv. Security Guard Labor & Services** |
|---|---|---|
| $26.67 Base Year | $26.67 Base Year | $27.76 Base Year |

| **Special Service, Armed & Per Hour for Non-Supv. Security Guard Labor & Services** | **Special Service, Unarmed & Per Hour for Non-Supv. Security Guard Labor & Services** | **Special Service, Armed & Per Hour for Supv. Security Guard Labor & Services** |
|---|---|---|
| $26.67 Base Year | $26.67 Base Year | $27.76 Base Year |

ORIGINAL

All task order related correspondence and invoices should clearly refer to GSA Task Order #GS02P02CID0001.

The five-year grand total value of this requirements task order comprised of one base year, plus 4 one year options if exercised by the Government, is as proposed by you: $59,501,756.67. This amount is predicated on requirements and delivery orders occurring as estimated in the solicitation. There will be no advance payments, and all invoices will be paid in arrears, in accordance with the task order.

Documents to be displayed in a conspicuous place available to all employees performing work under the task order will be sent under separate cover. You may copy and distribute these documents, as needed:

1. WH Publication 1313, Notice to Employees Working on Government Contracts.
2. OFCCP - Poster, Equal Employment Opportunity is the Law.

Please review and prepare for all task order requirements. Identify your proposed subcontractor(s) in accordance with the task order, then implement and document your subcontracting plan, per the task order.

Prior to commencement of work, you are required to furnish the following documents to the undersigned at the letterhead address: Evidence of acceptable insurance that is not less than the amounts and endorsements specified in the clause entitled 52.228-5, Insurance - Work on a Government Installation. The following GSA task order number and statement must appear on these insurance policies:

> "GSA task order GS02P02CID0001: Any insurance cancellation or any material change adversely affecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this task order is to be performed as prescribed or (2) until 30 days after the insurer or the contractor gives written notice to the Contracting Officer, whichever period is longer."

Mr. Robert Soden, Physical Security Specialist with the FPS, Upstate New York Branch is designated as GSA's Contracting Officer's Representative (COR) to oversee this contract. Mr. Soden's address and contact information is as follows:

PBS, Federal Protective Service Division
Upstate New York Branch, 2PSU
Leo O'Brien Federal Building
1 Clinton Square, Suite #927
Albany, NY 12207

Telephone: 518.431-4322
Fax: 518.431-4309

Any additional appointments will be provided to you in writing before commencement of task order start up of April 1, 2002.

The COR should be called when you receive this letter, at his respective telephone number, so you may coordinate with him all necessary arrangements for beginning work under the task order.

All schedules, reports, post orders, delivery orders, forms and other operational arrangements required by the task order and available from FPS shall be coordinated with GSA's COR, as named above.

This is your notice to prepare and proceed under this task order pending GSA's receipt and approval of your Certificate of Insurance. You should also check and verify to us that your payment address is complete and correct.

We strongly encourage a dynamic two-way communication process that will prevent misunderstandings and encourage mutual efficiencies. If delays occur or you have any questions about this task order, please immediately contact me at the following:

Telephone: 312.353-5003
Fax 312.353-0143

Sincerely,

ARTHUR S. DOBBS
Contracting Officer