IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: September 18, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

On July 30, 2007, plaintiff filed motion requesting to be permitted to file a CD-ROM as an attachment to its amended complaint. On July 31, 2007, the court ordered the plaintiff to identify those documents it wished to file on the CD-ROM and explain why they could not be submitted in electronic or paper form.

In a motion filed on September 12, 2007, the plaintiff asks to withdraw its prior request to file the CD-ROM as an attachment to the amended complaint. The defendant's motion to withdraw its request to file a CD-ROM is GRANTED.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge