**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL PROTECTIVE SERVICES, INC., Plaintiff,** | ) | **No. 03-2824C** |
| **V.** | ) | **(Judge Lettow)** |
| **UNITED STATES OF AMERICA, Defendant.** | ) | |

PLAINTIFF'S STATUS REPORT REGARDING STIPULATION OF SETTLEMENT

Plaintiff is submitting this status report in response to the Court's request for a stipulation of settlement. As of this date, Plaintiff has made an offer to Defendant and Government's counsel has stated that the offer will be considered by the authorized representative of the Attorney General. When and if the authorized representative of the Attorney General accepts this offer, a stipulation of settlement will be finalized.

Dated: October 18, 2007

Respectfully submitted:

S/ Sam Z. Gdanski
SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Tel: (845)362-4800
Fax: (845)362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2007, a copy of Plaintiff's Status Report was filed electronically with notice to be sent to all parties.

S/ Sam Z. Gdanski

SAM Z. GDANSKI
Attorney for Plaintiff
3 Rockwood Lane
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700