IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: November 27, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A telephonic status conference shall be held on December 7, 2007 at 2:00 p.m. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge