IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2824C

(Filed: December 18, 2007)

INTERNATIONAL PROTECTIVE SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The parties have jointly filed a Stipulation for Entry of Judgment resolving all disputed matters in this action. Pursuant to Rule 41(a) of this court's rules, the clerk is directed to enter final judgment in accord with the Stipulation. The judgment shall be with prejudice as specified in the Stipulation.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge