# In the United States Court of Federal Claims

**No. 03-2824 C**

**INTERNATIONAL PROTECTIVE SERVICES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed December 13, 2007, and the court's December 18, 2007 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $40,000.00, plus interest pursuant to 41 U.S.C. § 611, from June 23, 2003 until date of payment. Each party shall bear its own costs, fees and expenses.

Brian Bishop
Clerk of Court

**December 19, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.