United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

February 25, 2008

Sam Zalman Gdanski, Esq.

Gdanski & Gdanski LLP

25 Sherwood Ridge Road

Pomona, NY 10970

in re: International Protective Services, Inc. v. United States, No. 03-2824 C

Dear Mr. Gdanski:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated December 19, 2007, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: James William Poirier, Esq., Dept. Of Justice